```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

JASMINE BRIDGEFORTH, *et al.*,   :         16cv273

      Plaintiffs,   :

      -against-   :         SCHEDULING ORDER

THE CITY OF NEW YORK, *et al.*,   :

      Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

WILLIAM H. PAULEY III, District Judge:

      The parties having appeared for an initial pre-trial conference on April 1, 2016, this Court adopts the following schedule on consent:

1. The parties shall exchange initial disclosures by April 11, 2016.

2. Plaintiff shall amend the Complaint to identify any John Doe defendants by April 29, 2016.

3. The parties shall complete all fact discovery by September 30, 2016.

4. The parties shall submit a joint pre-trial order by November 4, 2016.

5. The parties shall appear for a final pre-trial conference on November 18, 2016 at 10:00 a.m.

Dated: April 5, 2016
      New York, New York

                                          SO ORDERED:

                                          WILLIAM H. PAULEY III
                                                  U.S.D.J.

*All Counsel of Record via ECF.*