

**ZACHARY W. CARTER**
Corporation Counsel

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**RHIANA SWARTZ**
Senior Counsel
phone: (212) 356-2382
fax: (212) 356-3509
rswartz@law.nyc.gov

June 21, 2016

BY ECF
Honorable Ronald L. Ellis
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:     Jasmine Bridgeforth, et al. v. City of New York, et al.
                  16-CV-273 (WHP) (RLE)

Your Honor:

        I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to defend the above-referenced matter. Defendants write to respectfully request an adjournment *sine die* of the Settlement Conference currently set for June 27, 2016, at 2:30 p.m.

        The reason for this request is that defendants have decided to take a "no pay" position in this case. As such, we are not interested in settlement at this time. Plaintiff's counsel was informed of this position today. We respectfully ask that the conference be cancelled so we do not waste the Court's time.

        Thank you for your consideration and for your willingness to assist.

        Respectfully submitted,

        /s/

        Rhiana Swartz
        Senior Counsel

ec:     Hon. William H. Pauley III (via ECF)
       *United States District Judge*

       Ryan Lozar, Esq. (via ECF)
       *Attorney to Plaintiffs*