UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

JASMINE BRIDGEFORTH, *et al.*,

      Plaintiffs,

-against-

THE CITY OF NEW YORK, *et al.*,

      Defendants.

---------------------------------------------------------

16cv273

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

      The parties having appeared for a discovery conference on December 16, 2016, the Court adopts the following schedule on consent:

1. The District Attorney for New York County is directed to unseal the search warrant affidavits for Plaintiffs' apartment and produce them to the parties by December 23, 2016.

2. Defendants are directed to produce a 30(b)(6) witness for no more than one hour to testify as to the contents and fields of the OLPA forms.

3. The deadline to complete fact discovery is extended to February 28, 2017.

4. The parties shall submit a joint pre-trial order by March 24, 2017.

5. The parties shall appear for a final pre-trial conference on March 31, 2017 at 11:00 a.m.

Dated: December 16, 2016
      New York, New York

                                  SO ORDERED:

                                  WILLIAM H. PAULEY III
                                  U.S.D.J.