UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------

JASMINE BRIDGEFORTH, *et al.*,

   Plaintiffs,

-against-

THE CITY OF NEW YORK, *et al.*,

   Defendants.

------------------------------------------------

16cv273

<u>SCHEDULING ORDER</u>

WILLIAM H. PAULEY III, District Judge:

  The parties having appeared for a discovery conference on July 13, 2017, the Court adopts the following schedule on consent:

1. The parties shall complete discovery by September 15, 2017.

2. The parties shall file a joint pre-trial order by October 13, 2017.

3. The parties shall appear for a final pre-trial conference on October 20, 2017 at 11:00 a.m.

4. If any plaintiff fails to submit to a deposition within the next 60 days, that plaintiff's claims will be in jeopardy of being dismissed for failure to comply with an order of this Court.

Dated: July 13, 2017
   New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.