UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------

JASMINE BRIDGEFORTH, *et al.*,

                Plaintiffs,

-against-

THE CITY OF NEW YORK, *et al.*,

                Defendants.

---------------------------------------

16cv273

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

        The parties having appeared for a pre-motion conference on October 20, 2017, the Court adopts the following schedule:

1. Plaintiffs' motion that its Requests for Admission be deemed admitted is denied. The Clerk of Court is directed to terminate the motion pending at ECF No. 63.

2. The parties shall inform this Court regarding referral to a magistrate judge for settlement purposes by November 20, 2017.

3. Defendants shall produce the individual Defedandants' disciplinary files by November 20, 2017.

4. Defendants shall file any motion for summary judgment by December 15, 2017.

5. Plaintiffs shall file any opposition papers by January 24, 2018.

6. Defendants shall file any reply by February 5, 2018.

7. The parties shall appear for oral argument on February 16, 2018 at 11:15 a.m.

Dated: October 20, 2017
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.