The Law Office of Ryan Lozar, P.C.
305 Broadway, 10th Floor, New York, NY 10007
Tel: (310) 867-1562; Alternate Tel: (646) 666-8262; Fax 1-877-666-4456
ryanlozar@gmail.com
www.ryanlozar.com



November 20, 2017

The Honorable William H. Pauley III
United States District Court for the Southern District of New York

Re: <u>Bridgeforth, et al., v. City of N.Y., et al.</u>, No. 16 Civ. 273 (WHP)

Dear Judge Pauley:

    I represent Plaintiffs in the above-captioned Section 1983 litigation.

    At October 20, 2017, conference, the Court directed the Parties to file a letter by today indicating whether they requested settlement-conference referral. <u>Docket No. 65</u>. The Parties have conferred about the matter, and I write to inform the Court that the Parties do not request settlement conference at this time. The Parties are not in mutual agreement that such a proceeding is likely to be productive.

    Also at the October 20, 2017, conference, the Court set a summary-judgment briefing schedule, and the Parties will follow it as set. <u>Id.</u>; <u>see</u> <u>Docket Entry 10/20/2017</u>.

                                                        Thank you,

                                                        Ryan Lozar