

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**ELIZABETH BARDAUSKIS**
Assistant Corporation Counsel
phone: (212) 356-3159
fax: (212) 356-3509
ebardaus@law.nyc.gov

January 11, 2018

**BY ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 11201

        Re:       <u>Jasmine Bridgeforth, et al. v. City of New York, et al.</u>
               16-CV-273 (WHP) (RLE)

Your Honor:

        I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to represent Defendants City of New York, Detective John Zerafa, Police Officer Rafael Sanchez, Police Officer Mohammed Khan, Sergeant Demetrious Lee, and Retired Deputy Inspector Luis Despaigne (hereinafter referred to collectively as "Defendants") in the above-referenced matter. Defendants write to respectfully request, with the consent of Plaintiffs' counsel, a brief extension of time, from January 16, 2018 to and including January 19, 2018, to comply with Your Honor's Order dated December 22, 2017, directing Defendants to furnish affidavits with respect to their efforts to locate and produce specific IAB documents, as previously requested by Plaintiff's counsel. This is Defendants' first request for any such extension.

        This request is necessitated by the vacation schedule of the NYPD liaison assigned to the matter, coupled with the upcoming federal holiday on January 15, 2018. Accordingly, Defendants respectfully request a brief extension of time, from January 16, 2018 to and including January 19, 2018, to comply with Your Honor's Order dated December 22, 2017.

Defendants thank the Court for its time and consideration in this regard.

Respectfully submitted,

/s/

Elizabeth Bardauskis
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:    Ryan Lozar, Esq. (by ECF)
       *Attorney for Plaintiffs*