ARREST Report - M14688589                                   Page 1 of 3



## New York City Police Department
### Omniform System - Arrests

### RECORD CONTAINS SEALED INFORMATION.
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

**RECORD STATUS: SEALED** | **Arrest ID: M14688589 - N**

**Arrest Location: INSIDE OF 1430 AMSTERDAM AVENUE APT: 3C** | **Pct: 026**

**Arrest Date: 10-09-2014**   Processing Type: ON LINE   Current Location of Perpetrator:
**Time: 08:10:00**   DCJS Fax Number: MD055369   Borough: Manhattan
Sector: E   Special Event Code: NO -   Type:
Strip Search Conducted: NO   DAT Number: 0   Location: 026 PRECINCT
Viper Initiated Arrest: NO
Stop And Frisk: NO   Return Date: 0000-00-00
Serial #: 0000-000-00000

**COMPLAINTS:**                                           Arrest #: M14688589

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2014-026-03123 | 2014-10-09 | Valid, Initial Arrests made | 2014-10-08 | 19:30 |

SEALED | SEALED

**CHARGES:**                                             Arrest #: M14688589

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 135.10 | F | E | 1 | UNLAWFUL IMPRISONMENT 1ST |
| #02 | No | PL 260.10 01 | M | A | 1 | ACT IN MANNER INJUR CHILD < 17 |
| #03 | No | PL 120.00 01 | M | A | 1 | ASLT W/INT CAUSES PHYS INJURY |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit: |
|---|---|---|---|---|---|

SEALED | SEALED

**DETAILS:**                                             Arrest #: M14688589

AT T/P/O C/V STATES SHE WAS HELD AT KNIFEPOINT AND CUFFED TO RADIATOR PIPE AGAINST HER WILL BY SUSP AND ANOTHER MALE, SO THAT SUSPECTS CAN MAKE HER INTO A PROSTITUTE. C/V STATES SUSP AND A FEMALE PUNCHED HER REPEATEDLY WITH CLOSED FIST CAUSING SWELLING TO LIP (LEFT SIDE) AND LACERATION AND INJURY TO LEFT EYE. NO WEAPONS, NO GUNS, ONE CHILD LESS THAN 4 Y/O. SUSP STATES HE RECYCLES CANS AND BOTTLES, NO CAR NOR DRIVES, HANGS OUT AT 31ST AND 3RD, FACEBOOK:DELANOMBROADUS, HAS EX WIFE LISA BROADUS AND 2 KIDS 11 Y/O AND 10 Y/O IN FAR ROCKAWAY. SUS CAN BE FOUND AT PSA 8/MCB.

SEALED | SEALED

**DEFENDANT: BROADUS, DELANO** | NYSID #: **12122197Y** | Arrest #: **M14688589**

| | | |
|---|---|---|
| Nick/AKA/Maiden: | Height: 6FT 4IN | Order Of Protection: NO |
| Sex: MALE | Weight: 240 | Issuing Court: |
| Race: BLACK | Eye Color: BROWN | Docket #: |
| Age: 33 | Hair Color: BLACK | Expiration Date: |
| Date Of Birth: /1980 | Hair Length: SHORT | Relation to Victim: FRIEND/ACQUAINTANCE |
| U.S. Citizen: YES | Hair Style: CLOSE CUT | Living together: NO |
| | | Can be Identified: YES |



Place Of Birth:
Is this person not Proficient in English?: NO
If Yes, indicate Language:
Accent: NO

Skin Tone: MEDIUM
Complexion: CLEAR

Soc.Security #:
Occupation: NONE

Gang/Crew Affiliation: NO
Name:
Identifiers:

Identification ID:
Identification #:
Physical Condition: APPARENTLY NORMAL
Drug Used: NONE

Lic/Permit Type:
Lic/Permit No:

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 1430 AMSTERDAM AVENUE | MANHATTAN | NEW YORK | 10026 | 3C | 026 |

Phone # and E-Mail Address: HOME: 767-636-3793

N.Y.C.H.A. Resident: YES          N.Y.C. Housing Employee: NO On Duty: NO
Development: MANHATTANVILLE   N.Y.C. Transit Employee: NO

Physical Force: NONE

Gun:
Weapon Used/Possessed: USED/DISPLAYED        Make:              Recovered: NO
Non-Firearm Weapon:                          Color:      Serial Number Defaced:
Other Weapon Description:                     Caliber:        Serial Number:
                                             Type:
                                             Discharged: NO

