

# New York City Police Department
## Omniform System - Arrests

**RECORD CONTAINS SEALED INFORMATION.**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

**RECORD STATUS: SEALED**   **Arrest ID: M14688580 - J**

**Arrest Location:** INSIDE OF 1430 AMSTERDAM AVENUE APT: 3C   **Pct:** 026

**Arrest Date:** 10-09-2014   **Processing Type:** ON LINE   **Current Location of Perpetrator:**
**Time:** 08:10:00   **DCJS Fax Number:** M0055364   **Borough:** Manhattan
**Sector:** E   **Special Event Code:** NO -   **Type:**
**Strip Search Conducted:** NO   **DAT Number:** 0   **Location:** 026 PRECINCT
**Viper Initiated Arrest:** NO
**Stop And Frisk:** NO   **Return Date:** 0000-00-00
**Serial #:** 0000-000-00000

**COMPLAINTS:**   **Arrest #: M14688580**

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2014-026-03122 | 2014-10-09 | Valid, Initial Arrests made | 2014-10-08 | 19:30 |

**SEALED**   **SEALED**

**CHARGES:**   **Arrest #: M14688580**

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 260.10 01 M | A | | 1 | ACT IN MANNER INJUR CHILD < 17 |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit: |
|---|---|---|---|---|---|

**SEALED**   **SEALED**

**DETAILS:**   **Arrest #: M14688580**

AT T/P/O C/V STATES SUSP WAS PRESENT AS WELL AS HER DAUGHTER WHEN SHE WAS HELD AT KNIFEPOINT, HANDCUFFED AND MADE TO WEAR PROVOCATIVE CLOTHING TO BECOME A PROSTITUTE. C/V STATES SUSP STRUCK HER WITH A CLOSED FIST CAUSING PHYSICAL INJURY TO HER LEFT UPPER LIP AND EYE.

**SEALED**   **SEALED**

**DEFENDANT: BRIDGEFORTH, JASMINE**   **NYSID #: 03151988L**   **Arrest #: M14688580**

**Nick/AKA/Maiden:** JAS / JAZZ   **Height:** 5FT 6IN   **Order Of Protection:** NO
**Sex:** FEMALE   **Weight:** 120   **Issuing Court:**
**Race:** BLACK   **Eye Color:** BROWN   **Docket #:**
**Age:** 37   **Hair Color:** BLACK   **Expiration Date:**
**Date Of Birth:** J/1977   **Hair Length:** LONG   **Relation to Victim:** FRIEND/ACQUAINTANCE
**U.S. Citizen:** YES   **Hair Style:** BRAIDS   **Living together:** NO
**Place Of Birth:**   **Skin Tone:** DARK   **Can be Identified:** YES
**Is this person not Proficient in English?:** NO   **Complexion:** CLEAR
**If Yes, Indicate Language:**

|  |  |  |  |
|---|---|---|---|
| Accent: NO | Soc.Security #: | Gang/Crew Affiliation: NO | |
| | Occupation: NONE | Name: | |
| Identification ID: | | Identifiers: | |
| Identification #: | | | |
| Physical Condition: APPARENTLY NORMAL | Lic/Permit Type: | | |
| Drug Used: NONE | Lic/Permit No: | | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 1430 AMSTERDAM AVENUE | MANHATTAN | NEW YORK | 10026 | 3C | 026 |

Phone # and E-Mail Address: CELL: 347-424-0743

N.Y.C.H.A. Resident: YES         N.Y.C. Housing Employee: On Duty:
   Development: MANHATTANVILLE   N.Y.C. Transit Employee:

**Physical Force: USED**

Gun:
Weapon Used/Possessed: NONE         Make:              Recovered:
Non-Firearm Weapon:                 Color:             Serial Number Defaced:
Other Weapon Description:           Caliber:           Serial Number:
                                    Type:
                                    Discharged: NO

