

# New York City Police Department
## Omniform System - Arrests

**RECORD CONTAINS SEALED INFORMATION.**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| | |
|---|---|
| **RECORD STATUS: SEALED** | **Arrest ID: M14688561 - P** |
| **Arrest Location: OPPOSITE OF 1430 AMSTERDAM AVENUE** | **Pct: 026** |

**Arrest Date:** 10-09-2014  **Processing Type:** ON LINE  **Current Location of Perpetrator:**
**Time:** 05:00:00  **DCJS Fax Number:** MO055352  **Borough:** Manhattan
**Sector:** E  **Special Event Code:** NO -  **Type:**
**Strip Search Conducted:** NO  **DAT Number:** 0  **Location:** 026 PRECINCT
**Viper Initiated Arrest:** NO
**Stop And Frisk:** NO  **Return Date:** 0000-00-00
**Serial #:** 0000-000-00000

**COMPLAINTS:**                                                                **Arrest #: M14688561**

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2014-026-03115 | 2014-10-09 | Valid, Initial Arrests made | 2014-10-08 | 19:30 |

| SEALED | SEALED |
|---|---|

**CHARGES:**                                                                    **Arrest #: M14688561**

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 215.50 06 M | A | | 1 | CRIM CONTEMPT-2ND:DISOBEY CRT |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit: |
|---|---|---|---|---|---|

| SEALED | SEALED |
|---|---|

**DETAILS:**                                                                    **Arrest #: M14688561**

AT T/P/O A/O WAS INFORMED THAT SUSP WAS PRESENT AT 1430 AMSTERDAM AVE APT 3C WHILE C/V WAS THERE AS STATED BY SIMS, NECOLA. THERE IS AN ACTIVE O/O/P DOCKET 2014NY4074846 EXP 03/29/15. NO WEAPONS NO INJURIES NO GUNS ONE CHILD LESS THAN 4. SUSP SAYS HE DOES NOT WORK, NO SOCIAL MEDIA, HANGS OUT AT 26TH ST BET. MADISON AND PARK, NO CAR/DRIVES, NO FAMILY/FRIENDS, CAN BE FOUND AT PSA 6/MCB.

| SEALED | SEALED |
|---|---|

**DEFENDANT: FAIRFAX, DAVID**   **NYSID #: 09840775N**   **Arrest #: M14688561**

| | | |
|---|---|---|
| **Nick/AKA/Maiden:** LIL D/LITTLE D | **Height:** 5FT 8IN | **Order Of Protection:** YES |
| **Sex:** MALE | **Weight:** 130 | **Issuing Court:** CRIMINAL |
| **Race:** BLACK | **Eye Color:** BROWN | **Docket #:** 2014NY4074846 |
| **Age:** 31 | **Hair Color:** BLACK | **Expiration Date:** 03/29/2015 |
| **Date Of Birth:** 1983 | **Hair Length:** SHORT | **Relation to Victim:** BOYFRIEND |
| **U.S. Citizen:** YES | **Hair Style:** CLOSE CUT | **Living together:** NO |
| **Place Of Birth:** | **Skin Tone:** MEDIUM | **Can be Identified:** YES |
| **Is this person not Proficient in English?:** NO | **Complexion:** CLEAR | |
| **If Yes, Indicate Language:** | | |
| **Accent:** NO | **Soc.Security #:** | **Gang/Crew Affiliation:** NO |

| | | |
|---|---|---|
| Identification ID: | Occupation: NONE | Name: |
| Identification #: | | Identifiers: |
| Physical Condition: APPARENTLY NORMAL | Lic/Permit Type: | |
| Drug Used: NONE | Lic/Permit No: | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOMELESS | | | | | | 000 |

Phone # and E-Mail Address: CELL: 646-713-3033

N.Y.C.H.A. Resident: NO   N.Y.C. Housing Employee: NO   On Duty:
Development:        N.Y.C. Transit Employee: NO

