# New York City Police Department
## Omniform System - Complaints

**RECORD CONTAINS SEALED INFORMATION.**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| Report Cmd: 806 | Jurisdiction: N.Y.C. HOUSING AUTHORITY | Record Status: Final, No Arrests | Complaint #: 2014-026-03119 | No Other Legacy Blue Versions | No Other Complaint Revisions |
|---|---|---|---|---|---|

**Occurrence Location:** INSIDE OF 1430 AMSTERDAM AVENUE APT: 3C
**Name Of Premise:** MANHATTANVILLE
**Premises Type:** RESIDENCE - PUBLIC H
**Location Within Premise:** APARTMENT
**Visible By Patrol?:** NO

**NYC Parks Dept. Property**
Did this offense occur on NYC Parks Dept. Property? NO
Command:
NYC Parks Dept. Property Name:

**Precinct:** 028
**Sector:** E
**Beat:**
**Post:**

**Occurrence From:** 2014-10-08  19:30  WEDNESDAY
**Occurrence thru:** 2014-10-09  02:30
**Reported:** 2014-10-09  19:25
**Complaint Received:** RADIO

Aided #
Accident #
O.C.C.B. #

SEALED                                                                                                  SEALED

**Classification:** UNLAWFUL IMPRISON
**Attempted/Completed:** COMPLETED
**Most Serious Offense Is:** MISDEMEANOR
**PD Code:** 181  IMPRISONMENT 2,UNLAWFUL
**PL Section:** 13505
**Keycode:** 355  OFFENSES AGAINST THE PERSON

**Case Status:** CLOSED
**Unit Referred To:**
**Clearance Code:** UNIFORM ARREST
**Log/Case #:** 0
**Clearance Arrest Id:**
**Clearance AO Cmd:**
**File #:** 46
**Prints Requested?** NO

| Is This Related To Stop And Frisk Report NO | SQF Number: 0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO |
|---|---|---|---|
| Gang Related? NO | OCCB FOD Log #: | Name Of Gang: | Child Abuse Suspected? NO |
| DIR Required? NO | | Child In Common? NO | Intimate Relationship? NO |

SEALED                                                                                                  SEALED

| **If Burglary:** | **Alarm:** | **If Arson:** | **Taxi Robbery:** |
|---|---|---|---|
| Forced Entry? | Bypassed? | Structure: | Partition Present: |
| Structure: | Comp Responded?: | Occupied?: | Amber Stress Light Activated: |
| Entry Method: | Company Name/Phone: | Damage by: | Method of Conveyance: |
| Entry Location: | Crime Prevention Survey Requested?: | | Location of Pickup: |
| | Complaint/Reporter Present?: | | |

| Supervisor On Scene - Rank / Name / Command : | Canvas Conducted: NO | Translator(if used): |
|---|---|---|

| NARRATIVE: | |
|---|---|
| AT T/P/O CPLT STS SUSP WAS PRESENT WHEN TWO (2) MALES HELD HER AT KNIFE POINT, HANDCUFFING HER TO A PIPE ON THE RADIATOR & SUSP SAT IN ROOM WATCHING CPLT & DID NOT DO ANYTHING TO HELP SET CPLT FREE. | |
| SEALED | SEALED |

No NYC TRANSIT Data for Complaint # 2014-026-03119

| SEALED | SEALED |
|---|---|

| N.Y.C.H.A: | Complaint # 2014-026-03119 | | | |
|---|---|---|---|---|
| Development Name: MANHATTANVILLE | Housing Report #: 9999 | PSA #: 6 | Field Report Prepared: NO | Field Report Number: |
| SEALED | | | | SEALED |

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 0 | Total Wanted: 1 |
|---|---|---|---|

| VICTIM: # 1 of 1 | Name: SIMS, NECOLA | Complaint#: 2014-026-03119 |
|---|---|---|

- Nick/AKA/Maiden: COCO
- UMOS: NO
- Sex/Type: FEMALE
- Race: BLACK
- Age: 45
- Date Of Birth: ▉
- Disabled? NO
- Is this person not Proficient in English?: NO
- If Yes, Indicate Language:
- N.Y.C.H.A Resident? YES
- Is Victim fearful for their safety / life? YES
- Escalating violence / abuse by suspect? YES
- Were prior DIR's prepared for C/V? NO

- Gang/Crew Affiliation:
  - Name:
  - Identifiers:
- Will View Photo: YES
- Will Prosecute: YES
- Notified Of Crime Victim Comp. Law: YES

