Complaint# 2014-026-03121                                                    Page 1 of 4

| | New York City Police Department |
|---|---|
| | Omniform System - Complaints |

| RECORD CONTAINS SEALED INFORMATION. |
|---|
| THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON |
| OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT. |

| Report Cmd: 805 | Jurisdiction: N.Y.C. HOUSING AUTHORITY | Record Status: Final, Initial Arrests made | Complaint #: 2014-026-03121 | No Other Legacy Blue Versions | No Other Complaint Revisions |
|---|---|---|---|---|---|
| Occurrence Location: INSIDE OF 1430 AMSTERDAM AVENUE APT: 3C<br>Name Of Premise: MANHATTANVILLE<br>Premises Type: RESIDENCE - PUBLIC H<br>Location Within Premise: APARTMENT<br>Visible By Patrol?: YES | | NYC Parks Dept. Property<br>Did this offense occur on NYC Parks Dept. Property? NO<br>Command:<br>NYC Parks Dept. Property Name: | | Precinct: 026<br>Sector: E<br>Beat:<br>Post: | |

| Occurrence From: 2014-10-09 02:33 THURSDAY | Aided # |
|---|---|
| Occurrence thru: 2014-10-09   04:05 | Accident # |
| Reported: 2014-10-09   19:56 | O.C.C.B. # |
| Complaint Received: RADIO | |

| SEALED | SEALED |
|---|---|

| Classification: OBSTRUCT GOVT ADMIN<br>Attempted/Completed: COMPLETED<br>Most Serious Offense Is: MISDEMEANOR<br>PD Code: 759  PUBLIC ADMINISTATION,UNCLASS M<br>PL Section: 19505<br>Keycode: 359  OFFENSES AGAINST PUBLIC ADMINI | Case Status: CLOSED<br>Unit Referred To:<br>Clearance Code: UNIFORM ARREST<br>Log/Case #: 0<br>Clearance Arrest Id:<br>Clearance AO Cmd:<br>File #:<br>Prints Requested? NO |
|---|---|

| Is This Related To Stop And Frisk Report NO | SQF Number: 0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO |
|---|---|---|---|
| Gang Related? NO | OCCB FOD Log #: | Name Of Gang: | Child Abuse Suspected? NO |
| DIR Required? NO | | Child In Common? NO | Intimate Relationship? NO |

| SEALED | SEALED |
|---|---|

| If Burglary:<br>Forced Entry?<br>Structure:<br>Entry Method:<br>Entry Location: | Alarm:<br>Bypassed?<br>Comp Responded?:<br>Company Name/Phone:<br>Crime Prevention Survey Requested?:<br>Complaint/Reporter Present?: | If Arson:<br>Structure:<br>Occupied?:<br>Damage by: | Taxi Robbery:<br>Partition Present:<br>Amber Stress Light Activated:<br>Method of Conveyance:<br>Location of Pickup: |
|---|---|---|---|
| Supervisor On Scene - Rank / Name / Command : | Canvas Conducted: NO | Translator(If used): | |

DEF 117

Complaint# 2014-026-03121                                        Page 2 of 4

| NARRATIVE: |
|---|
| AT T/P/O AFTER RESPONDING TO A R/R OF AN ASSAULT & POSSIBLE IMPRISONMENT OF AN INDIVIDUAL SUSP DID NOT OPEN DOOR TO APT FOR APPROX 1.5-2 HRS AFTER INCIDENT UNTIL ESU WAS CALLED TO GAIN ENTRY INTO APT TO ENSURE WELL BEING OF CPLT. |

| SEALED | | SEALED |
|---|---|---|

## No NYC TRANSIT Data for Complaint # 2014-026-03121

| SEALED | | SEALED |
|---|---|---|

| N.Y.C.H.A: | Complaint # 2014-026-03121 | |
|---|---|---|
| Development Name: MANHATTANVILLE | Housing Report #: 9999 | |

| PSA #: 6 | Field Report Prepared: NO | Field Report Number: |
|---|---|---|

| SEALED | | SEALED |
|---|---|---|

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 0 | Total Wanted: 1 |
|---|---|---|---|

| VICTIM: # 1 of 1 | Name: , | Complaint#: 2014-026-03121 |
|---|---|---|

| Nick/AKA/Maiden: | Gang/Crew Affiliation: |
|---|---|
| UMOS: YES | Name: |
| Sex/Type: PSNY | Identifiers: |
| Race: UNKNOWN | |
| Age: 0 | |
| Date Of Birth: UNKNOWN | |
| Disabled? NO | Will View Photo: |
| Is this person not Proficient in English?: | Will Prosecute: |
| If Yes, Indicate Language: | Notified Of Crime Victim Comp. Law: NO |
| N.Y.C.H.A Resident? | |
| Is Victim fearful for their safety / life? | |
| Escalating violence / abuse by suspect? | |
| Were prior DIR's prepared for C/V? | |

