1
2   ------------------------------------X
3
4                In The Matter of:
5         JASMINE BRIDGEFORTH,
6         DELANO BROADUS and DAVID FAIRFAX,
7
8         911 CALL AUDIO TRANSCRIPTION
9   ------------------------------------X
10
11
12
13
14
15
16
17
18
19
20
21
22
23  Transcription Date: May 18, 2017
24
25

                                                    2

```
1                        911
2            911 OPERATOR:  911, what's the
3    emergency.
4            MS. SIMS:  Hello, I need, uh,
5    police at, uh, for 1430 Amsterdam
6    Avenue.
7            911 OPERATOR:  1430 Amsterdam
8    Avenue?
9            MS. SIMS:  Yes, (unintelligible).
10           911 OPERATOR:  What's the two
11   cross streets there?
12           MS. SIMS:  Excuse me?
13           911 OPERATOR:  What streets are
14   you in between?
15           MS. SIMS:  Uh, don't remember.
16   Uh, (unintelligible).
17           911 OPERATOR:  Are you near West
18   133rd Street?
19           MS. SIMS:  Uh, 131st Street.
20           911 OPERATOR:  What's the
21   emergency?
22           MS. SIMS:  (Unintelligible) I just
23   ran out of the house that they were
24   holding me hostage in.
25           911 OPERATOR:  I'm sorry, ma'am, I
```

```
 1                      911
 2     can't hear you.
 3          MS. SIMS:  I just ran out of the
 4     house that they were holding me hostage
 5     in.
 6          911 OPERATOR:  You got what?
 7          MS. SIMS:  I just ran out of the
 8     house that they were holding me hostage
 9     in.
10          911 OPERATOR:  Someone - did
11     someone hit you?
12          MS. SIMS:  They were holding me
13     hostage.
14          911 OPERATOR:  I cannot hear you,
15     ma'am.  Are you on a payphone?
16          MS. SIMS:  Yes, I am.
17          911 OPERATOR:  Okay.  When you're
18     on a payphone it's hard for me to hear
19     you.
20          MS. SIMS:  They were holding me
21     hostage.
22          911 OPERATOR:  See, I still can't
23     understand what you're saying, ma'am.
24     Do you need police?  That's what you
25     need?
```

4

```
 1                      911
 2           MS. SIMS:  Yes.  Yes.
 3           911 OPERATOR:  Okay.  Where are
 4    you meeting them at?
 5           MS. SIMS:  I'm on 131st Street.
 6           911 OPERATOR:  You're on 131st
 7    Street?
 8           MS. SIMS:  Yes.  131st Street,
 9    right.
10           911 OPERATOR:  Okay.  So you're
11    meeting them at the corner or are you
12    going to meet them in front of 1430
13    Amsterdam Avenue?
14           MS. SIMS:  I'm going to meet them
15    on the corner of 131st Street.
16           911 OPERATOR:  You're going to
17    meet them where?
18           MS. SIMS:  On 131st Street.
19           911 OPERATOR:  And Amsterdam
20    Avenue?
21           MS. SIMS:  Yes.
22           911 OPERATOR:  Okay.  Now, what is
23    the emergency?
24           MS. SIMS:  The emergency is I just
25    was held as a hostage.  They were
```

```
 1                      911
 2      holding me hostage and -- and beating
 3      me.
 4              911 OPERATOR:  Someone beat you?
 5              MS. SIMS:  Yes, they were beating
 6      me and holding me hostage.
 7              911 OPERATOR:  Who beat you?
 8              MS. SIMS:  The -- the guys that's
 9      in there.  And there's a girl stuck in
10      there too.
11              911 OPERATOR:  Who?
12              MS. SIMS:  One of the men is
13      holding people hostage up in there.  And
14      there's a girl that was with me up there
15      too.
16              911 OPERATOR:  They were holding
17      you hostage in there?
18              MS. SIMS:  Yes.
19              911 OPERATOR:  How were they
20      holding you hostage?
21              MS. SIMS:  They were holding me --
22      yes.  (Unintelligible).  I said, "This is
23      ridiculous."
24              911 OPERATOR:  Ma'am, what's your
25      name?
```

```
 1                      911
 2           MS. SIMS:  Necola Sims.
 3           911 OPERATOR:  And how long ago
 4   did this happen?
 5           MS. SIMS:  It just happened.  They
 6   just let me go to the bathroom
 7   (unintelligible) and I ran out.
 8           911 OPERATOR:  And they beat you
 9   just now?
10           MS. SIMS:  Yes, they did.
11   (Unintelligible).
12           911 OPERATOR:  How many people was
13   it?
14           MS. SIMS:  -- for two hours.
15           911 OPERATOR:  How many people was
16   it?
17           MS. SIMS:  It's -- it's five or
18   six people up in there.
19           911 OPERATOR:  It's what?
20           MS. SIMS:  Oh my God.  It's five
21   or six people up in there.
22           911 OPERATOR:  Five or six males
23   or females?
24           MS. SIMS:  It's, uh, about four
25   males and about two females.
```

```
 1                        911
 2           911 OPERATOR:  White, black or
 3   Hispanic?
 4           MS. SIMS:  Uh, they're all black.
 5           911 OPERATOR:  They're all black?
 6           MS. SIMS:  Yes.
 7           911 OPERATOR:  Any weapons?
 8           MS. SIMS:  Yeah, they got
 9   everything up in there.
10           911 OPERATOR:  Do they have any
11   weapons?
12           MS. SIMS:  Yes, they do.
13           911 OPERATOR:  What kind of
14   weapons?
15           MS. SIMS:  They got guns, they got
16   knives, they got chains, they got
17   everything.  They were going to make me
18   a prostitute.
19           911 OPERATOR:  Are you injured?
20           MS. SIMS:  Yes, I am.
21           911 OPERATOR:  Do you need the
22   ambulance to come to you?
23           MS. SIMS:  I -- I don't need an
24   ambulance.  (Unintelligible) recently
25   look at my face just now, my lip was
```

```
 1                     911
 2   busted and it was bleeding,
 3   (unintelligible) and I ran out.
 4          911 OPERATOR:  You don't want the
 5   ambulance?
 6          MS. SIMS:  I don't need an
 7   ambulance.  I only got a black eye and a
 8   busted lip.  There's a girl stuck in
 9   there.
10          911 OPERATOR:  Okay, ma'am, help
11   is on the way.  You said you don't need
12   an ambulance and they have weapons and
13   they inside of 1430 Amsterdam Avenue?
14          MS. SIMS:  Correct.
15          911 OPERATOR:  What floor?
16          MS. SIMS:  On the third floor.
17          911 OPERATOR:  And what apartment?
18          MS. SIMS:
19          911 OPERATOR:  Okay, ma'am,
20   assistance will be there as soon as
21   possible.  I'm Operator 1238.
22          MS. SIMS:  Thank you.
23          911 OPERATOR:  You're welcome.
24          (Whereupon, the 911 call was
25   concluded.)
```

```
 1                        911
 2                    C E R T I F I C A T E
 3
 4        I, JILLIAN BARRICELLI, the assigned
 5   transcriber, do hereby certify the foregoing
 6   transcript of the proceedings in their
 7   entirety, and is a true and accurate
 8   transcript of the proceedings as recorded, and
 9   to the best of my ability.
10        IN WITNESS WHEREOF, I have hereunto set
11   my hand this 19th day of May, 2017.
12
13
14                         _____
                                JILLIAN BARRICELLI
15
16
17
18
19
20
21
22
23
24
25
```

911 Audio

Sims call

Disc delivered to Chambers