| Y2 | ANNUAL WINDOW GUARD SURVEY – REQUIRED BY LAW |
|---|---|

The New York City Health Code requires the installation of WINDOW GUARDS in your apartment if you have children 10 years of age or younger, or if children 10 years of age or younger visit your apartment. *Even if you do not have young children living in your apartment, the New York City Housing Authority will install window guards. All window guards will be installed free of charge.* You must complete this questionnaire as part of the annual review process.

**FAILURE TO COMPLETE THIS QUESTIONNAIRE IS A VIOLATION OF LAW**

CHECK ALL BOXES THAT APPLY TO YOU

- [x] CHILDREN 10 YEARS OF AGE OR YOUNGER LIVE IN MY APARTMENT.
- [x] CHILDREN 10 YEARS OF AGE OR YOUNGER VISIT MY APARTMENT.
- [x] I WANT WINDOW GUARDS EVEN THOUGH I HAVE NO CHILDREN 10 YEARS OF AGE OR YOUNGER.
- [ ] NO CHILDREN 10 YEARS OF AGE OR YOUNGER LIVE IN OR VISIT MY APARTMENT.

- [ ] WINDOW GUARDS ARE ALREADY INSTALLED IN ALL WINDOWS IN MY APARTMENT.
- [ ] WINDOW GUARDS <u>ARE NOT</u> ALREADY INSTALLED IN ALL WINDOWS IN MY APARTMENT.
- [ ] WINDOW GUARDS INSTALLED IN MY APARTMENT NEED MAINTENANCE OR REPAIR.
- [ ] WINDOW GUARDS INSTALLED IN MY APARTMENT <u>DO NOT</u> NEED MAINTENANCE OR REPAIR.

_[Signature]_  6/27/14

LESSEE'S NAME *(Print, Signature, Date)*

CO-LESSEE'S NAME *(Print, Signature, Date)*

## IMPORTANT NOTICE

IT IS A VIOLATION OF LAW TO INTERFERE WITH OR TO REFUSE THE INSTALLATION OF WINDOW GUARDS IF THERE ARE CHILDREN 10 YEARS OF AGE OR YOUNGER LIVING IN OR VISITING THE APARTMENT, OR TO REMOVE ANY WINDOW GUARDS ALREADY INSTALLED. THE NEW YORK CITY HOUSING AUTHORITY WILL REPORT ALL VIOLATIONS TO THE NEW YORK CITY DEPARTMENT OF HEALTH FOR PROSECUTION.

PL000232