Page 1 of 2

| Complaint Report | Additional Copies For | 1 Jurisdiction<br>New York Police Dept | 9 Pct. Of Report<br>026 | O.C.C.B. No. | 12 Complaint No.<br>2014-538-014538S | File No. |
|---|---|---|---|---|---|---|

| Military Time and Date of This Report | Time<br>19:52 | 17 Date<br>10/10/2014 | Occurence on or From | 23 Time<br>18:00 | 27 Date<br>10/08/2014 | Day of Week | Occurence Through | Time<br>04:00 | Date<br>10/08/2014 |
|---|---|---|---|---|---|---|---|---|---|

| Offense(s) If Any<br>SEX TRAFFICKING | P.L. Section<br>APL2303400 | If fire related, was structure | If burglary, was entry forced? | No. |
|---|---|---|---|---|

**Victim**

| Last Name, First, M.I.<br>State of New York | | Address, Include City, State, Zip | | |
|---|---|---|---|---|
| Home Telephone<br>0 x | Business Telephone<br>0 x | Actions of Victim Prior to Robbery, Larceny, or Sex Crimes | | Aided/Acc. No. |
| 34 Victim's Sex | 35 Age | 37 Victim's Race | 37A Living Together | 38 Can Identify? | 38A Victim Was: | 39 Comp Recv'd<br>No | Will View Photo?<br>No<br>Will Prosecute?<br>No |

**Reporter/Witness**

| Reporter Or Witness | Last Name, First<br>Sims/Fowler, Necola | Address, Include City, State, Zip | | No. |
|---|---|---|---|---|
| Home Telephone<br>0 x | Business Telephone<br>0 x | Position / Relationship | Sex<br>Female | Race<br>Black | Date of Birth | Age |

| Type of Location (Specific)<br>Public Housing Facility (Inside of ) | Address / Location of Occurence<br>1430 AMSTERDAM AVENUE  Apartment 3C, | 41 Sector / Beat / Post of Occ.<br>00E / / | 44 Visible by Patrol? No |
|---|---|---|---|
| 53 Pct of Arrest | 58 Arrest No.'s | 81 Rep. Ag'cy Code | Det. Sqd Case No. | Victim notified of Crime Victim Comp. Law |

| Evidence | Voucher No. | Case Status<br>Closed | Unit Referred To<br>Major Squad (VED-MCS) | Log No. |
|---|---|---|---|---|

**Vehicle**

| Plate | License No. | State | Exp. | Type | No. of Plates | Vin No. |
|---|---|---|---|---|---|---|
| Year | Make | Model | Style | Color | Value | Inc. Code | Policy No. | Larceny of Motor Vehicle Only | | |
| Voucher No. | | Vehicle was | | | Alarm No. | Pct. | Time | Date |

| THIS AREA FOR MISD CODER USE ONLY | 3. Coder ID | 33. Time Code | 40: Loc Code | 45. PD Code 094 | 48. Burg/Larc | 49. Weapon | 50. Clear |
|---|---|---|---|---|---|---|---|

**Property**

| LOST OR STOLEN | If stolen, was property. | Owner Identification No. | |
|---|---|---|---|
| Quantity | Article | Description - Brand, Model, Serial No. | Item | 66 Value Stolen | 72 Value Recovered |

**Perpetrator**

| Total No. of Perpetrators 1 | Wanted<br>0 | Arrested<br>0 | Number of Weapons<br>0 |
|---|---|---|---|
| Wanted Arrested | Last Name, First | Address, Include City, State, Zip | No. | Res. Pct. |
| Sex | Race | Date Of Birth | Age | Height | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | Accent |
| Glasses | Nickname, First Name, Alias | Clothing Description, Scars, Marks, M.O., Etc. (Continue in "Details") | Home Telephone<br>0 x | Business Telephone<br>0 x | Pct. | Time | Date |

**Details**

List Additional Victims & Witnesses - Reconstruct Occurence Including Method of Entry & Escape - Include Unique or Unusual Actions.

