**PLAINTIFF'S EXHIBIT 13** 4/17/17

**CITY OF NEW YORK POLICE DEPARTMENT** B 169121

Name: PO SAWCKA
Tax Reg. No. 94515

Date Opened: 10/9/14
Supervisory Officer: [signature]

Date Closed: 12/07/14
Supervisory Officer: [signature]

PD EF 4007-09

...of law enforcement officers after a person has been taken into custody, or otherwise deprived of his freedom of action in any significant way.

THURS 10/09/14  TOUR 2315 X 0750
COD   CONNOR   LT  12/09/14
PTL SGR   LT GUENTAR
ASSIGN   MANHATTANVILLE 133
MEAL 0600
PRISONER PO KAAN # 18729
SEWER 9027

0006: 61 TO 33 PCT FOR GAS FILL
      LEGHT
0045: 64 A G S/H
0050: R/T M30 AMS 3C RE: 34
0305: 84



6. Bring any inconsistencies or inaccuracies in paperwork or in prior testimony to the attention of the Assistant District Attorney.

### THE COURT APPEARANCE:

1. Arrive early.
2. When testifying in uniform, make sure it is clean and pressed. If in civilian clothes, wear business attire (tie and jacket for men).

DEAN GORMAN

BLL

— CIV

BROD 757 634 3793

USL D 646 713 3033

JAS 347 484 0743

LRIC

HANDWRITTEN NOTES
1000562052

DEF 42

0445: M/B OBSERVED PO KRAMER GUNNING POS ID FROM C/V NICOLA SIMS DOB

RE: 34

0500: TRANSPORT 1 MALE TO PSA Co RE: 1430 AMSTERDAM 3C FOR INVESTIGATION.

0515: 84 @ PSA Co

0530: PRISONER LODGED

0540: 98 TO 1430 AMS

0550: 84; SCRATCH BY SGT LEE @ 1430 AMS 3C

2600: DET DEAN + GUZMAN DEBRIEF INDIVIDUALS AFTER ESU CALLED (DET TROPP #1614) TO TAKE DOOR FOR WELLNESS CHECK AND DOOR WAS OPENED VOLUNTARILY BY SARAH HAU-SANS AROUND 0300 HRS.

0810: 5 UNDER RV REGARDS:

BRIDGEFORTH, JASMINE /77
1430 AMS 3C RECKLESS ENDAN

BROADUS, DELANO /80
1430 AMS 3C RECKLESS ENDANG, ASSAULT 3, UNLAWFUL IMPRISONMENT

8. Bring any inconsistencies or inaccuracies in paperwork or in prior testimony to the attention of the Assistant District Attorney.

THE COURT APPEARANCE:
1. Arrive early.
2. When testifying in uniform, make sure it is clean and pressed. If in civilian clothes, wear business attire (tie and jacket for men).
3. Bring your Activity Log and all reports to court, e.g. lab results, ballistics.

INTERROGATION WARNINGS TO PERSONS IN POLICE CUSTODY:

0930 RMD
1040 GK TO BZZCLEAR
1100 GM 6 BACK
1110 48 TO MCD

258 SEAN OUT
434 O GM B MAN

0457
4 (1315)

LAX
2v2
33 5 9113

FAIRFAX, DAVID    /83
UNLAWFUL IMPRISONMENT, CRIM
CONTEMPT
0830: 84 (S) S/H
0845: DET MUNOZ + DET ZERAFA
TO DEBRIEF PRISONERS +
C/V
GOA
1014: WARRANT CHECKS
WARRANT ACTIVE FOR BROOKSFORTH,
TASHONE DOB *
1030: ESP CHECK OF MYSED
+ ARRESTS FOR LT GUENTHER
1100: RE-INTERVIEW C/V SIMS,
NICOLA; C/V IS GIVEN 2ND PAGE
DIR TO FILL OUT B/C SHE WAS
FORMERLY INTIMATE W/ DELANO
BROADUS
1150: REQUESTED BY DET MUNOZ
TO FIND OUT WHO IS SECURING
DOOR
1207: CONTACTED BY ACS JOSHUA
LE: DETAILS OF BROADUS, FAITH
1235: DET MUÑOZ CONTACTED AND
TOLD PO QUITTES ON DOOR AND
LOCATION OF DOOR IN RELATION
TO ELEVATOR
1315: REPORT OF MALTREAT, ABUSE,
NEGLECT FILLED OUT

1330: Photos of apt shown to Vice. Dispatcher works on windows, bars & sensors —

1400: Phone numbers for Broadus, Durand; Fairfax, David; & Tasman, Bredockfontia given to Vice — to run through databases — phone numbers unable to be obtained for Kirkland, Lisa; no phone # available for Nau-Sims, Sarah —

