



Thurs 10/9/14      Tour 0800 x 16:53
0800 - PFO -
0830 - 40 -/84 - PSA 6 callout.
(re: interviews)

DEF 52



```
1330 - RTO
1340 - 98 - #46955 w/ Det Munoz
C/W (Coco . Necola Sims)
1430 - 84 - DANY · re: s/w 1-130
Amsterdam
1925 - 98 ·
1945 - RTO
2100 - 98 - #46955 w/ Det Munoz +
Sst Gravel
2135 - 84 - 1430 Amsterdam
2145 - s/w execution
2215 - out /98
0020 - RTJ
0025 - GoT
Det Zeroff   #5258
Fri. 10/10/14  TOUR A2-7x 1800
0922 - PFA
1045 - 98 - 46915
1130 - 84 - 1 Hogan
1345 - 98
1450 - 84 - VEO MCU
1750 - 98
1915 - RTJ
2000 - EOT
Det Zuofa  #5258
Sat 10/11/14  R00.
```