POLICE DEPARTMENT
CITY OF NEW YORK

October 10, 2014

From: Commanding Officer, Vice Major Case Unit

To: Coordinator, Vice Enforcement

Subject: SEARCH WARRANT REQUEST APPLICATION

1. Detective John Zerafa, shield #5258, tax #919893, of the Vice Major Case Unit is requesting approval to obtain a search warrant at 1430 Amsterdam Ave. Apt.#3C, a NYCHA apartment located in the confines of the 26 precinct. Detective Zerafa has established probable cause regarding a sex trafficking operation at the above listed location based on the following facts:

2. On 10/09/2014 Det. Zerafa did debrief a complainant/victim at PSA6 in regards to being a victim of sex trafficking.

3. The complainant/victim did provide a full description of subject location; and also evidence at subject location.

4. The following computer checks were conducted in regard to this investigation:

   a) SAFETNET #2014001365
   b) TRIPLE I – no hit
   c) NITRO – None open at subject apartment
   d) ARREST HISTORY – 89 total in past 2 years; none for subject location
   PAROLE SEARCH – Three in building; none at subject apartment.
   e) ALPS – No License for subject location.

5. Observation results: Subject location is a multiresidential dwelling with address clearly affixed to building. Subject location is on Amsterdam Ave. between West 133 St. and Old Broadway

6. On 10-9-14 Det. Zerafa obtained a search warrant signed by the Honorable Judge Statsinger of New York Criminal Court, carried under search warrant number 1066-14.

7. Submitted for you Approval.

Marcus Morales
Lieutenant

DEF 54

