## SEARCH WARRANT #2014-1066
1430 AMSTERDAM AVENUE #3C NEW YORK, NY 10027
DET JOHN ZERAFA
ADA JENIFER DOLLE
JUDGE STEVE STATSANGER
DI LUIS DESPAIGNE
LT GERALD FERGUSON
SGT GREGORY GRAVES
MAJOR CASE #2014-098
VICE DIVISION #2014- 66
INTEL: 2014009000323   PO OLIVELLA
SAFETNET: 20140071365
OPERATIONS: 2014-3159   PO MCGARVEY
PBMN: PAGE #303 PO GLASS
OCCB INVESTIGATIONS: SGT COHEN 2014-1696
IAB:



DEF 55