## OCCB INVESTIGATIONS UNIT – WARRANT NOTIFICATION

Instructions: **THIS FORM MUST BE TYPED.** FAX THE COMPLETED FORM TO (212) 343-3667. ALL WARRANT NOTIFICATIONS WILL BE MADE AT LEAST 24 HOURS PRIOR TO THE PLANNED EXECUTION.
VERIFY THE REPORT WAS RECEIVED BY CALLING THE INVESTIGATIONS UNIT AT (212) 343-3702 AND ENTER THE MOS' NAME RECEIVING THE REPORT AND OBTAIN IU/OCCB LOG NUMBER.

Division # <u>2014-</u> Command # <u>2014-098</u> OCCB/IU Log # <u>2014-1696</u>

Reporting Date <u>10-09-2014</u> Time <u>2030</u> Command <u>496</u>

Member making notification <u>DET VELAZQUEZ</u>

Date warrant issued <u>10-09-2014</u> Issuing Court <u>NEW YORK COUNTY</u>

Date of Execution <u>10-09-2014</u> Time of Execution <u>2230</u>

Precinct of Execution <u>026</u>(Outside city, list town/state)

Leader <u>DI LUIS DESPAIGNE</u>     Call back # ▮▮▮▮▮

Beeper / Cell # ▮▮▮▮▮

Module Supv <u>SGT GREGORY GRAVES</u>   Call back # ▮▮▮▮▮

Beeper / Cell # ▮▮▮▮▮

*MOS @ INTELLIGENCE DIV. NOTF'D: <u>20141009000323</u>   <u>PO OLIVELLA</u>

*MOS @ OPERATIONS DIV. NOTF'D:<u>2014-3159</u>   <u>PO MCGARVEY</u>

Time of Briefing (TAC) <u>2200</u> Location <u>026</u>

Set-up location <u>WEST 131 STREET/AMSTERDAM</u> Radio Tac # <u>M</u>

Note Any changes that are made regarding the above information requires a telephone notification to the Investigations Unit.



PLAINTIFF'S EXHIBIT 17 TCS 4/25/17

DEF 56

LOCATION: 1430 Amsterdam Ave. Apt. 3C

1. The following initial mandatory computer checks and subsequent analysis were conducted by DET Campos, Vice MCU on October 9, 2014:

a. NITRO COMPLAINTS: Negative Results for 3C

b. NITRO ARRESTS: Negative Results for 3C

c. CATS: 211 complaints as early as 01/21/1996 and latest as 05/28/10

d. SPRT: Check for the prior 12 months revealed that there have been 871 911 calls. None are associated with the target apartment. Majority of radio runs are vertical/directed patrols.

e. OMNI Complaints: 104 Complaints in the past 2 years. None associated with target apartment.

f. OMNI Arrests: 89 Arrests in the past 2 years. None associated with target apartment.

g. PRLE: 3 Parolees reside in the building:



h. SafeTNet: 20140071365

i. SLA: N/A

j. ALPS: 5 residents in building have permits:



k. ADW: 99 Active Warrants. None associated with target apartment.

1. Housing Wheel Check: Residents at Apartment 3C:

Bridgeforth, Jasmine (female) DOB: 08/20/77

Broads, Faith (female) DOB: 12/10/10

Moved in as of 09/10/14

2. Case active.

DEF 58

```
04/21/2007  04:43    17188201158                                    PAGE  01/01
10/08/2014  13:30 FAX                          HIDTA                🖂 001/001
```

### Saleh, Adel

| | |
|---|---|
| From: | Safetnet Application |
| Sent: | Thursday, October 09, 2014 1:51 PM |
| To: | SAFETNet Downstate Watchcenter |
| Subject: | WatchCenter User: Target Update |

## SAFETNet:    20140071365

| COORDINATOR | | REQUESTOR | | SUPERVISOR | |
|---|---|---|---|---|---|
| Created By: | NYVAR, ALEXANDER | Agent Name: | ZERAFA, JOHN | Supervisor Name: | MELISI, SAMMY |
| Created By Phone: | | Agent Phone: | | Supervisor Phone: | |
| Created By Fax: | | Agent Fax: | | Supervisor Fax: | |
| Created By Cell: | | Agent Cell: | | Supervisor Cell: | |
| Created By Pager: | | Agent Pager: | | Supervisor Pager: | |
| Created By Email: | | Agent Email: | | Supervisor Email: | |
| Created By Agency: | NYPD | Agency Name: | NYPD | Supervisor Agency: | NYPD |
| Created By Command: | Housing - PSA 6 | Agency Command: OCCB - VED MC | | Supervisor Command: OCCB - VED MC | |

Conflict ID:

| Address Type: | APT | | | | |
|---|---|---|---|---|---|
| Address: | 1430 AMSTERDAM AVE | | Apt: | 3C | |
| City: | New York | | State: | NY | Zipcode: 10027 |
| Notes: | | | | | |

1