

# WARRANT TRACKING SYSTEM
## PRE-WARRANT DATA ENTRY
PD374-145 (02/05 rev.)

**PRE** — THIS FORM MUST BE TYPED

J.S. No.: _____  
Supplied by Intel Div.-C.I.S

This form must be completed in detail before a warrant may be executed. Warrant will not be processed with blanks or omissions on form.
**MAKE NOTE OF I.D.S. NUMBER ON RETURN FAX! ENTER I.D.S. NUMBER IN CAPTION ON POST-WARRANT FORM!**

### REQUESTING OFFICER (Affiant)
- Rank: DET
- Last Name: ZERAFA
- First Name: JOHN
- Contact No.: [redacted]
- Pager:
- Cell Phone:
- Fax: [redacted]
- Agency: NYPD
- Command: MCU/VED
- Command Telephone: [redacted]
- Shield: 5258
- Tax Number: 919893
- Soc. Sec. No. (non-NYPD only):

### SUPERVISING OFFICER
- Rank: SGT
- Last Name: GRAVES
- First Name: GREGORY
- Tax: 930264
- SSN:
- Command: HTT/VED
- Contact No.: [redacted]

*The tax number/SSN of the requesting officer are needed to ensure the correct personnel are authorized to access the system, and to update personnel information within I.D.S.

### WARRANT INFORMATION
**Warrant Type:**
- [ ] Arrest Subpoena
- [ ] Federal Seizure Warrant
- [x] Local Search (Select County of Issuance, below)
- [ ] State Seizure Warrant
- [ ] Federal Search Warrant
- [ ] Grand Jury Subpoena
- [ ] State Subpoena

**Reason for Warrant:**
- [ ] C.I. Info/C.I. Buy (C.I. # ____)
- [x] Investigative Follow-Up
- [ ] Officer Plain View Observation
- [ ] Other: ____
- [ ] U/C Buy

- Date Applied/Obtained: 10-09-2014
- ADA Assigned: JENNIFER DOLLE
- Issuing Judge: HON. STEVE STATSANGER
- UDECS Number (required): 20140071365
- Warrant / Docket #: 1066-2014

**County of Issuance:** [ ] BX [ ] Q [ ] K [ ] R [x] NY

**Warrant Exceptions:**
- [ ] No Knock
- [x] After Hours
- [ ] Other: ____

### WARRANT LOCATION (SPECIFIC)
- Location Type: RESIDENTIAL
- Public Housing?: [x]
- Street No.: 1430
- Street Name: AMSTERDAM AVENUE
- Apt No.: 3C
- City: NEW YORK
- State: NY
- ZIP: 10027
- Cross Streets: WEST 131 STREET
- County: NEW YORK
- Location Description: APARTMENT (MANHATTANVILLE HOUSING)

**Patrol Borough:** [x] MN [ ] BN [ ] QN [ ] BX [ ] MS [ ] BS [ ] QS [ ] SI  
Pct.: 026

### WARRANT OBJECTIVES
- [ ] Narcotics
- [x] Other (specify in NOTES)
- [ ] Person
- [ ] Stolen Property (specify in NOTES)
- [ ] Weapons

NOTES (specify other warrant type, reason, exception, other objective, stolen property sought, etc.)

EVIDENCE OF SEX TRAFFICKING
_____

This form must be faxed to (646) 805-6290. Information/requests WILL NOT be accepted by telephone. Attach copy of warrant.
Call (646) 805-6139 to confirm the receipt of your fax.



PLAINTIFF'S EXHIBIT 18  
ICS 4/25/17  
DEF 60