04/21/2007  04:41    17168261150                                           PAGE 01/03

1066-2014

## SEARCH WARRANT

CRIMINAL COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK
TO ANY POLICE OFFICER OF THE CITY OF NEW YORK

Proof by affidavit having been made this day before me by Detective John Zerafa, Shield # 5258, of the Vice Major Case/Human Trafficking Team of the New York City Police Department that there is reasonable cause to believe that certain property, to wit:

a. handcuffs, chains, ropes, anything that could be used to tie or restrain a person;

b. any and all knives, machetes, and weapons of any kind;

c. anything indicative of prostitution, including revealing clothing consistent with prostitution, sex toys, condoms, personal lubricants or other devices or sexual aids that may be used for prostitution;

d. a purple bag containing female clothes, identification, personal documents;

e. any and all cellular telephones, cameras, video-recorders, computers, and other electronic devices and/or equipment capable of storing data, information and images, and their components and accessories, including, but not limited to, wires, cords, monitors, keyboards, software, hard drives, disks, zip drives, flash drivers, thumb drivers, hard drives, and chargers; and

f. evidence of ownership and use of the target premises or the use of property located therein by any person, including, but not limited to, keys, telephone bills, utility bills, bank statements, leases, deeds, or rent receipts related to the target premises or other real property, mail addressed to or from the target premises or other documents bearing the address of the target premises, identification bearing the name or photograph of any person, telephone books, address books, date books, calendars, personal papers, drivers licenses, tooth and hair brushes, videotapes and photographs of persons, fingerprints, handprints, footprints, shoe

1                                                      3309



DEF 61

04/21/2007  04:41   17188201158                                    PAGE  02/03

impressions, hairs and fibers, swabs and/or samples of DNA and other forensic and trace evidence;

g. any and all documents relating to the internet, internet provider services, the worldwide web, access to the internet, and the use of computers to connect with other people and computers, including but not limited to bills, billing envelopes, advertisements, use and support materials, user and screenname information, websites, email addresses, chatrooms and any other written materials in any format;

h. documents concerning the promotion of prostitution, the recruitment of individuals for purposes of prostitution, and/or the exchange of funds for prostitution services in any format including but not limited to any paper documents, stored electronic communications, data, information, images, audio or video recordings, and any multimedia contained in computer disks, hard drives, ZIP disks, USB flash ("thumb") drives, CD ROMs, DVDs, minidiscs, Compact Flash cards, and SIM cards, and electronic equipment for creating digital content including but not limited to cellular telephones, smart-phones, iPods, iPads or tablet devices, credit card swiping devices, cameras, microphones, monitors, scanners, webcams, and video recorders

may be found in 1430 Amsterdam Avenue, Apartment 3C, New York, New York ("the target premises"); and that the above described property has been used or is possessed for purpose of being used to commit or conceal the commission of the designated offenses and constitutes evidence, tends to demonstrate that an offense was committed and that a particular person participated in the commission of said offense; and that there are grounds for entry without giving prior notice of authority and purpose; and that there are grounds for entry at any time of the day or night.

YOU ARE THEREFORE COMMANDED, between 6:00 a.m. and 9:00 p.m. or at any time of the day or night, to enter without giving notice of authority and purpose, and to search the target premises, for the above described property, and if you find such property or any part thereof to bring it before the Court without unnecessary delay.

FURTHER, this Court authorizes law enforcement personnel to videotape and photograph the interior of the target premises; to process the target premises for fingerprints; to analyze, test, and in any way scientifically process the target premises and all items seized.

2

DEF 62

FURTHER, this Court authorizes forensic computer analysts assigned to the New York County District Attorney's Office Cyber Crime and Identity Theft Unit and/or the New York City Police Department Computer Crimes Squad to assist, as deemed necessary by law enforcement officials, in accessing, downloading, retrieving, printing, copying and otherwise seizing data, information and images from any electronic devices recovered from the target premises.

It is further ORDERED that for purposes of C.P.L. Section 690.30(1) this warrant shall be deemed executed upon the initial accessing of the electronic devices for the purpose of beginning a forensic search, and that the search may continue thereafter for whatever reasonable time is necessary to complete a thorough search pursuant to the warrant.

IT IS FURTHER ORDERED that the affidavit and any transcript of any accompanying sworn testimony in support of the application for this warrant is sealed, except that a copy of any such sworn testimony may be obtained by an assistant district attorney in the New York County District Attorney's Office and the affidavit and/or any such sworn testimony may be disclosed by an assistant district attorney in the New York County District Attorney's Office in the course of the lawful discharge of his or her duties pursuant to a criminal investigation and/or prosecution, or upon written order of the Court.

This warrant must be executed within 10 days of the date of issuance.

HON. STEVEN M. STATSINGER
Judge of the Criminal Court

Dated:   New York, New York
         OCT 0 9 2014

DEF 63