

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**

Invoice No. 1000562006

| Invoking Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| HOUSING PSA 6 | | | | | OPEN |
| Invoice Date | Property Type | | | | Property Category |
| 10/09/2014 | GENERAL PROPERTY | | | | INVESTIGATORY |

| Officers | Rank | Name | Tax No. | Command | | |
|---|---|---|---|---|---|---|
| Invoicing | DT3 | ZERAFA, JOHN | 919893 | VICE ENF DIV | OCME. EU No. | |
| Arresting | N/A | | | | OCME. FB No. | |
| Investigating | N/A | | | | Police Lab Evid. Ctrl. No. | |
| Det Squad Supervisor | N/A | | | | Det Sqd. Case No. | N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No. | N/A |

| Item | Tot QTY | Article(s) | PETS No. | Pkg QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 3 | WIG<br>COLOR: BROWN SERIAL NO.: OTHERS IN CLOSET<br>ONE IN PLASTIC WAS RECOVERED FROM BATHROOM | 1300164360 | 3 | |
| 2 | 7 | KEYS<br>COLOR: CHROME/STAINLESS STEEL<br>KEYS ON KEYRING | 1300164360 | 7 | |

**REMARKS:**
919893 10/09/2014 23:35 : VOUCHERED AS INVESTIGATORY EVIDENCE

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 10/09/2014 | 230.34/SEX TRAFFICKING | FELONY | N/A | REFUSED |

| Prisoner(s) Name | D.O.B. | Age | Address | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|
| | | | | | |

| | Name | Tax No. | Address | Phone. No |
|---|---|---|---|---|
| Finder(s) | | | | |
| Owner(s) | BRIDGEFORTH, JASMINE | | 1430 AMSTERDAM AVE, 3C, NY, NY | |
| Complainant(s) | PSNY | | | |

| Complaint No. | N/A |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |

Invoice No. 1000562006

ADA Copy
printed: 10/09/2014 23:59

PCD Storage No. --

Page No. 1 of 3



PLAINTIFF'S EXHIBIT
60
TCS 4/25/17

DEF 64

 

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/05)

Invoice No. 1000562006

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | DT3 | ZERAFA, JOHN | 919893 | VICE ENF DIV | 10/09/2014 | 23:18 |
| Invoicing Officer | DT3 | ZERAFA, JOHN *Det Zrafa* | 919893 | VICE ENF DIV | 10/09/2014 | 23:37 |
| Approved By | SGT | GRAVES, GREGORY | 930294 | VICE ENF DIV | 10/09/2014 | 23:37 |

Invoice No. 1000562006

**ADA Copy**
printed 10/09/2014 23:50

PCD Storage No. —

Page No. 2 of 3

**DEF 65**