

# New York Police Department
# Domestic Violence Report

| | | | |
|---|---|---|---|
| **Victim Name:** | NECOLA SIMS | **Defendant Name:** | DELANO BROADUS |
| **Victim DOB:** | | **Defendant DOB:** | ·1980 |
| **Victim Age:** | 45 | **Defendant Age:** | 33 |
| **Report Date:** | 10-13-2014 | **Occurance Date:** | 10-08-2014 |
| **UF61#:** | 2014 026 PRECINCT 3123 | **Photographer:** | RAFAEL SANCHEZ |
| **Incident Number:** | 456000796 | **Arrest Number:** | M14688589N |
| **Relationship:** | INTIMATE PARTNER | **Relationship Desc:** | |
| **Occurance Address:** | 1430 AMSTERDAM AVENUE Apt 3C MANHATTAN, NY 10026 | | |
| **Complainant Address:** | | | |
| **Complainant Cross Street:** | | | |
| **Defendant Address:** | 1430 AMSTERDAM AVENUE Apt 3C NY NY | | |
| **Defendant Cross Street:** | WEST 129 STREET | | |
| **Photographer Rank:** | POM | **Photographer Shield:** | 12327 |
| **Photographer Command:** | 806 | **Photographer Phone:** | 212 694 7703 |
| **Photographer Tax ID:** | 942503 | **Co-Habit:** | NEVER LIVED TOGETHER |
| **Jurisdiction:** | NYPD HOUSING BUR | **Child In Common:** | NO |
| **Workstation:** | 10.209.236.64 | **Station IP:** | 10.209.236.64 |
| **Priors Notes:** | | | |
| **Complaint Charges:** | UNLAWFUL IMPRISONMENT<br>ASSAULT 3<br>13510 | | |
| **Arrest Charges:** | UNLAWFUL IMPRISONMENT<br>ASSAULT 3<br>ENDANGERING THE WELFARE OF A CHILD | | |



Image 1 of 14
Description: ROOM WHERE C/V STATES SHE WAS HANDCUFFED AND HELD
Location: 1430 AMSTERDAM AVE 3C; BEDROOM



Image 2 of 14
Description: ROOM WHERE C/V STATES SHE WAS HANDCUFFED AND HELD
Location: 1430 AMSTERDAM AVE 3C; BEDROOM



Image 3 of 14
Description: ROOM WHERE C/V STATES SHE WAS HANDCUFFED AND HELD
Location: 1430 AMSTERDAM AVE 3C; BEDROOM



# New York Police Department
# Domestic Violence Report

**Victim Name:** NECOLA SIMS  **Defendant Name:** DELANO BROADUS
**Report Date:** 10-13-2014  **Occurance Date:** 10-08-2014
**UF61#:** 2014 026 PRECINCT 3123  **Photographer:** RAFAEL SANCHEZ





# New York Police Department
# Domestic Violence Report

**Victim Name:** NECOLA SIMS          **Defendant Name:** DELANO BROADUS
**Report Date:** 10-13-2014           **Occurance Date:** 10-08-2014
**UF61#:** 2014 026 PRECINCT 3123     **Photographer:** RAFAEL SANCHEZ





# New York Police Department
# Domestic Violence Report

**Victim Name:** NECOLA SIMS         **Defendant Name:** DELANO BROADUS
**Report Date:** 10-13-2014          **Occurance Date:** 10-08-2014
**UF61#:** 2014 026 PRECINCT 3123    **Photographer:** RAFAEL SANCHEZ





# New York Police Department
# Domestic Violence Report

**Victim Name:** NECOLA SIMS  **Defendant Name:** DELANO BROADUS
**Report Date:** 10-13-2014  **Occurance Date:** 10-08-2014
**UF61#:** 2014 026 PRECINCT 3123  **Photographer:** RAFAEL SANCHEZ



http://mugshot.nypd.finest/WebUniversalPlus2/UniversalReport.aspx        DEF 101
                                                                          6/19/2016



# New York Police Department
# Domestic Violence Report

**Victim Name:** NECOLA SIMS  **Defendant Name:** DELANO BROADUS
**Report Date:** 10-13-2014  **Occurance Date:** 10-08-2014
**UF61#:** 2014 026 PRECINCT 3123  **Photographer:** RAFAEL SANCHEZ





# New York Police Department
# Domestic Violence Report

**Victim Name:** NECOLA SIMS  **Defendant Name:** DELANO BROADUS
**Report Date:** 10-13-2014  **Occurance Date:** 10-08-2014
**UF61#:** 2014 026 PRECINCT 3123  **Photographer:** RAFAEL SANCHEZ



NYPD Domestic Violence Report                                                                                         Page 1 of 1



# New York Police Department
# Domestic Violence Report

**Victim Name:** NECOLA SIMS          **Defendant Name:** DELANO BROADUS
**Report Date:** 10-13-2014           **Occurance Date:** 10-08-2014
**UF61#:**   2014 026 PRECINCT 3123   **Photographer:** RAFAEL SANCHEZ



http://mugshot.nypd.finest/WebUniversalPlus2/UniversalReport.aspx                          DEF 104
                                                                                           6/19/2016



# New York Police Department
# Domestic Violence Report

**Victim Name:** NECOLA SIMS  **Defendant Name:** DELANO BROADUS
**Report Date:** 10-13-2014  **Occurance Date:** 10-08-2014
**UF61#:** 2014 026 PRECINCT 3123  **Photographer:** RAFAEL SANCHEZ

