UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
JASMINE BRIDGEFORTH, DELANO BROADUS,
and DAVID FAIRFAX,

                                     **AFFIDAVIT**

                      Plaintiffs,       No. 16 Civ. 273 (WHP)

              - against -

CITY OF NEW YORK, NYPD Officer JOHN ZERAFA,
Tax No. 919893, individually, NYPD Officer RAFAEL
SANCHEZ, Shield No. 12327, individually, NYPD
Officer MOHAMMED KHANG, Shield No. 18729,
individually, NYPD Sergeant DEMETRIOUS LEE, Shield
No. 3087, individually, NYPD Deputy Inspector LUIS
DESPAIGNE, individually, and JOHN/JANE DOE
POLICE OFFICERS 1-5, individually,
                         Defendants.
----------------------------------------------------------x

         **RAFAEL SANCHEZ**, being duly affirmed, deposes and says:

         1.     I have been employed by the New York City Police Department ("NYPD") since 2006. I currently hold the rank of Police Officer. I am presently assigned to the Housing Bureau, Police Service Area 6. My duties include training police officers on a variety of areas, scheduling training for officers, and providing updated training materials to officers.

         2.     On October 9, 2014, I was assigned to the Housing Bureau, Police Service Area 6. My duties included patrol, the preparation of arrest paperwork which includes arrest reports and complaint reports, addressing quality of life issues, and responding to 911 radio runs. As such, I am fully familiar with the facts and circumstances set forth below.

         3.     This affidavit is based upon personal knowledge, conversations with employees of the NYPD, as well as upon the books and records of the NYPD.

4. The New York City Law Department ("Law Department") requested "scratch" arrest and complaint reports related to the arrests of the three above captioned plaintiffs on October 9th, 2014.

5. When an arrest is made, electronic arrest and complaint reports are created and entered in an online system used by the NYPD. Sometimes, an arresting officer will fill out "scratch" or hand written arrest and complaint reports before entering that information into the online system. Both the "scratch" and electronic copies are to reflect the same information gathered by the arresting officer as a result of the incident. These scratch reports are then either kept in the personal files of the arresting officer, the command of occurrence, or are disposed.

6. I personally conducted a search of the records maintained in my own personal files and the files of the command of occurrence.

7. I was unable to locate any "scratch" arrest or complaint reports for plaintiffs Jasmine Bridgeforth, Delano Broadus, or David Fairfax related to their arrests on October 9th, 2014. There is nowhere else these "scratch" reports would be kept.

8. As a result of my search efforts, I did not find any of the requested "scratch" reports related to the arrests of the three plaintiffs.

POLICE OFFICER RAFAEL SANCHEZ

Affirmed to before me
this 13th day of September, 2017

NOTARY PUBLIC

**DEF 407**