```
 1   CRIMINAL COURT OF THE CITY OF NEW YORK
     COUNTY OF NEW YORK:     PART  AR-3
 2   ----------------------------------------X

 3   AN APPLICATION FOR A WARRANT TO SEARCH   :

 4   1430 AMSTERDAM AVENUE, APARTMENT 3C,     :

 5   NEW YORK, NEW YORK.                      :

 6   ----------------------------------------X
                             100 Centre Street
 7                           New York, N.Y. 10013
                             October 9, 2014
 8

 9   B E F O R E:

10       HONORABLE STEVEN M. STATSINGER, Judge.

11

12   A P P E A R A N C E S:

13   FOR THE PEOPLE:
         CYRUS R. VANCE JR., ESQ.
14       DISTRICT ATTORNEY
         NEW YORK COUNTY
15
     BY: JENNIFER DOLLE, ESQ.
16

17
     Also present:
18
         Detective John Zarafa, Human Trafficking Team
19

20

21

22

23

24
                      ALEXANDER BENT
25                 OFFICIAL COURT REPORTER
```

P R O C E E D I N G S

1      COURT OFFICER: An application for a warrant to
2  search 1430 Amsterdam Avenue, Apartment 3C, as in carrot.
3      Detective, raise your right hand.
4      (Complying.)
5      COURT OFFICER: State your name, shield, and
6  command.
7      THE WITNESS: Detective John Zerafa (phonetic),
8  Human Trafficking Team.
9      COURT OFFICER: Do you swear that the information
10 in this affidavit is the truth?
11     THE WITNESS: Yes, sir.
12     COURT OFFICER: Please sign your name.
13     MS. DOLLE: Good evening, your Honor.
14 Jennifer Dolle, D-O-L-L-E, for the People.
15     THE COURT: Good evening, People.
16 Detective, did you sign the affidavit you just swore
17 to?
18     THE WITNESS: Yes.
19     THE COURT: Before you signed it, did you read it?
20     THE WITNESS: Yes, sir.
21     THE COURT: I have reviewed the application, and I
22 have concluded that there is reasonable cause for the
23 issuance of the search warrant; I therefore approve the
24 application in it's entirety, including the application for
25 no-knock entry, and night execution. And I'm signing the

P R O C E E D I N G S

1    warrant now.
2        I direct that these papers be sealed, pending further
3    order of this Court, and that this transcript be sealed,
4    saved one copy for the district attorney.
5
6                        * * * * *
7
8        I, Alexander Bent, hereby certify that the above is a true
9    and accurate copy of my stenographic notes.
10
11                       _____
12                              Alexander Bent
                                Senior Court Reporter
13
14
15
16
17
18
19
20
21
22
23
24
25