0215 By SG Renow PO
Staging
0245 Ref A 9.10.309
Thursday 10/9/14 NR2.10.300075
assigned 1st Plt Com Ctrl, done

0300 By 1970 Amsterdam JC
was met by Acosta Sims

PLAINTIFF'S EXHIBIT 74
KS 6/7/17

7/11/69 P/B was held against her will, also several another P/B/20 was being held naked in some giant by chains handled Caps Pomlolios / Requested PSU Cromwell gained entry by PSU Trouble several attempts were made by knocking but no one answered. Approximately 0400 gained entry 0505 actual leaf one mobilization. Notified PD Marge Housty Wheel PBNN - Allison Operations - Lt Sky 2a Vice Des. Rubinich Des Zirka - HumTraff Vice Jasmine Bridgforth Terms of record Delano Broadus were arrested for child endangerment Eric Kirk/only jr was placed under arrest for OGA. School Housing for unlawful imprisoning Social Risk Fac for criminal Contempt.
0800 84 Apple 10-64A
Pepcke 49



(Det. Dean
not  Det. tuzman)
3 male
2 woman

3 year old
chld

———

me

Necola, Sims
~~/69~~
/69
30 w/ 1st /35

**DEF 371**

(c/u) Necolay, Sims
DOB  /69
20 w 115 13 J
10026

Gloria Black
(missing victim) Blond wave
5'5" 5'6" cuffed
170 /65  JO Redmon

DEF 372