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | UNK |
| METHOD OF FLIGHT | FOOT |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | HELD C/V AT KNIFEPOINT |
| CLOTHING | OUTERWEAR - WAIST LENGTH JACKET - BLACK |
| CLOTHING | FOOTWEAR - SNEAKERS - BLACK |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CLOTHING | ACCESSORIES - PAJAMAS - BLUE |
| CHARACTERISTICS | LIPS |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

SEALED                                                        SEALED

JUVENILE DATA:                              Arrest #: M14688589

Juvenile Offender:   Relative Notified:  Personal Recog:
Number Of Priors: 0            Name:
School Attending:     Phone Called:
Mother's Maiden Name:   Time Notified:

SEALED                                                        SEALED

ARREST Report - M14688589                                        Page 3 of 3

| ASSOCIATED ARRESTS: | Arrest #: M14688589 |
| --- | --- |
| ARREST ID  COMPLAINT # | |
| SEALED | SEALED |

**No Vehicles for Arrest #**

| SEALED | SEALED |
| --- | --- |

| DEFENDANTS CALLS: | Arrest #: M14688589 |
| --- | --- |

| CALL #  NUMBER DIALED  NAME CALLED | |
| --- | --- |
| 1        - -        REFUSED,REFUSED | |

| SEALED | SEALED |
| --- | --- |

| INVOICES: | Arrest #: M14688589 |
| --- | --- |

| INVOICE#  COMMAND  PROPERTY TYPE  VALUE | |
| --- | --- |

| SEALED | SEALED |
| --- | --- |

| ARRESTING OFFICER: POM RAFAEL SANCHEZ | Arrest #: M14688589 |
| --- | --- |

| Tax Number: 942503          On Duty: YES | Force Used: NO |
| Other ID (non-NYPD): 942503     In Uniform: YES | Type: |
| Shield: 12327          Squad: A1 | Reason: |
| Department: NYPD        Chart: 02 | Officer Injured: NO |
| Command: 806   Primary Assignment: | |

| SEALED | SEALED |
| --- | --- |

| Assigned Officer: , | Department: NYPD | Command: | Tax Number: | Other ID (non-NYPD): 0 |
| --- | --- | --- | --- | --- |

| Arresting Officer Name: POM SANCHEZ, RAFAEL | Tax #: 942503 | Command: 806 | Agency: NYPD |
| --- | --- | --- | --- |
| Supervisor Approving: SGT HARRIS JULIAN | Tax #: 932775 | Command: 806 | Agency: NYCHA |
| Report Entered by: POM SANCHEZ, RAFAEL | Tax #: 942503 | Command: 806 | Agency: NYPD |

**END OF ARREST REPORT**
M14688589

DEF 3

Complaint# 2014-026-03123                                          Page 1 of 4

| New York City Police Department | |
| :---: | :---: |
| **Omniform System - Complaints** | |

**RECORD CONTAINS SEALED INFORMATION.**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| Report Cmd: 806 | Jurisdiction: N.Y.C. HOUSING AUTHORITY | Record Status: Final, Initial Arrests made | Complaint #: 2014-026-03123 | No Other Legacy Blue Versions | No Other Complaint Revisions |
| --- | --- | --- | --- | --- | --- |

| **Occurrence Location:** INSIDE OF 1430 AMSTERDAM AVENUE APT: 3C | **NYC Parks Dept. Property** | Precinct: 026 |
| --- | --- | --- |
| Name Of Premise: MANHATTANVILLE | Did this offense occur on NYC Parks Dept. Property? NO | Sector: E |
| Premises Type: RESIDENCE - PUBLIC H | | Beat: |
| Location Within Premise: APARTMENT | Command: NYC Parks Dept. Property Name: | Post: |
| Visible By Patrol?: NO | | |

| **Occurrence From: 2014-10-08 19:30 WEDNESDAY** | Aided # 000000999 |
| --- | --- |
| Occurrence thru: 2014-10-09    02:30 | Accident # |
| Reported: 2014-10-09    20:28 | O.C.C.B. # |
| Complaint Received: RADIO | |

| SEALED | SEALED |
| --- | --- |

| **Classification: UNLAWFUL IMPRISON** | **Case Status: CLOSED** |
| --- | --- |
| Attempted/Completed: COMPLETED | Unit Referred To: |
| Most Serious Offense Is: FELONY | Clearance Code: UNIFORM ARREST |
| PD Code: 183   IMPRISONMENT 1,UNLAWFUL | Log/Case #: 0 |
| PL Section: 13510 | Clearance Arrest Id: |
| Keycode: 124   KIDNAPPING & RELATED OFFENSES | Clearance AO Cmd: |
| | File #: 21 |
| | Prints Requested? NO |