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | UNK |
| METHOD OF FLIGHT | FOOT |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | INJURY USING PHYSICAL FORCE |
| CLOTHING | ACCESSORIES - JEANS - PURPLE |
| CLOTHING | OUTERWEAR - WAIST LENGTH JACKET - WHITE |
| CLOTHING | FOOTWEAR - SNEAKERS - BLACK |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

SEALED                                                          SEALED

**JUVENILE DATA:**                                  Arrest #: M14688580

Juvenile Offender:      Relative Notified:    Personal Recog:
Number Of Priors: 0     Name:
School Attending:       Phone Called:
Mother's Maiden Name:   Time Notified:

SEALED                                                          SEALED

**ASSOCIATED ARRESTS:**                             Arrest #: M14688580

ARREST ID  COMPLAINT #

| SEALED | | SEALED |
|---|---|---|
| **No Vehicles for Arrest #** | | |
| SEALED | | SEALED |
| **DEFENDANTS CALLS:** | | Arrest #: M14688580 |
| CALL. # NUMBER DIALED NAME CALLED <br> 1     --     REFUSED,REFUSED | | |
| SEALED | | SEALED |
| **INVOICES:** | | Arrest #: M14688580 |
| INVOICE# COMMAND PROPERTY TYPE VALUE | | |
| SEALED | | SEALED |
| **ARRESTING OFFICER: POM RAFAEL SANCHEZ** | | Arrest #: M14688580 |
| Tax Number: 942603   On Duty: YES <br> Other ID (non-NYPD): 942603   In Uniform: YES <br> Shield: 12327   Squad: A1 <br> Department: NYPD   Chart: 02 <br> Command: 806   Primary Assignment: | | **Force Used:** NO <br> Type: <br> Reason: <br> Officer Injured: NO |
| SEALED | | SEALED |

| Arresting Officer Name: <br> POM SANCHEZ, RAFAEL | Tax #: <br> 942603 | Command: <br> 806 | Agency: <br> NYPD |
|---|---|---|---|
| Supervisor Approving: <br> SGT HARRIS JULIAN | Tax #: <br> 932776 | Command: <br> 806 | Agency: <br> NYCHA |
| Report Entered by: <br> POM SANCHEZ, RAFAEL | Tax #: <br> 942603 | Command: <br> 806 | Agency: <br> NYPD |

**END OF ARREST REPORT**
M14688580

Complaint# 2014-026-03122                                                                 Page 1 of 4

# New York City Police Department
## Omniform System - Complaints

**RECORD CONTAINS SEALED INFORMATION.**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| Report Cmd: 806 | Jurisdiction: N.Y.C. HOUSING AUTHORITY | Record Status: Final, Initial Arrests made | Complaint #: 2014-026-03122 | No Other Legacy Blue Versions | No Other Complaint Revisions |

**Occurrence Location:** INSIDE OF 1430 AMSTERDAM AVENUE APT: 3C
**Name Of Premise:**
**Premises Type:** RESIDENCE - PUBLIC H
**Location Within Premise:**
**Visible By Patrol?:** NO

**NYC Parks Dept. Property**
Did this offense occur on NYC Parks Dept. Property? NO
Command:
NYC Parks Dept. Property Name:

**Precinct:** 026
**Sector:** E
**Beat:**
**Post:**

**Occurrence From:** 2014-10-08 19:30 WEDNESDAY
**Occurrence thru:** 2014-10-09  02:33
**Reported:** 2014-10-09  20:13
**Complaint Received:** RADIO

**Aided #** 000000999
**Accident #**
**O.C.C.B. #**

SEALED                                                                                    SEALED

**Classification:** COMPLAINT UNCLASS
**Attempted/Completed:** COMPLETED
**Most Serious Offense is:** INVESTIGATION
  **PD Code:** 091  UNCLASSIFIED COMPLAINT
  **PL Section:** ?
  **Keycode:** 999  INVESTIGATIONS/COMPLAINTS ONLY