**Physical Force: NONE**

Gun:
Weapon Used/Possessed: NONE        Make:               Recovered:
Non-Firearm Weapon:                 Color:              Serial Number Defaced:
Other Weapon Description:           Caliber:            Serial Number:
                                    Type:
                                    Discharged: NO

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | UNK |
| METHOD OF FLIGHT | FOOT |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES - JEANS - BLUE |
| CLOTHING | FOOTWEAR - SNEAKERS - MULTI COLORED OR STR |
| CLOTHING | OUTERWEAR - T-SHIRT OR TANK TOP - DARK GREEN |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | TORSO -TATOO (CAN'T DESCRIBE) |
| BODY MARKS | TORSO -TATOO (CAN'T DESCRIBE) |
| IMPERSONATION | UNKNOWN |

| SEALED | SEALED |
|---|---|

**JUVENILE DATA:**                                         Arrest #: M14688561

Juvenile Offender:   Relative Notified:   Personal Recog:
Number Of Priors: 0   Name:
School Attending:    Phone Called:
Mother's Maiden Name:   Time Notified:

| SEALED | SEALED |
|---|---|

**ASSOCIATED ARRESTS:**                                    Arrest #: M14688561

ARREST ID   COMPLAINT #

| SEALED | SEALED |
|---|---|

| No Vehicles for Arrest # | |
|---|---|
| SEALED | SEALED |

| DEFENDANTS CALLS: | Arrest #: M14688561 |
|---|---|

CALL #  NUMBER DIALED  NAME CALLED
1       --              REFUSED,REFUSED

| SEALED | SEALED |
|---|---|

| INVOICES: | Arrest #: M14688561 |
|---|---|

INVOICE#  COMMAND  PROPERTY TYPE  VALUE

| SEALED | SEALED |
|---|---|

| ARRESTING OFFICER: POM RAFAEL SANCHEZ | Arrest #: M14688561 |
|---|---|

Tax Number: 942603        On Duty: YES
Other ID (non-NYPD): 942603   In Uniform: YES
Shield: 12327             Squad: A1
Department: NYPD          Chart: 02
Command: 806              Primary Assignment:

Force Used: NO
Type:
Reason:
Officer Injured: NO

| SEALED | SEALED |
|---|---|

| Assigned Officer: , | Department: NYPD | Command: | Tax Number: | Other ID (non-NYPD): 0 |
|---|---|---|---|---|

| Arresting Officer Name: POM SANCHEZ, RAFAEL | Tax #: 942603 | Command: 806 | Agency: NYPD |
|---|---|---|---|
| Supervisor Approving: SGT HARRIS JULIAN | Tax #: 932775 | Command: 806 | Agency: NYCHA |
| Report Entered by: POM SANCHEZ, RAFAEL | Tax #: 942603 | Command: 806 | Agency: NYPD |

END OF ARREST REPORT
M14688561

Complaint# 2014-026-03115                                              Page 1 of 4



# New York City Police Department
## Omniform System - Complaints

**RECORD CONTAINS SEALED INFORMATION.**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| Report Cmd: 806 | Jurisdiction: N.Y.C. HOUSING AUTHORITY | Record Status: Final, Initial Arrests made | Complaint #: 2014-026-03115 | No Other Legacy Blue Versions | No Other Complaint Revisions |

**Occurrence Location:** INSIDE OF 1430 AMSTERDAM AVENUE APT: 3C
Name Of Premise: MANHATTANVILLE
Premises Type: RESIDENCE - PUBLIC H
Location Within Premise: APARTMENT
Visible By Patrol?: NO

**NYC Parks Dept. Property**
Did this offense occur on NYC Parks Dept. Property? NO
Command:
NYC Parks Dept. Property Name:

Precinct: 026
Sector: E
Beat:
Post:

Occurrence From: 2014-10-08  19:30  WEDNESDAY
Occurrence thru: 2014-10-08  20:30
Reported: 2014-10-09  19:02
Complaint Received: RADIO

Aided #
Accident #
O.C.C.B. #

**SEALED**                                                              **SEALED**

Classification: CRIM CONTEMPT (M)
Attempted/Completed: COMPLETED
Most Serious Offense is: MISDEMEANOR
PD Code: 748   CONTEMPT,CRIMINAL
PL Section: 21550
Keycode: 359   OFFENSES AGAINST PUBLIC ADMINI