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | ▉ | | | | |

Phone #: HOME:▉ CELL: Not Provided/Unavailable BUSINESS: Not Provided/Unavailable E-MAIL: Not Provided/Unavailable

| Action against Victim: | Actions Of Victim Prior To Incident: HANGING OUT WITH ACQUAINTANCES IN 1430 AMSTERDAM 3C |
|---|---|
| Victim Of Similar Incident: NO | If Yes, When And Where |
| SEALED | SEALED |

| WANTED: # 1 of 1 | Name: HAU-SANS, SARAH | Complaint#: 2014-026-03119 | Arrested: YES |
|---|---|---|---|

- Nick/AKA/Maiden:
- Sex: FEMALE
- Race: WHITE
- Age: 24
- Date Of Birth: /1989
- U.S. Citizen: NO
- Place Of Birth: FRANCE
- Is this person not Proficient in English?: NO
- If Yes, Indicate Language:
- Accent: NO

- Height: 5FT5IN
- Weight: 140
- Eye Color: BLUE
- Hair Color: BLONDE
- Hair Length: LONG
- Hair Style: STRAIGHT
- Skin Tone: LIGHT
- Complexion: CLEAR
- S.S. #: 0

- Order Of Protection: NO
- Issuing Court:
- Docket #:
- Expiration Date:
- Order of Protection Violated? NO
- Does Suspect abuse Drugs / Alcohol? NO
- Suspect threatened /attempted suicide? NO
- Is the suspect Parole / Probation? NO

Complaint# 2014-026-03119 | Page 3 of 4

|  |  |
|---|---|
|  | Relation to Victim: FRIEND/ACQUAINTANCE<br>Living together: NO<br>Can be Identified: YES |
|  | Gang/Crew Affiliation: NO<br>Name:<br>Identifiers: |

| LOCATION ADDRESS CITY STATE/COUNTRY ZIP APT/ROOM HOW LONG? RES. PCT |
|---|
| HOMELESS |
| Phone #: |
| N.Y.C.H.A. Resident: NO  N.Y.C. Housing Employee: NO  On Duty:<br>Development:     N.Y.C. Transit Employee: NO |
| Physical Force: NONE |
| Weapons: |

Gun:
Weapon Used/Possessed: NONE    Make:         Recovered:
Non-Firearm Weapon:           Caliber:    Serial Number Defaced:
Other Weapon Description:     Color:       Serial Number:
                              Type:
                    Other/Gun Specify:
                        Discharged: NO

Used Transit System:
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES -JEANS -BLUE |
| CLOTHING | FOOTWEAR -SNEAKERS -BLUE |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CLOTHING | OUTERWEAR -OTHER -WHITE |
| CHARACTERISTICS | TEETH UNUSUAL |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

| SEALED |  | SEALED |
|---|---|---|

| ARRESTS: | Complaint # 2014-026-03119 |
|---|---|

Arrest ID    Status    Defendant Name    Sex    Race    AGE    Arrest Date
█████████████████████████████████████████████████████████████████████████

| SEALED |  | SEALED |
|---|---|---|

No IMEI Data for Complaint # 2014-026-03119

| SEALED |  | SEALED |
|---|---|---|

| Reporting/Investigating M.O.S. Name:<br>POM SANCHEZ RAFAEL | Tax #:<br>942503 | Command:<br>PSA 6 | Rep.Agency:<br>NYPD |
|---|---|---|---|

**DEF 115**

Complaint# 2014-026-03119  Page 4 of 4

| Supervisor Approving Name: SGT HARRIS JULIAN | Tax #: 932775 | Command: PSA 6 | Rep.Agency: NYPD |
|---|---|---|---|
| Complaint Report Entered By: POM SANCHEZ | Tax #: 942503 | Command: PSA 6 | Rep.Agency: NYPD |
| Signoff Supervisor Name: SGT URUCI | Tax #: 919803 | Command: PSA 6 | Rep.Agency: NYPD |
| SEALED | | | SEALED |

**END OF COMPLAINT REPORT # 2014-026-03119**

Print this Report

Report - M14688566   Page 1 of 3

## New York City Police Department
### Omniform System - Arrests

| RECORD STATUS: NYSID ENTERD | Arrest ID: M14688566 - Q |
|---|---|
| Arrest Location: INSIDE OF 1430 AMSTERDAM AVENUE APT: 3C | Pct: 026 |