| LOCATION ADDRESS CITY STATE/COUNTRY ZIP APT/ROOM |
|---|
| Phone #: |

| Action against Victim: | Actions Of Victim Prior To Incident: |
|---|---|
| Victim Of Similar Incident: | If Yes, When And Where |

| SEALED | | SEALED |
|---|---|---|

| WANTED: # 1 of 1 | Name: ██████ | Complaint#: 2014-026-03121 | Arrested: YES |
|---|---|---|---|

| Nick/AKA/Maiden: | | Height: 6FT 1IN | Order Of Protection: NO |
|---|---|---|---|
| Sex: MALE | | Weight: 215 | Issuing Court: |
| Race: BLACK | | Eye Color: BROWN | Docket #: |
| Age: 23 | | Hair Color: BLACK | Expiration Date: |
| Date Of Birth: ██████ | | Hair Length: SHORT | Order of Protection Violated? NO |
| U.S. Citizen: YES | | Hair Style: CURLY/WAVY | Does Suspect abuse Drugs / Alcohol? NO |
| Place Of Birth: | | Skin Tone: MEDIUM | |
| Is this person not Proficient in English?: NO | | Complexion: CLEAR | Suspect threatened /attempted suicide? NO |
| If Yes, Indicate Language: | | | Is the suspect Parole / Probation? NO |
| Accent: NO | | S.S. #: 0 | Relation to Victim: UNKNOWN/NONE |
| | | | Living together: NO |
| | | | Can be Identified: YES |

http://omniform.nypd.org/omniform/globalreports/webFocusReport.do?IBIF_ex=PRNTC...   6/20/2016

Complaint# 2014-026-03121 

| | Gang/Crew Affiliation: NO |
|---|---|
| | Name: |
| | Identifiers: |

**LOCATION  ADDRESS CITY STATE/COUNTRY ZIP APT/ROOM HOW LONG?  RES. PCT**
HOMELESS

Phone #:

N.Y.C.H.A. Resident: NO N.Y.C. Housing Employee: NO On Duty:
Development:      N.Y.C. Transit Employee: NO

Physical Force:NONE

**Weapons:**

Gun:
Weapon Used/Possessed: NONE      Make:      Recovered:
Non-Firearm Weapon:      Caliber:   Serial Number Defaced:
Other Weapon Description:      Color:      Serial Number:
      Type:
Other/Gun Specify:
Discharged: NO

Used Transit System:
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

CRIME DATA      DETAILS
STATEMENTS MADE      UNK
METHOD OF FLIGHT      NA
MODUS OPERANDI      UNKNOWN
ACTIONS TOWARD VICTIM UNK
CLOTHING      FOOTWEAR -SNEAKERS -MULTI COLORED OR STR
CLOTHING      ACCESSORIES -UNK -UNKNOWN COLOR
CLOTHING      HEADGEAR -UNK -UNKNOWN COLOR
CLOTHING      OUTERWEAR -OTHER -GRAY
CHARACTERISTICS      BEARDED
BODY MARKS      -UNKNOWN
BODY MARKS      -UNKNOWN
IMPERSONATION      UNKNOWN

SEALED      SEALED

**ARRESTS:**      Complaint# 2014-026-03121

Arrest ID      Status      Defendant Name  Sex    Race    AGE Arrest Date

SEALED      SEALED

**EVIDENCE:**      Complaint # 2014-026-03121

| Evidence Collected?: YES | Evidence Collection Team/Crime Scene Requested?: NO | ECT Responded?: NO | ECT Run#: | Crime Scene Responded?: NO | Crime Scene Number: . |
|---|---|---|---|---|---|

Evidence   Invoice #
ALL OTHER 1000561885

Complaint# 2014-026-03121                                                        Page 4 of 4

| SEALED | | SEALED |
|---|---|---|
| **No IMEI Data for Complaint # 2014-026-03121** | | |
| SEALED | | SEALED |

| | Tax #: | Command: | Rep.Agency: |
|---|---|---|---|
| Reporting/Investigating M.O.S. Name:<br>POM SANCHEZ RAFAEL | 942503 | PSA 6 | NYPD |
| Supervisor Approving Name:<br>SGT HARRIS JULIAN | 932775 | PSA 6 | NYPD |
| Complaint Report Entered By:<br>POM SANCHEZ | 942503 | PSA 6 | NYPD |
| Signoff Supervisor Name:<br>SGT URUCI | 919803 | PSA 6 | NYPD |

| SEALED | SEALED |
|---|---|

| **END OF COMPLAINT REPORT**<br>**# 2014-026-03121** |
|---|

Print this Report

 Report - M14688578

## New York City Police Department
### Omniform System – Arrests

| RECORD STATUS: NYSID ENTERD | Arrest ID: M14688578 - Z |
|---|---|

| Arrest Location: INSIDE OF 1430 AMSTERDAM AVENUE APT: 3C | Pct: 026 |
|---|---|

Arrest Date: 10-09-2014   Processing Type: ON LINE
Time: 08:10:00   DCJS Fax Number: MO055362
Sector: E   Special Event Code: NO -
Strip Search Conducted: NO   DAT Number: 0
Viper Initiated Arrest: NO
Stop And Frisk: NO   Return Date: 0000-00-00
Serial #: 0000-000-00000