Detective Zerafa is opening a sex trafficking investigation.

| Pct. Latent Print Team | Crime Prevention Survey | Complaint Report Prepared By<br>Zerafa  John | Title<br>Detective | Command<br>NYPD |
|---|---|---|---|---|
| Reporting/Investigating Officer's Rank, Signature | | Name Printed | Tax Registry No. | Command |
| | Supervisor Approving<br>Sergent  GRAVES, GREGORY | | Tax Registry No.<br>930264 | Command<br>NYPD |



**DEF 39**

Page 1 of 1

 **NARCOTICS COMPLAINT / FOLLOW-UP**
**INDEX SHEET**

Complaint # 2014-538-014338S          Precinct 026          Case # 2014-496-000106S

| ITEM NO. | DATE | ITEM (include brief description of item / subject matter) |
|---|---|---|
| | 10/10/2014 | Complaint 2014-538-014338S |
| 1 | 10/14/2014 | DD5#1....Opening/Callout |
| 2 | 10/20/2014 | DD5 #2.....S/W Application |
| 3 | 10/21/2014 | DD5 #3.....Computer Checks |
| 4 | 10/21/2014 | DD5 #4.........Safetnet |
| 5 | 10/23/2014 | DD5#5...S/W Execution....Closing |

ALL COMPLAINT FOLLOW-UPS will be consecutively numbered on this sheet and filed on the
RIGHT side of this folder. All other items submitted (NITRO checks, DMV checks, photographs, etc.)
will be included on the sheet but will not be numbered. These items will be filed on the LEFT side of
folder.



PLAINTIFF'S
EXHIBIT

DEF 35

https://nitro.nypd.finest/nitrowebapps/NYPD/ApplyTransform.aspx?SELECTED_MODE_...  11/7/2014

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | | Crime SEX TRAFFICKING | | Pct 026 | |
|---|---|---|---|---|---|
| Complaint No. 2014-538-014336S | Date of this Report 10/14/2014 16:57 | Date of Orig. Report 10/10/2014 | | Date Assigned 10/10/2014 | Follow-up No. 1 |
| Unit Reporting VICE | | | Case No. 2014-498-000108S | | |

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

Subject: DD5#1....Opening/Callout

1. On October 9,2014 at 0800 hrs. Det. Zerafa did respond to PSA 6 in regards to interviewing a victim in a possible sex trafficking case. This was documented as callout #14-88.

2. Detective Zerafa did interview Necola Sims(Fowler), a female black (D.O.B. ▓▓▓▓ who resides at ▓▓▓▓ Details are: Victim states that she would go to occurrence location (1420 Amsterdam Ave #3C) on numerous occasions to drink and hang out. On the evening of October 8,2014 she went to subject apartment to party and while there a knife was put to her neck by Delano Broadus (Male/Black/ D.O.B. 12/29/80). She then was brought to bedroom and handcuffed to a radiator ; also handcuffed to that same radiator was a naked black female who appeared to be a teenager. This girl told Necola her name was "Gloria". While they were handcuffed Delano said "You two bitches are gonna be my new bitches" and that if they didn't earn enough they would be brought to Hunts Point (a known prostitution location). Necola pleads to go to the bathroom and is at first given a "piss bucket" then is unhandcuffed and allowed to go to bathroom and escapes location to call the police.

3. The 911 job comes in as a 10-34 at 0233 hours on 10/9/14 (see letter #1A).

4. P.O. Sanchez of PSA 6 arrives at location and makes 5 arrests:

M14688550- David Fairfax-dob      )/83-AKA- "Lil D"- PL.135.10

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

M14688580-Jasmine Bridgeforth-dob.      )/77- AKA-"Jazz"PL.260.10

M14688589-Delano Broadus-dob.      /80-AKA "Big D"-PL.135.10

5. Detective Zerafa interviewed all separately detained arrested individuals and nobody could confirm the identity of "Gloria" or that there was even such an individual at location.

6. For your information.

Case Active

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed Detective Zerafa, John | Tax Registry No. 919893 | Supervisor Signature Sergeant GRAVES ,GREGORY | C.O.'s Initials |
|---|---|---|---|---|

SHORT PINK

DEF 36

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-88)-31 | | Crime SEX TRAFFICKING | | Pct 026 | |
|---|---|---|---|---|---|
| Complaint No. 2014-536-014338S | Date of this Report 10/20/2014 15:22 | Date of Orig. Report 10/10/2014 | Date Assigned 10/10/2014 | Follow-up No. 2 | |
| Unit Reporting VICE | | | | Case No. 2014-466-000108S | |

**DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.**

Subject: DD5 #2....S/W Application

1. The subject location (1430 Amsterdam Ave #14C) was being safeguarded by PSA #6 patrol in regards to a search warrant being sworn out for the purpose of collecting evidence to support the claims of complainant/ victim that a human trafficking operation is operating there.