1430: DIR PG#1 filled out for C/V —

1450: Broadus, Durand asked & answered re: DIR —

1500: DIR/Interview for Nau-Sims, Sarah completed; Nau-Sims refused to say anything re: O/O/P against Fairfax, David —

1515: Photos of Sims, Nicoll's injuries taken w/ cam 1554 showing swelling to left lip & left eye —

1530: Det Zerafa requests various forth to s/w put in prop rm for interview and Fairfax, David to be picked back up & in AP rm —



1545 PT ZERLA REQUESTS PHOTOS SUSPECT/VICT'S HANDS TO BE SHOWN D/C. He STATES HER RT MIDDLE KNUCKLE SEEMS TO BE SWOLLEN, ALSO INDICATES INJURIES DUE TO WHEN SHE GOT C/V TRYING TO PROTECT HERSELF FROM C/V

1618: VICT. INDICATES IS BROKEN ALMOST DONE, THEY WILL TAKE C/V TO DA OFFICE MOMENTARILY FOR INTERVIEW & SEARCH WARRANT

@ 1638: VICT HEADING OUT AND STATES TO BEGIN ARREST PROCESSING ON MY PART OF ARRESTS

1656: GOT SCRATCH ONLINE FOR FAIRFAX, DAVID UNLAWFUL IMPRISONMENT PREPARED

1715: SCRATCH ONLINE FOR FAIRFAX, DAVID PREPARED CRIM - CONTEMPT

1739: SCRATCH ONLINE FOR ▇▇▇▇ PREPARED UNLAWFUL IMPRISONMENT

1803: SCRATCH ONLINE FOR ▇▇▇▇ ENTR PREPARED FOR DGA

1818: SCRATCH ONLINE FOR BRIDGEFORTH, JASMINE PREPARED FOR

DEF 47



ASSAULT 3 + ACT ENDANGERING
WELFARE OF A CHILD
1829: SCRATCH ON-LINE # FOR
DELANO BROADUS PREPARED FOR
ASSAULT 3°, UNLAWFUL IMPRISONMENT
+ ENDANGERING WELFARE OF A CHILD
1833 : C01# 3113 RESERVED —
1900 : ARR# M14686550K
FAIRFAX, DAVID UNLAWFUL IMPRIS
1902 : C01# 3115 RESERVED —
1923 : ARR# M14688561P FOR
FAIRFAX, DAVID CRIM CONTEMPT
1925: C01# 3119 RESERVED
1951 : ARR# M14688566Q
FOR ███████████ UNLAWFUL
IMPRISONMENT
1957 : C01# 3121 RESERVED
2010 : ARR# M14688575? FOR
███████████ OGA
2013 : C01# 3122 RESERVED —
2027 : ARR# M14688580J FOR
BREAGGFORTH, TASHONA ENDANGERING
WELFARE OF A CHILD
2058 : C01# 3123 RESERVED —
2110 : ARR# M14688589N FOR
BROADUS, DELANO ASSAULT 3°,
UNLAWFUL IMPRISONMENT + ENDANGERING
WELFARE OF A CHILD
2115: ON-LINES FAXED TO ECAB

BY PO GAGLIOSTRO @ PR LT GARCIA
2134: BROADUS, ORLAND PHOTO + PRINTED
2148: FAIRFAX, DAVID PHOTO + PRINTED
2155: FAIRFAX, DAVID PHOTO + PRINTED
2207: [REDACTED] PHOTO + PRINTED
2218: [REDACTED] PHOTO + PRINTED
2244: BREDGEFORTH, TASANYE PHOTO + PRINTED
2300: VOUCHER # 1000561836 FOR FAIRFAX, DAVID PREPARED - 2 CELL PHONES INVESTIGATORY
2310: VOUCHER # 1000561885 FOR FAIRFAX [REDACTED] PREPARED FOR 2 CELL PHONES
2315: VOUCHER # 1000562052 2 HANDWRITTEN NOTES PREPARED AS INVESTIGATORY
0040: NYSIDS CONFIRMED:
[REDACTED] 12865227272
BREDGEFORTH, TASANYE 03151988L
BROADUS, ORLAND 12122197Y
[REDACTED] 04715754R
FAIRFAX, DAVID 09840775N
PRISONERS READY FOR TRANSPORT
0130: PRISONERS SECURED AND MOVED FROM CELLS TO 9316 BY PO RAMOS, PO SUERO, PO HOLLAND PO NG
0152: SCRATCH 61 2014-26-3113