| Is This Related To Stop And Frisk Report NO | SQF Number: 0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO |
| --- | --- | --- | --- |
| Gang Related? NO | OCCB FOD Log #: | Name Of Gang: | Child Abuse Suspected? NO |
| DIR Required? YES | | Child In Common? NO | Intimate Relationship? YES |

| SEALED | SEALED |
| --- | --- |

| **If Burglary:** | **Alarm:** | **If Arson:** | **Taxi Robbery:** |
| --- | --- | --- | --- |
| Forced Entry? | Bypassed? | Structure: | Partition Present: |
| Structure: | Comp Responded?: | Occupied?: | Amber Stress Light Activated: |
| Entry Method: | Company Name/Phone: | Damage by: | Method of Conveyance: |
| Entry Location: | | | Location of Pickup: |
| | Crime Prevention Survey Requested?: | | |
| | Complaint/Reporter Present?: | | |

| Supervisor On Scene - Rank / Name / Command : | Canvas Conducted: NO | Translator(If used): |
| --- | --- | --- |

**DEF 4**

Complaint# 2014-026-03123                                          Page 2 of 4

**NARRATIVE:**
AT T/P/O CPLT STS SHE WAS HELD AT KNIFEPOINT & CUFFED TO RADIATOR PIPE AGAINSTHER WILL BY SUSP & ANOTHER MALE, SO THAT SUSPS CAN MAKE HER INTO A PROSTITUTE. CPLT STS SUSP & A FEMALE PUNCHED HER REPEATEDLY W/CLOSED FIST CAUSING SWELLING TO L/F (L/SIDE) & LACERATION & INJURY TO L/EYE. NO WEAPONS. NO GUNS. ONECHILD LESS THAN 4Y/O. SUSP STS HE RECYCLES CAN & BOTTLES. NO CAR NOR DRIVES. HANG OUT AT 31 ST & 3RD. FACEBOOK DELANOMBROADUS HAS EX WIFE LISA BROADUS & TWO(2) KIDS 11 Y/O & 10 Y/O IN FAR ROCKAWAY. SUSP CAN BE FOUND AT PSA 6/MCB. ADDITIONAL CHARGES: ACT IN MANNER INJUR CHILD/ASLT W/INT CAUSES PHYS INJURY.

| SEALED | | SEALED |
|---|---|---|

## No NYC TRANSIT Data for Complaint # 2014-026-03123

| SEALED | | SEALED |
|---|---|---|

| N.Y.C.H.A: | | Complaint # 2014-026-03123 | | | | |
|---|---|---|---|---|---|---|
| Development Name: MANHATTANVILLE | | Housing Report #: 9999 | | PSA #: 6 | Field Report Prepared: NO | Field Report Number: |

| SEALED | | SEALED |
|---|---|---|

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 0 | Total Wanted: 1 |
|---|---|---|---|

| *VICTIM: # 1 of 1* | Name: SIMS,NECOLA | Complaint#: 2014-026-03123 |
|---|---|---|

| Nick/AKA/Maiden: COCO | Gang/Crew Affiliation: NO |
|---|---|
| UMOS: NO | Name: |
| Sex/Type: FEMALE | Identifiers: |
| Race: BLACK | |
| Age: 45 | |
| Date Of Birth: ▉▉▉ | |
| Disabled? NO | Will View Photo: YES |
| Is this person not Proficient in English?: NO | Will Prosecute: YES |
| If Yes, Indicate Language: | Notified Of Crime Victim Comp. Law: YES |
| N.Y.C.H.A Resident? YES | |
| Is Victim fearful for their safety / life? YES | |
| Escalating violence / abuse by suspect? YES | |
| Were prior DIR's prepared for C/V? NO | |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY ZIP APT/ROOM |
|---|---|---|---|
| HOME-PERMANENT | | | |