**Case Status:** CLOSED
**Unit Referred To:**
**Clearance Code:** UNIFORM ARREST
**Log/Case #:** 0
**Clearance Arrest Id:**
**Clearance AO Cmd:**
**File #:**
**Prints Requested?** NO

| Is This Related To Stop And Frisk Report: NO | SQF Number: 0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO |
| Gang Related? NO | OCCB FOD Log #: | Name Of Gang: | Child Abuse Suspected? NO |
| DIR Required? NO | | Child In Common? NO | Intimate Relationship? NO |

SEALED                                                                                    SEALED

**If Burglary:**
Forced Entry?
Structure:
Entry Method:
Entry Location:

**Alarm:**
Bypassed?
Comp Responded?:
Company Name/Phone:
Crime Prevention Survey Requested?:
Complaint/Reporter Present?:

**If Arson:**
Structure:
Occupied?:
Damage by:

**Taxi Robbery:**
Partition Present:
Amber Stress Light
Activated:
Method of Conveyance:
Location of Pickup:

| Supervisor On Scene - Rank / Name / Command : | Canvas Conducted: NO | Translator(if used): |

http://omniform.nypd.org/omniform/globalreports/webFocusReport.do?IBIF_webapp=/ibi...   DEF 14   2/18/2016

Complaint# 2014-026-03122 — Page 2 of 4

**NARRATIVE:**
AT T/P/O CPLT STS SUSP WAS PRESENT AS WELL AS HER DAUGHTER WHEN SHE WAS HELD AT KNIFEPOINT, HANDCUFFED & MADE TO WEAR PROVOCATIVE CLOTHING TO BECOME A PROSTITUTE. CPLT STS SUSP STRUCK HER W/A CLOSED FIST CAUSING PHYSICAL INJURY TO HER L/UPPER LIP & EYE.

SEALED | SEALED

No NYC TRANSIT Data for Complaint # 2014-026-03122

SEALED | SEALED

**N.Y.C.H.A.:** Complaint # 2014-026-03122
- Development Name: MANHATTANVILLE
- Housing Report #: 9999
- PSA #: 6
- Field Report Prepared: NO
- Field Report Number:

SEALED | SEALED

| Total Victims: | Total Witnesses: | Total Reporters: | Total Wanted: |
|---|---|---|---|
| 1 | 0 | 0 | 1 |

### VICTIM: # 1 of 1
- Name: SIMS, NECOLA
- Complaint#: 2014-026-03122
- Nick/AKA/Maiden: COCO
- UMOS: NO
- Sex/Type: FEMALE
- Race: BLACK
- Age: 45
- Date Of Birth: [redacted]
- Disabled? NO
- Is this person not Proficient in English?: NO
- If Yes, Indicate Language:
- N.Y.C.H.A Resident? YES
- Is Victim fearful for their safety / life? YES
- Escalating violence / abuse by suspect? YES
- Were prior DIR's prepared for C/V? NO
- Gang/Crew Affiliation:
- Name:
- Identifiers:
- Will View Photo: YES
- Will Prosecute: YES
- Notified Of Crime Victim Comp. Law: YES

**LOCATION** HOME-PERMANENT — ADDRESS [redacted]  CITY [redacted]  STATE/COUNTRY ZIP APT/ROOM [redacted]

Phone #: HOME: [redacted]  CELL: Not Provided/Unavailable  BUSINESS: Not Provided/Unavailable  E-MAIL: Not Provided/Unavailable

- Action against Victim:
- Actions Of Victim Prior To Incident: HANGING OUT WITH ACQUIANTANCE IN 1430 AMSTERDAM 3C
- Victim Of Similar Incident: NO
- If Yes, When And Where