Case Status: CLOSED
Unit Referred To:
Clearance Code: UNIFORM ARREST
Log/Case #: 0
Clearance Arrest Id:
Clearance AO Cmd:
File #:
Prints Requested? NO

| Is This Related To Stop And Frisk Report: NO | SQF Number: 0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO |

| Gang Related? NO | OCCB FOD Log #: | Name Of Gang: | Child Abuse Suspected? NO |

| DIR Required? YES | | Child in Common? NO | Intimate Relationship? YES |

**SEALED**                                                              **SEALED**

**If Burglary:**
Forced Entry?
Structure:
Entry Method:
Entry Location:

**Alarm:**
Bypassed?
Comp Responded?:
Company Name/Phone:
Crime Prevention Survey Requested?:
Complaint/Reporter Present?:

**If Arson:**
Structure:
Occupied?:
Damage by:

**Taxi Robbery:**
Partition Present:
Amber Stress Light Activated:
Method of Conveyance:
Location of Pickup:

| Supervisor On Scene - Rank / Name / Command: | Canvas Conducted: NO | Translator(if used): |

**NARRATIVE:**
AT T/P/O A/O WAS INFORMED THAT SUSP WAS PRESENT AT 1430 AMSTERDAM AVE #3C WHILE CPLT WAS THERE AS STD BY SIMS NECOLA. THERE IS AN ACTIVE O/O/P DKT #2014NY4074846 EXP 3/29/15. NO WEAPONS. NO INJURIES. NO GUNS. ONE CHILD LESS THAN 4. SUSP SAYS HE DOES NOT WORK. NO SOCIAL MEDIA. HANGS OUT AT 28TH ST BET MADISON & PARK. NO CAR/DRIVERS. NO FAMILY/FRIENDS. CAN BE FOUND AT PSA6/MCB.

| SEALED | | SEALED |
|---|---|---|

**No NYC TRANSIT Data for Complaint # 2014-026-03115**

| SEALED | | SEALED |
|---|---|---|

**N.Y.C.H.A:**   Complaint # 2014-026-03115

| Development Name: MANHATTANVILLE | Housing Report #: 9999 | PSA #: 6 | Field Report Prepared: NO | Field Report Number: |
|---|---|---|---|---|

| SEALED | | |
|---|---|---|

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 0 | Total Wanted: 1 |
|---|---|---|---|

**VICTIM: # 1 of 1**   Name: HAU-SANS, SARAH   Complaint#: 2014-026-03115

Nick/AKA/Maiden:
UMOS: NO
Sex/Type: FEMALE
Race: WHITE
Age: 24
Date Of Birth: [REDACTED]
Disabled? NO
Is this person not Proficient in English?: NO
If Yes, Indicate Language:
N.Y.C.H.A Resident? NO
Is Victim fearful for their safety / life? NO
Escalating violence / abuse by suspect? YES
Were prior DIR's prepared for C/V? YES

Gang/Crew Affiliation:
Name:
Identifiers:

Will View Photo: NO
Will Prosecute: NO
Notified Of Crime Victim Comp. Law: YES

**LOCATION   ADDRESS   CITY   STATE/COUNTRY   ZIP   APT/ROOM**
HOMELESS

Phone #: HOME: Not Provided/Unavailable  CELL: Not Provided/Unavailable  BUSINESS: Not Provided/Unavailable  E-MAIL: Not Provided/Unavailable

| Action against Victim: | Actions Of Victim Prior To Incident: HANGING OUT WITH ACQUAINTANCES AT 1430 AMSTERDAM 3C |
|---|---|
| Victim Of Similar Incident: YES | If Yes, When And Where 09/2014 |

| SEALED | SEALED |
|---|---|

**WANTED: # 1 of 1**   Name: FAIRFAX, DAVID   Complaint#: 2014-026-03115   Arrested: YES

Nick/AKA/Maiden: LIL D/LITTLE D
Sex: MALE
Race: BLACK
Age: 31
Date Of Birth: 1983
U.S. Citizen: YES
Place Of Birth:
Is this person not Proficient in