Arrest Date: 10-09-2014   Processing Type: ON LINE
Time: 08:10:00   DCJS Fax Number: MO055356
Sector: E   Special Event Code: NO
Strip Search Conducted: NO   DAT Number: 0
Viper Initiated Arrest: NO
Stop And Frisk: NO   Return Date: 0000-00-00
Serial #: 0000-000-00000

**COMPLAINTS:**   Arrest #: M14688566

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2014-026-03119 | 2014-10-09 | Valid, No Arrests | 2014-10-08 | 19:30 |

**CHARGES:**   Arrest #: M14688566

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 135.05 | M | A | 1 | UNLAWFUL IMPRISONMENT 2ND |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit: |
|---|---|---|---|---|---|

**DETAILS:**   Arrest #: M14688566

AT T/P/O C/V STATES SUSP WAS PRESENT WHEN 2 MALES HELD HER AT KNIFE POINT, HANDCUFFING HER TO A PIPE ON THE RADIATOR AND SUSP SAT IN ROOM WATCHING C/V AND DID NOT DO ANYTHING TO HELP SET C/V FREE.

**DEFENDANT: HAU-SANS, SARAH**   NYSID #: [redacted]   Arrest #: M14688566

| | | |
|---|---|---|
| Nick/AKA/Maiden: | Height: 5FT 5IN | Order Of Protection: NO |
| Sex: FEMALE | Weight: 140 | Issuing Court: |
| Race: WHITE | Eye Color: BLUE | Docket #: |
| Age: 24 | Hair Color: BLONDE | Expiration Date: |
| Date Of Birth: [redacted] | Hair Length: LONG | Relation to Victim: FRIEND/ACQUAINTANCE |
| U.S. Citizen: NO | Hair Style: STRAIGHT | Living together: NO |
| Place Of Birth: FRANCE | Skin Tone: LIGHT | Can be Identified: YES |
| Is this person not Proficient In English?: NO | Complexion: CLEAR | |
| If Yes, Indicate Language: | | |
| Accent: NO | Soc.Security #: | Gang/Crew Affiliation: NO |
| | Occupation: NONE | Name: |
| Identification ID: | | Identifiers: |
| Identification #: | | |
| Physical Condition: APPARENTLY NORMAL | Lic/Permit Type: | |
| Drug Used: NONE | Lic/Permit No: | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOMELESS | | | | | | 000 |

Phone # and E-Mail Address:

N.Y.C.H.A. Resident: NO   N.Y.C. Housing Employee: NO   On Duty:
Development:   N.Y.C. Transit Employee: NO

Report - M14688566      Page 2 of 3

| | |
|---|---|
| **Physical Force:** NONE | |

**Gun:**
Weapon Used/Possessed: NONE    Make:    Recovered:
Non-Firearm Weapon:    Color:    Serial Number Defaced:
Other Weapon Description:    Caliber:    Serial Number:
   Type:
   Discharged: NO

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES - JEANS - BLUE |
| CLOTHING | FOOTWEAR - SNEAKERS - BLUE |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CLOTHING | OUTERWEAR - OTHER - WHITE |
| CHARACTERISTICS | TEETH UNUSUAL |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**JUVENILE DATA:**      Arrest #: M14688566

Juvenile Offender:    Relative Notified:    Personal Recog:
Number Of Priors: 0    Name:
School Attending:    Phone Called:
Mother's Maiden Name:    Time Notified:

**ASSOCIATED ARRESTS:**      Arrest #: M14688566

ARREST ID  COMPLAINT #

**DEFENDANTS CALLS:**      Arrest #: M14688566

CALL #  NUMBER DIALED  NAME CALLED
1    --    REFUSED,REFUSED

**INVOICES:**      Arrest #: M14688566

INVOICE#  COMMAND  PROPERTY TYPE  VALUE

**ARRESTING OFFICER: POM RAFAEL SANCHEZ**      Arrest #: M14688566

Tax Number: 942503    On Duty: YES      Force Used: NO
Other ID (non-NYPD): 942503    In Uniform: YES      Type:
Shield: 12327    Squad: A1      Reason:
Department: NYPD    Chart: 02      Officer Injured: NO
Command: 806    Primary Assignment:

| | Tax #: | Command: | Agency: |
|---|---|---|---|
| Arresting Officer Name:<br>POM SANCHEZ, RAFAEL | 942503 | 806 | NYPD |
| Supervisor Approving:<br>SGT HARRIS JULIAN | 932775 | 806 | NYCHA |
| Report Entered by:<br>POM SANCHEZ, RAFAEL | 942503 | 806 | NYPD |

END OF ARREST REPORT

M14688566

Print this Report

CONFIDENTIAL