**COMPLAINTS:**   Arrest #: M14688578

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2014-026-03121 | 2014-10-09 | Valid, Initial Arrests made | 2014-10-09 | 02:33 |

**CHARGES:**   Arrest #: M14688578

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 195.05 | M | A | 1 | OBSTRUCT GOVERNMENTL ADMIN-2ND |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit: |
|---|---|---|---|---|---|

**DETAILS:**   Arrest #: M14688578

AT T/P/O AFTER RESPONDING TO A RADIO RUN OF AN ASSAULT AND POSSIBLE IMPRISONMENT OF AN INDIVIDUAL, SUSP DID NOT OPEN DOOR TO APT FOR APPROX 1.5-2 HRS AFTER INCIDENT UNTIL ESU WAS CALLED TO GAIN ENTRY INTO APT TO ENSURE WELL-BEING OF C/V.

**DEFENDANT: KIRKLAND, ERIC**   NYSID #: [redacted]   Arrest #: M14688578

Nick/AKA/Maiden:
Sex: MALE
Race: BLACK
Age: 23
Date Of Birth: [redacted]
U.S. Citizen: YES
Place Of Birth:
Is this person not Proficient In English?: NO
If Yes, Indicate Language:
Accent: NO

Height: 6FT 1IN
Weight: 215
Eye Color: BROWN
Hair Color: BLACK
Hair Length: SHORT
Hair Style: CURLY/WAVY
Skin Tone: MEDIUM

Complexion: CLEAR

Soc.Security #:
Occupation: NONE

Order Of Protection: NO
Issuing Court:
Docket #:
Expiration Date:
Relation to Victim: UNKNOWN/NONE
Living together: NO
Can be Identified: YES

Gang/Crew Affiliation: NO
Name:
Identifiers:

Identification ID:
Identification #:
Physical Condition: APPARENTLY NORMAL
Drug Used: NONE
Lic/Permit Type:
Lic/Permit No:

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOMELESS | | | | | | 000 |

| Phone # and E-Mail | Cell | Carrier | Other | Make | Model | Insured |
|---|---|---|---|---|---|---|

Report - M14688578

| Address: | Phone # | VERIZON | | MOTOROLA | A95G | |
|---|---|---|---|---|---|---|

N.Y.C.H.A. Resident: NO  N.Y.C. Housing Employee: NO  On Duty:
Development:  N.Y.C. Transit Employee: NO

**Physical Force:** NONE

| Gun: | | | |
|---|---|---|---|
| Weapon Used/Possessed: NONE | Make: | Recovered: | |
| Non-Firearm Weapon: | Color: | Serial Number Defaced: | |
| Other Weapon Description: | Caliber: | Serial Number: | |
| | Type: | | |
| | Discharged: NO | | |

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | UNK |
| METHOD OF FLIGHT | NA |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | FOOTWEAR - SNEAKERS - MULTI COLORED OR STR |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CLOTHING | ACCESSORIES - UNK - UNKNOWN COLOR |
| CLOTHING | OUTERWEAR - OTHER - GRAY |
| CHARACTERISTICS | BEARDED |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**JUVENILE DATA:**  Arrest #: M14688578

Juvenile Offender:  Relative Notified:  Personal Recog:
Number Of Priors: 0  Name:
School Attending:  Phone Called:
Mother's Maiden Name:  Time Notified:

**ASSOCIATED ARRESTS:**  Arrest #: M14688578

ARREST ID  COMPLAINT #

**DEFENDANTS CALLS:**  Arrest #: M14688578

CALL #  NUMBER DIALED  NAME CALLED
1  ..  REFUSED,REFUSED

**INVOICES:**  Arrest #: M14688578

| INVOICE# | COMMAND | PROPERTY TYPE | VALUE |
|---|---|---|---|
| 1000561885 | 806 | ALL OTHER | UNKNOWN |

**ARRESTING OFFICER:** POM RAFAEL SANCHEZ  Arrest #: M14688578

| Tax Number: 942503 | On Duty: YES | Force Used: NO |
|---|---|---|
| Other ID (non-NYPD): 942503 | In Uniform: YES | Type: |
| Shield: 12327 | Squad: A1 | Reason: |
| Department: NYPD | Chart: 02 | Officer Injured: NO |
| Command: 806 | Primary Assignment: | |

| Arresting Officer Name:<br>POM SANCHEZ, RAFAEL | Tax #:<br>942503 | Command:<br>806 | Agency:<br>NYPD |
| --- | --- | --- | --- |
| Supervisor Approving:<br>SGT HARRIS JULIAN | Tax #:<br>032775 | Command:<br>806 | Agency:<br>NYCHA |
| Report Entered by:<br>POM SANCHEZ, RAFAEL | Tax #:<br>942503 | Command:<br>806 | Agency:<br>NYPD |

END OF ARREST REPORT
M14688578

Print this Report