2. The victim was transported by Det. Zerafa and Det. Munoz to DANY to be interviewed by ADA Temple, ADA Dolly, and a victim specialist.

3. On Wednesday October 9, 2014 Det. Zerafa did swear out a search warrant for subject location in front of the Hon. Judge Statsinger. This search warrant will be carried under the court #1066-2014 and executed by members of Vice Major Case.( see letter#2A)

4. For your information.

5. Case Active

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed Detective  Zerafa, John | Tax Registry No. 918893 | Supervisor Signature Sergeant GRAVES ,GREGORY | C.O.'s Initials |
|---|---|---|---|---|

SHORT PINK

DEF 249

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | | Crime SEX TRAFFICKING | | Pct 026 | |
|---|---|---|---|---|---|
| Complaint No. 2014-538-014336S | Date of this Report 10/21/2014 20:20 | Date of Orig. Report 10/10/2014 | Date Assigned 10/10/2014 | Follow-up No. 3 | |
| Unit Reporting VICE | | | Case No. 2014-496-000106S | | |

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

Subject: DD5 #3.....Computer Checks

1. Computer Checks on 1430 Amsterdam Ave.#3C:

A. NITRO (kites): Negative results to Apt#3C

B. NITRO (arrests)(see letter #5B): Negative results to Apt#3C

C. ADW : 99 Active Warrants- none to subject apartment

D. CATS : 211 complaints as early as 01/21/96 till 05/26/10

E. 911 check/ ICAD: 871 911 calls – none to subject apartment; many are vertical patrols as building is a housing location:

F. Omniform(Arrests): 89 arrests in past two years-none to subject location

G. Omniform(Complaints): 104 Complaint Reports in past two years

H. ALPS conducted- five residents at 1430 Amsterdam Ave.have permits:



I. Parole: Three parolees in building:



2. For your information.

Case Active.

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed Detective Zerafa, John | Tax Registry No. 919693 | Supervisor Signature Sergeant GRAVES ,GREGORY | C.O.'s Initials |
|---|---|---|---|---|

SHORT PINK

DEF 37

Page 4 of 6

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-86)-31 | | Crime SEX TRAFFICKING | Pct 026 | |
|---|---|---|---|---|
| Complaint No. 2014-538-014338S | Date of this Report 10/21/2014 20:26 | Date of Orig. Report 10/10/2014 | Date Assigned 10/10/2014 | Follow-up No. 4 |
| Unit Reporting VICE | | | Case No. 2014-496-000106S | |

**DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.**

Subject: DD5 #4.........Safetnet

1. Detective Zarafa did submit a Safetnet in regards to subject location(1430 Amsterdam Ave #3C):Safetnet#20140071385

2. For your information.

Case Active

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed Detective Zarafa, John | Tax Registry No. 916693 | Supervisor Signature Sergeant GRAVES ,GREGORY | C.O.'s Initials |
|---|---|---|---|---|

SHORT PINK

DEF 250

| COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-081B (Rev. 2-88)-31 | | Crime SEX TRAFFICKING | Pct 028 | |
|---|---|---|---|---|
| Complaint No. 2014-538-0143388 | Date of this Report 10/23/2014 17:51 | Date of Orig. Report 10/10/2014 | Date Assigned 10/10/2014 | Follow-up No. 5 |
| Unit Reporting VICE | | Case No. 2014-488-0001088 | | |

DO NOT USE THIS FORM TO REPORT: CRIME CLASSIFICATION CHANGES, CASE CLEARANCES, ALL ARRESTS, RECOVERED PROPERTY, ADDITIONAL STOLEN PROPERTY, SERIAL NUMBERS OBTAINED FOR PROPERTY PREVIOUSLY REPORTED.

Subject: DD5S...S/W Execution....Closing

1. On October 9,2014 at 2145 hours Det. Zenzis and members of the Vice Major Case/ Human Trafficking team did execute a search warrant at 1430 Amsterdam Ave. 6SC in regards to a sex trafficking investigation.

2. This search warrant did yield laptop, and three cell phones which were brought to computer crimes in an effort to extract information that may show evidence of sex trafficking.

3. After conferral with DANY no arrests will be made ; so at this time this case is being CLOSED to negative results.

Case status -Closed

| Reporting Investigating Officer's Rank, Sign., Com'd. | Name Printed Detective Zenzis, John | Tax Registry No. 916693 | Supervisor Signature Sergeant GRAVES ,GREGORY | C.O.'s Initials |
|---|---|---|---|---|

SHORT PINK