DEF 49

PREPARED
0154: SCRATCH G1 2014-26-3122
PREPARED
0156: SCRATCH G1 2014-26-3121
PREPARED
0158: SCRATCH G1 2014-26-3123
PREPARED
0201  SCRATCH G1 2014-26-3115
PREPARED
0204: SCRATCH G1 2014-26-3119
PREPARED
0207: AIDED CARD PREPARED
0215: GOT PO _____ 945503
CASH O/T 18:25 HRS
FRI 10/10/14 TOUR 0900 x 1735
0900: PFD PBA G FOR RDO
LEVE ECAB
0930: AWAITING TRANSPORT W/
PO GOMEZ + PO QUAY EN
9504 ON PRISONER TRANSPORT
1040: 98 TO BELLEVUE FOR
PRISONER P/U
1100: 84 @ BELLEVUE
1110: 98 TO MCB/COURT
1125: 84 @ COURT
1128: SIGN IN @ 132 RM
1140: ADA NOLAN NOT IN OFFICE
1200: INTERVIEW W/ ADA NOLAN
COMMENCES



[redacted]

THURS 10/09/14 TOUR S3115 20TSD —
COD OASNOR     RAS 12/09/14
POL SPA    LTGVENTATOR
      133
OFFICER MANHATTANVILLE   MCAZ 0600
PARTNER PO KHAN # 18725
SQUIP

MANHATTAN

● ● ●
◕ ◔ ◔

2315: PFDS BM
COND 1: ROBBERY
COND 8: SHOOTINGS
2340: AMP 9027 N/C/F FULL
TANK 635 TO M/S NUMEROUS
RENTS + SCRATCHES
2350: 98 TO POST
0018: N/R 95 OLD BWAY
SGT 10-54 ADDED
0019: 84
0030: 55 BYRNES; 75E @
95 OLD BWAY
0115: 9.1
0130: 75E@ 1430 AMSTERDAM
0150: 91
A 051 10/9/14 — SYRA 120
J-905 GE TO 33PCT FOR GMS FOR
LIGHTS
0245: 62A
0250: R/T 1430 AMS 3C
0328: TRANSPORT 1 RACE OD
0540 R4: 1430 AMS 3C
0330: PRISONER LODGED
0340: 98 TO 1430 AMS
0810 PICK UP PRIS ABC
1430 AMS

DEF 253



DEF 254

BY PO GROLEOSORO @ PER LT GARCIA
2134: BROADUS, DELAND PHOTO + PRINTED
2148: FAIRFAX, DAVID PHOTO + PRINTED
2153: FAIRFAX, DAVID PHOTO + PRINTED
2207: [REDACTED] PHOTO + PRINTED
2218: [REDACTED] PHOTO + PRINTED
2244: BRIDGEFORTH, TASMINE PHOTO + PRINTED
2300: VOUCHER # 1000561836 FOR FAIRFAX, DAVID PREPARED - 2 CELL PHONES INVESTIGATORY
2310: VOUCHER # 1000561885 FOR FAIRFAX [REDACTED] PREPARED FOR 2 CELL PHONES
2315: VOUCHER # 1000562052 2 HANDWRITTEN NOTES PREPARED AS INVESTIGATORY
0040: NYSIDS CONFIRMED: [REDACTED]
BRIDGEFORTH, TASMINE 03151985
BROADUS DELAND 12122197Y [REDACTED]
FAIRFAX, DAVID 09840775N - PRISONERS READY FOR TRANSPORT.
0130: PRISONERS SECURED AND MOVED FROM CELLS TO 9326 BY PO RAMOS, PO SUERO, PO HOLLAND PO NG
0152: SCRATCH C01 2014-266-5113



DEF 255

PREPARED
0154 : SCRATCH C.I  2014-26-3122
PREPARED
0156 : SCRATCH C.I  2014-26-3121
PREPARED
0158 : SCRATCH C.I  2014-26-3123
PREPARED
0201 : SCRATCH C.I  2014-26-3115
PREPARED
0204 : SCRATCH C.I  2014-26-3119
PREPARED
0207 : AIDED CARD PREPARED
0215 : EOT PO#  54253
CASH O/T  158:25  HRS
FRI  10/10/14  TOUR 0900x1735
0900 : PFDS BACK FOR RDO
LONG SCAR
0930 : AWAITING TRANSPORT W/
PO GOMEZ & PO QUAY TO
9526 ON PRESOUR TRANSPORT
1040 : 98 TO BELLEVUE FOR
PRESOUR P/U
1100 : 84 @ BELLEVUE
1110 : 98 TO MCB/COURT
1125 : 84 @ COURT
1135 : SIGN IN @ 132 M
1140 : ADA NOLAN NOT IN OFFICE
1200 : INTERVIEW W/ ADA NOLAN
COMMENCES

DEF 256

1400: INTERVIEW ENDED; CASES DP
1410: 602A
1535: SIGN OUT 132, 98 TO
PSA6 VIA TRAIN
1624: 84 @ 3 LINE
CHAMBERS ST
1720: 84 @ PSA6
1730: VOUCHER FOR SAFEKEEPING
FOR FAIRFAX, DAVID B/C
NECKLACE WAS FOUND IN PATROL
CAR #1000562346
VOUCHER# 1000562346
1735: GOT P3 942003

DEF 257