Phone #: HOME: ▉▉▉▉  CELL: Not Provided/Unavailable BUSINESS:Not Provided/Unavailable E-MAIL: Not Provided/Unavailable

| Action against Victim: | Actions Of Victim Prior To Incident: HANGING OUT WITH ACQUAINTANCES IN 1430 AMSTERDAM AVE 3C |
|---|---|
| Victim Of Similar Incident: | If Yes, When And Where |

| SEALED | | SEALED |
|---|---|---|

| *WANTED: # 1 of 1* | Name: BROADUS, DELANO | Complaint#: 2014-026-03123 | Arrested: YES |
|---|---|---|---|

| Nick/AKA/Maiden: | Height: 6FT4IN | Order Of Protection: NO |
|---|---|---|
| Sex: MALE | Weight: 240 | Issuing Court: |
| Race: BLACK | Eye Color: BROWN | Docket #: |
| Age: 33 | Hair Color: BLACK | Expiration Date: |
| Date Of Birth: ▉/1980 | Hair Length: SHORT | Order Of Protection Violated? NO |
| U.S. Citizen: YES | Hair Style: CLOSE CUT | Does Suspect abuse Drugs / Alcohol? NO |
| Place Of Birth: | Skin Tone: MEDIUM | Suspect threatened /attempted suicide? NO |
| Is this person not Proficient In English?: NO | Complexion: CLEAR | |

**DEF 5**

Complaint# 2014-026-03123                                                      Page 3 of 4

| If Yes, Indicate Language:<br>Accent: NO          S.S. #: 0 | Is the suspect Parole /<br>Probation? NO<br>Relation to Victim: FRIEND/ACQUAINTANCE<br>Living together: NO<br>Can be identified: YES |
|---|---|
| | Gang/Crew Affiliation: NO<br>Name:<br>Identifiers: |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY ZIP | APT/ROOM HOW LONG? RES. PCT |
|---|---|---|---|---|
| HOME-PERMANENT | 1430 AMSTERDAM AVENUE | MANHATTAN | NEW YORK      10026 | 3C                        026 |

**Phone #: HOME: 757-636-3793**

N.Y.C.H.A. Resident: YES  N.Y.C. Housing Employee: NO  On Duty: NO
Development:          N.Y.C. Transit Employee: NO

**Physical Force: NONE**

**Weapons:**

| Gun:<br>Weapon Used/Possessed: USED/DISPLAYED<br>Non-Firearm Weapon:<br>Other Weapon Description: | Make:<br>Caliber:<br>Color:<br>Type:<br>Other/Gun Specify:<br>Discharged: NO | Recovered: NO<br>Serial Number Defaced:<br>Serial Number: |
|---|---|---|

| Used Transit System:<br>Station Entered:<br>Time Entered:<br>Metro Card Type:<br>Metro Card Used/Poses:<br>Card #: | | |
|---|---|---|

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | UNK |
| METHOD OF FLIGHT | FOOT |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | HELD C/V AT KNIFEPOINT |
| CLOTHING | OUTERWEAR -WAIST LENGTH JACKET -BLACK |
| CLOTHING | FOOTWEAR -SNEAKERS -BLACK |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CLOTHING | ACCESSORIES -PAJAMAS -BLUE |
| CHARACTERISTICS | LIPS |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

| SEALED | SEALED |
|---|---|

| ARRESTS: | Complaint # 2014-026-03123 |
|---|---|

| Arrest ID | Status | Defendant Name | Sex | Race | AGE | Arrest Date |
|---|---|---|---|---|---|---|
| M14688589 | SEALED | BROADUS, DELANO | MALE | BLACK | 33 | 10/09/2014 |

| SEALED | SEALED |
|---|---|

| EVIDENCE: | Complaint # 2014-026-03123 |
|---|---|

| Evidence Collected?: YES | Evidence Collection Team/Crime Scene Requested?: NO | ECT Responded?: NO | ECT Run#: | Crime Scene Responded?: NO | Crime Scene Number: - |
|---|---|---|---|---|---|

| Evidence Invoice # PHOTOS 999999999999 |
|---|

| SEALED | SEALED |
|---|---|

| No IMEI Data for Complaint # 2014-026-03123 |
|---|

| SEALED | SEALED |
|---|---|

| Reporting/Investigating M.O.S. Name: POM SANCHEZ RAFAEL | Tax #: 942603 | Command: PSA 6 | Rep.Agency: NYPD |
|---|---|---|---|
| Supervisor Approving Name: SGT HARRIS JULIAN | Tax #: 932775 | Command: PSA 6 | Rep.Agency: NYPD |
| Complaint Report Entered By: POM SANCHEZ | Tax #: 942603 | Command: PSA 6 | Rep.Agency: NYPD |
| Signoff Supervisor Name: SGT URUCI | Tax #: 919803 | Command: PSA 6 | Rep.Agency: NYPD |

| SEALED | SEALED |
|---|---|

| END OF COMPLAINT REPORT # 2014-026-03123 |
|---|

Print this Report

DEF 7