SEALED

### WANTED: # 1 of 1
- Name: BRIDGEFORTH, JASMINE
- Complaint#: 2014-026-03122
- Arrested: YES
- Nick/AKA/Maiden: JAS / JAZZ
- Sex: FEMALE
- Race: BLACK
- Age: 37
- Date Of Birth: /1977
- U.S. Citizen: YES
- Place Of Birth:
- Is this person not Proficient in English?: NO
- If Yes, Indicate Language:
- Accent: NO
- Height: 5FT6IN
- Weight: 120
- Eye Color: BROWN
- Hair Color: BLACK
- Hair Length: LONG
- Hair Style: BRAIDS
- Skin Tone: DARK
- Complexion: CLEAR
- S.S. #: 0
- Order Of Protection: NO
- Issuing Court:
- Docket #:
- Expiration Date:
- Order of Protection Violated? NO
- Does Suspect abuse Drugs / Alcohol? NO
- Suspect threatened /attempted suicide? NO
- Is the suspect Parole /

Complaint# 2014-026-03122                                                                 Page 3 of 4

|  |  |
|---|---|
|  | Probation? NO<br>Relation to Victim: FRIEND/ACQUAINTANCE<br>Living together: NO<br>Can be Identified: YES |
|  | Gang/Crew Affiliation: NO<br>Name:<br>Identifiers: |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM | HOW LONG? | RES. PCT |
|---|---|---|---|---|---|---|---|
| HOME-PERMANENT | 1430 AMSTERDAM AVENUE | MANHATTAN | NEW YORK | 10026 | 3C | | 026 |

Phone #: CELL: 347-424-0743

N.Y.C.H.A. Resident: YES   N.Y.C. Housing Employee:   On Duty:
Development:            N.Y.C. Transit Employee:

Physical Force: USED

Weapons:

Gun:
Weapon Used/Possessed: NONE        Make:              Recovered:
Non-Firearm Weapon:                 Caliber:           Serial Number Defaced:
Other Weapon Description:           Color:             Serial Number:
                                    Type:
                                    Other/Gun Specify:
                                    Discharged: NO

Used Transit System:
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | UNK |
| METHOD OF FLIGHT | FOOT |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | INJURY USING PHYSICAL FORCE |
| CLOTHING | ACCESSORIES -JEANS -PURPLE |
| CLOTHING | OUTERWEAR -WAIST LENGTH JACKET -WHITE |
| CLOTHING | FOOTWEAR -SNEAKERS -BLACK |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

| SEALED | SEALED |
|---|---|

ARRESTS:                                  Complaint # 2014-026-03122

| Arrest ID | Status | Defendant Name | Sex | Race | AGE | Arrest Date |
|---|---|---|---|---|---|---|
| M14688580 | SEALED | BRIDGEFORTH, JASMINE | FEMALE | BLACK | 37 | 10/09/2014 |

| SEALED | SEALED |
|---|---|

No IMEI Data for Complaint # 2014-026-03122

| SEALED | SEALED |
|---|---|

**DEF 16**

http://omniform.nypd.org/omniform/globalreports/webFocusReport.do?IBIF_webapp=/ibi...   2/18/2016

Complaint# 2014-026-03122                                                              Page 4 of 4

| Reporting/Investigating M.O.S. Name: POM SANCHEZ RAFAEL | Tax #: 942503 | Command: PSA 6 | Rep.Agency: NYPD |
|---|---|---|---|
| Supervisor Approving Name: SGT HARRIS JULIAN | Tax #: 932775 | Command: PSA 6 | Rep.Agency: NYPD |
| Complaint Report Entered By: POM SANCHEZ | Tax #: 942503 | Command: PSA 6 | Rep.Agency: NYPD |
| Signoff Supervisor Name: SGT URUCI | Tax #: 919803 | Command: PSA 6 | Rep.Agency: NYPD |

| SEALED | SEALED |
|---|---|

**END OF COMPLAINT REPORT # 2014-026-03122**

[ Print this Report ]