Height: 5FT8IN
Weight: 130
Eye Color: BROWN
Hair Color: BLACK
Hair Length: SHORT
Hair Style: CLOSE CUT
Skin Tone: MEDIUM

Order Of Protection: YES
Issuing Court: CRIMINAL
Docket #: 2014NY4074846
Expiration Date: 03/29/2015
Order of Protection Violated? NO
Does Suspect abuse Drugs / Alcohol? NO
Suspect threatened /attempted suicide? NO
Is the suspect Parole / Probation? NO

**DEF 28**

Complaint# 2014-026-03115                                                                 Page 3 of 4

|  | English?: NO<br>If Yes, Indicate Language:<br>Accent: NO | Complexion: CLEAR<br>S.S. #: 0 | Relation to Victim: BOYFRIEND<br>Living together: NO<br>Can be Identified: YES |
|---|---|---|---|
|  |  |  | Gang/Crew Affiliation: NO<br>Name:<br>Identifiers: |

**LOCATION   ADDRESS   CITY   STATE/COUNTRY   ZIP   APT/ROOM   HOW LONG?   RES. PCT**
HOMELESS

**Phone #: CELL: 646-713-3033**

N.Y.C.H.A. Resident: NO   N.Y.C. Housing Employee: NO   On Duty:
Development:         N.Y.C. Transit Employee: NO

**Physical Force: NONE**

**Weapons:**

Gun:
Weapon Used/Possessed: NONE       Make:            Recovered:
Non-Firearm Weapon:                Caliber:         Serial Number Defaced:
Other Weapon Description:          Color:           Serial Number:
                                   Type:
                                   Other/Gun Specify:
                                   Discharged: NO

Used Transit System:
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | UNK |
| METHOD OF FLIGHT | FOOT |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES -JEANS -BLUE |
| CLOTHING | FOOTWEAR -SNEAKERS -MULTI COLORED OR STR |
| CLOTHING | OUTERWEAR -T-SHIRT OR TANK TOP -DARK GREEN |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | TORSO -TATOO (CAN'T DESCRIBE) |
| BODY MARKS | TORSO -TATOO (CAN'T DESCRIBE) |
| IMPERSONATION | UNKNOWN |

| SEALED |  | SEALED |
|---|---|---|

| ARRESTS: | Complaint # 2014-026-03115 |
|---|---|

| Arrest ID | Status | Defendant Name | Sex | Race | AGE | Arrest Date |
|---|---|---|---|---|---|---|
| M14688561 | SEALED | FAIRFAX, DAVID | MALE | BLACK | 31 | 10/09/2014 |

| SEALED |  | SEALED |
|---|---|---|

No IMEI Data for Complaint # 2014-026-03115

| SEALED |  | SEALED |
|---|---|---|

| Reporting/Investigating M.O.S. Name: POM SANCHEZ RAFAEL | Tax #: 942503 | Command: PSA 6 | Rep.Agency: NYPD |
|---|---|---|---|
| Supervisor Approving Name: SGT HARRIS JULIAN | Tax #: 932775 | Command: PSA 6 | Rep.Agency: NYPD |
| Complaint Report Entered By: POM SANCHEZ | Tax #: 942503 | Command: PSA 6 | Rep.Agency: NYPD |
| Signoff Supervisor Name: SGT URUCI | Tax #: 919803 | Command: PSA 6 | Rep.Agency: NYPD |
| SEALED | | | SEALED |

**END OF COMPLAINT REPORT # 2014-026-03115**

Print this Report

Complaint# 2014-026-03113                                                                                     Page 1 of 4



# New York City Police Department
## Omniform System - Complaints

**RECORD CONTAINS SEALED INFORMATION.**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| Report Cmd: 805 | Jurisdiction: N.Y.C. HOUSING AUTHORITY | Record Status: Final, No Arrests | Complaint #: 2014-026-03113 | No Other Legacy Blue Versions | No Other Complaint Revisions |

**Occurrence Location:** OPPOSITE OF 1430 AMSTERDAM AVENUE
**Name Of Premise:** MANHATTANVILLE
**Premises Type:** RESIDENCE - PUBLIC H
**Location Within Premise:** APARTMENT
**Visible By Patrol?:** YES

**Did this offense occur on NYC Parks Dept. Property?** NO
**Command:**
**NYC Parks Dept. Property Name:**

**Precinct:** 026
**Sector:** E
**Beat:**
**Post:**

**Occurrence From:** 2014-10-08 20:00 WEDNESDAY
**Occurrence thru:** 2014-10-09 02:33
**Reported:** 2014-10-09 06:33
**Complaint Received:** RADIO

**Aided #**
**Accident #**
**O.C.C.B. #**

SEALED                                                                                                         SEALED

**Classification:** UNLAWFUL IMPRISON
**Attempted/Completed:** COMPLETED
**Most Serious Offense Is:** FELONY
  **PD Code:** 183  IMPRISONMENT 1, UNLAWFUL
  **PL Section:** 13510
  **Keycode:** 124  KIDNAPPING & RELATED OFFENSES

**Case Status:** CLOSED
**Unit Referred To:**
**Clearance Code:** UNIFORM ARREST
**Log/Case #:** 0
**Clearance Arrest Id:**
**Clearance AO Cmd:**
  **File #:** 21
**Prints Requested?** NO

| Is This Related To Stop And Frisk Report NO | SQF Number: 0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO |

| Gang Related? NO | OCCB FOD Log #: | Name Of Gang: | Child Abuse Suspected? NO |
| DIR Required? YES | | Child in Common? NO | Intimate Relationship? YES |

SEALED                                                                                                         SEALED

| **If Burglary:** Forced Entry? Structure: Entry Method: Entry Location: | **Alarm:** Bypassed? Comp Responded?: Company Name/Phone: Crime Prevention Survey Requested?: Complaint/Reporter Present?: | **If Arson:** Structure: Occupied?: Damage by: | **Taxi Robbery:** Partition Present: Amber Stress Light Activated: Method of Conveyance: Location of Pickup: |

| Supervisor On Scene - Rank / Name / Command: LT GUNTHER 806 | Canvas Conducted: YES | Translator(if used): |

**DEF 109**

http://omniform.nypd.org/omniform/globalreports/webFocusReport.do?IBIF_ex=PRNTC...   6/20/2016

Complaint# 2014-026-03113                                                             Page 2 of 4

**NARRATIVE:**
AT T/P/O CPLT STS SUSP & ONE OTHER MALE HELD HER AT KNIFE POINT REFUSING TO ALLOW HER TO LEAVE & HANDCUFFED HER TO A PIPE ON A RADIATOR.

SEALED | SEALED

No NYC TRANSIT Data for Complaint # 2014-026-03113

SEALED | SEALED

| N.Y.C.H.A: | Complaint # 2014-026-03113 | | | |
|---|---|---|---|---|
| Development Name: MANHATTANVILLE | Housing Report #: 9999 | PSA #: 6 | Field Report Prepared: NO | Field Report Number: |

SEALED | SEALED

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 0 | Total Wanted: 1 |
|---|---|---|---|

**VICTIM: # 1 of 1**   Name: SIMS, NECOLA   Complaint#: 2014-026-03113

- Nick/AKA/Maiden:
- UMOS: NO
- Sex/Type: FEMALE
- Race: BLACK
- Age: 45
- Date Of Birth: [REDACTED]
- Disabled? NO
- Is this person not Proficient in English?: NO
- If Yes, Indicate Language:
- N.Y.C.H.A Resident? YES
- Is Victim fearful for their safety / life? YES
- Escalating violence / abuse by suspect? YES
- Were prior DIR's prepared for C/V? NO

- Gang/Crew Affiliation:
- Name:
- Identifiers:
- Will View Photo: YES
- Will Prosecute: YES
- Notified Of Crime Victim Comp. Law: YES

LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM
HOME-PERMANENT | [REDACTED] | | | |

Phone #: HOME: [REDACTED]   CELL: Not Provided/Unavailable   BUSINESS: Not Provided/Unavailable   E-MAIL: Not Provided/Unavailable

Action against Victim:
Actions Of Victim Prior To Incident: HANGING OUT WITH SUSP IN APT 3C 1430 AMSTERDAM

Victim Of Similar Incident: NO
If Yes, When And Where

SEALED | SEALED

**WANTED: # 1 of 1**   Name: FAIRFAX, DAVID   Complaint#: 2014-026-03113   Arrested: YES

- Nick/AKA/Maiden:
- Sex: MALE
- Race: BLACK
- Age: 31
- Date Of Birth: /1983
- U.S. Citizen: YES
- Place Of Birth:
- Is this person not Proficient in English?: NO
- If Yes, Indicate Language:
- Accent: NO

- Height: 5FT8IN
- Weight: 130
- Eye Color: BROWN
- Hair Color: BLACK
- Hair Length: SHORT
- Hair Style: CLOSE CUT
- Skin Tone: MEDIUM
- Complexion: CLEAR
- S.S. #: 0

- Order Of Protection: NO
- Issuing Court:
- Docket #:
- Expiration Date:
- Order of Protection Violated? NO
- Does Suspect abuse Drugs / Alcohol? NO
- Suspect threatened/attempted suicide? NO
- Is the suspect Parole / Probation? NO
- Relation to Victim: FRIEND/ACQUAINTANCE

|  | Living together: NO |
|---|---|
|  | Can be identified: YES |
|  | Gang/Crew Affiliation: NO |
|  | Name: |
|  | Identifiers: |

**LOCATION   ADDRESS   CITY   STATE/COUNTRY   ZIP   APT/ROOM   HOW LONG?   RES. PCT**
HOMELESS

**Phone #: CELL: 646-713-3033**

**N.Y.C.H.A. Resident:** NO   **N.Y.C. Housing Employee:** NO   **On Duty:**
**Development:**          **N.Y.C. Transit Employee:** NO

**Physical Force: NONE**

**Weapons:**

Gun:
Weapon Used/Possessed: USED/DISPLAYED     Make:              Recovered: NO
Non-Firearm Weapon:                       Caliber:           Serial Number Defaced:
Other Weapon Description:                 Color:             Serial Number:
                                          Type:
                                          Other/Gun Specify:
                                          Discharged: NO

Used Transit System:
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | UNK |
| METHOD OF FLIGHT | FOOT |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | HELD C/V AT KNIFE POINT |
| CLOTHING | ACCESSORIES -JEANS -BLUE |
| CLOTHING | FOOTWEAR -SNEAKERS -MULTI COLORED OR STR |
| CLOTHING | OUTERWEAR -T-SHIRT OR TANK TOP -DARK GREEN |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | TORSO -TATOO (CAN'T DESCRIBE) |
| BODY MARKS | TORSO -TATOO (CAN'T DESCRIBE) |
| IMPERSONATION | UNKNOWN |

SEALED                                                                   SEALED

**ARRESTS:**                           Complaint # 2014-026-03113

| Arrest ID | Status | Defendant Name | Sex | Race | AGE | Arrest Date |
|---|---|---|---|---|---|---|
| M14688550 | SEALED | FAIRFAX, DAVID | MALE | BLACK | 31 | 10/09/2014 |

SEALED                                                                   SEALED

**EVIDENCE:**                                              Complaint # 2014-026-03113

| Evidence Collected?: | Evidence Collection Team/Crime Scene Requested?: | ECT Responded?: | ECT Run#: | Crime Scene Responded?: | Crime Scene Number: |
|---|---|---|---|---|---|
| YES | NO | NO |  | NO |  |

Complaint# 2014-026-03113                                                                 Page 4 of 4

| Evidence | Invoice # |
|---|---|
| ALL OTHER | 1000561836 |

| SEALED | SEALED |
|---|---|

**No IMEI Data for Complaint # 2014-026-03113**

| SEALED | SEALED |
|---|---|

| NOTIFICATIONS / ADDITIONAL COPIES: | Complaint # 2014-026-03113 |
|---|---|

Notifications to:

| Rank/Title | Name | Unit/Agency | Log # |
|---|---|---|---|
| CPT | ROUMELIOTIS | DUTY | |
| SGT | ZUCKER | MNTF | |
| DET | DEAN | NIGHTWATCH | |
| DET | GUZMAN | NIGHTWATCH | |
| PO | MORP | ESIO | |
| DI | DESPAIGNE | PSA6/CO | |
| PO | SKUZA | OPER | |
| PO | MARAGNE | HBW | |
| PO | ALICEA | PBMN | |
| DET | RUBINICH | VICE | |
| DET | ZERAFA | VICE | |

| SEALED | SEALED |
|---|---|

| Reporting/Investigating M.O.S. Name: | Tax #: | Command: | Rep.Agency: |
|---|---|---|---|
| POM SANCHEZ RAFAEL | 942503 | PSA 6 | NYPD |
| Supervisor Approving Name: SGT SAWERS RON | 927812 | PSA 6 | NYPD |
| Complaint Report Entered By: POM SANCHEZ | 942503 | PSA 6 | NYPD |
| Signoff Supervisor Name: SGT URUCI | 919803 | PSA 6 | NYPD |

| SEALED | SEALED |
|---|---|

**END OF COMPLAINT REPORT # 2014-026-03113**

[ Print this Report ]

ARREST Report - M14688550                                                                                               Page 1 of 3



# New York City Police Department
## Omniform System - Arrests

**RECORD CONTAINS SEALED INFORMATION.**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| | |
|---|---|
| **RECORD STATUS: SEALED** | **Arrest ID: M14688550 - K** |
| **Arrest Location: OPPOSITE OF 1430 AMSTERDAM AVENUE** | **Pct: 026** |

Arrest Date: 10-09-2014    Processing Type: ON LINE    Current Location of Perpetrator:
Time: 05:00:00    DCJS Fax Number: MO055346    Borough: Manhattan
Sector: E    Special Event Code: NO -    Type:
Strip Search Conducted: NO    DAT Number: 0    Location: 026 PRECINCT
Viper Initiated Arrest: NO
Stop And Frisk: NO    Return Date: 0000-00-00
Serial #: 0000-000-00000

**COMPLAINTS:**                                                                                          Arrest #: M14688550

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2014-026-03113 | 2014-10-09 | Valid, No Arrests | 2014-10-08 | 20:00 |

SEALED                                                                                                             SEALED

**CHARGES:**                                                                                              Arrest #: M14688550

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 135.10 | F | E | 1 | UNLAWFUL IMPRISONMENT 1ST |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit: |
|---|---|---|---|---|---|

SEALED                                                                                                             SEALED

**DETAILS:**                                                                                              Arrest #: M14688550

AT T/P/O C/V STATES SUSP AND ONE OTHER MALE HELD HER AT KNIFE POINT REFUSING TO ALLOW HER TO LEAVE AND HANDCUFFED HER TO A PIPE ON A RADIATOR.

SEALED                                                                                                             SEALED

IMEI - 0000000000000000

| **DEFENDANT: FAIRFAX, DAVID** | NYSID #: 09840775N | Arrest #: M14688550 |
|---|---|---|

Nick/AKA/Maiden:             Height: 5FT 8IN          Order Of Protection: NO
Sex: MALE                    Weight: 130              Issuing Court:
Race: BLACK                  Eye Color: BROWN         Docket #:
Age: 31                      Hair Color: BLACK        Expiration Date:
Date Of Birth: (      /1983  Hair Length: SHORT       Relation to Victim: FRIEND/ACQUAINTANCE
U.S. Citizen: YES            Hair Style: CLOSE CUT    Living together: NO
Place Of Birth:              Skin Tone: MEDIUM        Can be identified: YES
Is this person not
Proficient in                Complexion: CLEAR
English?: NO
If Yes, Indicate
Language:

http://omniform.nypd.org/omniform/globalreports/webFocusReport.do?IBIF_ex=VIEWA...    4/20/2016

DEF 133

| Accent: NO | Soc.Security #: | Gang/Crew Affiliation: NO | |
|---|---|---|---|
| Identification ID: | Occupation: UNKNOWN | Name: | |
| Identification #: | | Identifiers: | |
| Physical Condition: APPARENTLY NORMAL | Lic/Permit Type: | | |
| Drug Used: NONE | Lic/Permit No: | | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOMELESS | | | | | | 000 |

| Phone # and E-Mail Address: CELL: 646-713-3033 IMEI - 000000000000000 | Cell Phone # 6467133033 | Carrier | Other | Make KYOCERA | Model | Insured | Cell Phone # | Carrier | Other | Make |
|---|---|---|---|---|---|---|---|---|---|---|

N.Y.C.H.A. Resident: NO   N.Y.C. Housing Employee: NO   On Duty:
Development:   N.Y.C. Transit Employee: NO

**Physical Force: NONE**

Gun:
Weapon Used/Possessed: USED/DISPLAYED   Make:   Recovered: NO
Non-Firearm Weapon:   Color:   Serial Number Defaced:
Other Weapon Description:   Caliber:   Serial Number:
   Type:
   Discharged: NO

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | UNK |
| METHOD OF FLIGHT | FOOT |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | HELD C/V AT KNIFE POINT |
| CLOTHING | ACCESSORIES - JEANS - BLUE |
| CLOTHING | FOOTWEAR - SNEAKERS - MULTI COLORED OR STR |
| CLOTHING | OUTERWEAR - T-SHIRT OR TANK TOP - DARK GREEN |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | TORSO -TATOO (CAN'T DESCRIBE) |
| BODY MARKS | TORSO -TATOO (CAN'T DESCRIBE) |
| IMPERSONATION | UNKNOWN |

| SEALED | | SEALED |
|---|---|---|
| **JUVENILE DATA:** | | Arrest #: M14688550 |
| Juvenile Offender:   Relative Notified:   Personal Recog: | | |
| Number Of Priors: 0   Name: | | |
| School Attending:   Phone Called: | | |
| Mother's Maiden Name:   Time Notified: | | |
| SEALED | | SEALED |
| **ASSOCIATED ARRESTS:** | | Arrest #: M14688550 |

| ARREST ID COMPLAINT # | |
|---|---|
| SEALED | SEALED |
| No Vehicles for Arrest # | |
| SEALED | SEALED |
| DEFENDANTS CALLS: | Arrest #: M14688550 |
| CALL # NUMBER DIALED NAME CALLED<br>1    --    REFUSED,REFUSED | |
| SEALED | SEALED |
| INVOICES: | Arrest #: M14688550 |
| INVOICE#  COMMAND  PROPERTY TYPE  VALUE<br>1000561836    ALL OTHER    UNKNOWN | |
| SEALED | SEALED |

| ARRESTING OFFICER: POM RAFAEL SANCHEZ | Arrest #: M14688550 |
|---|---|
| Tax Number: 942503         On Duty: YES<br>Other ID (non-NYPD): 942503    In Uniform: YES<br>Shield: 12327            Squad: A1<br>Department: NYPD         Chart: 02<br>Command: 806    Primary Assignment | Force Used: NO<br>Type:<br>Reason:<br>Officer Injured: NO |

| SEALED | | | SEALED |
|---|---|---|---|
| Arresting Officer Name:<br>POM SANCHEZ, RAFAEL | Tax #:<br>942503 | Command:<br>806 | Agency:<br>NYPD |
| Supervisor Approving:<br>SGT HARRIS JULIAN | Tax #:<br>932775 | Command:<br>808 | Agency:<br>NYCHA |
| Report Entered by:<br>POM SANCHEZ, RAFAEL | Tax #:<br>942503 | Command:<br>806 | Agency:<br>NYPD |

END OF ARREST REPORT
M14688550