


**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev 11/09)

Invoice No. **1000561885**

| | | | | | |
|---|---|---|---|---|---|
| **Invoicing Command** | | | | | **Invoice Status** |
| HOUSING PSA 6 | | | | | CLOSED |
| **Invoice Date** | **Property Type** | | | | **Property Category** |
| 10/09/2014 | GENERAL PROPERTY | | | | INVESTIGATORY |

| Officers | Rank | Name | Tax No | Command | |
|---|---|---|---|---|---|
| Invoicing | POM | SANCHEZ, RAFAEL | 942503 | PSA 6 | OCME EU No |
| Arresting | POM | SANCHEZ, RAFAEL | 942503 | PSA 6 | OCME FB No |
| Investigating | N/A | | | | Police Lab Evid Ctrl No |
| Det Squad Supervisor | N/A | | | | Det Sqd Case No   N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No.   N/A |

| Item | Total QTY | Article(s) | PETS No | Pkg QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | CELL PHONE<br>COLOR: BLACK MAKE: KYOCERA MODEL: C5170<br>IMEI #: NA | | | 10/27/2014 - RTO Qty -1 |
| 2 | 1 | BATTERY<br>COLOR: ASSORTED COLORS<br>BATTERY FOR ITEM 1 | | | 10/27/2014 - RTO Qty -1 |
| 3 | 1 | OTHER ACCESSORY<br>COLOR: BLACK<br>BACK COVER FOR ITEM 1 | | | 10/27/2014 - RTO Qty -1 |
| 4 | 1 | CELL PHONE<br>COLOR: BLACK MAKE: MOTOROLA MODEL: A956<br>IMEI #: 355494044704175 | | | 10/27/2014 - RTO Qty -1 |
| 5 | 1 | BATTERY<br>COLOR: ASSORTED COLORS<br>BATTERY FOR ITEM 4 | | | 10/27/2014 - RTO Qty -1 |
| 6 | 1 | OTHER ACCESSORY<br>COLOR: BLACK<br>BACK COVER FOR ITEM 4 | | | 10/27/2014 - RTO Qty -1 |

**REMARKS:**
942503 10/10/2014 01:19 : THE ABOVE LISTED ITEMS ARE A COMPLETE LIST OF ALL ITEMS TO BE VOUCHERED FOR INVESTIGATORY.
903583 10/23/2014 15:35 : ID UPLOADED.
341749 10/24/2014 15:01 : STATUS OF CASE/OWNER OF PROPERTY FORM FAXED TO 212-694-7706 (SGT VISCO) AND UPLOADED.
341749 10/27/2014 09:17 : STATUS OF CASE/OWNER OF PROPERTY FORM RETURNED BY OFFICER AND UPLOADED. CASE CLOSED.
932659 10/27/2014 12:01 : RTO 200888642 COMPLETED AND RETURNED TO : OWNER OF PROPERTY - ▓▓▓▓▓ RTO 2 ID


Invoice No **1000561885**

**Property Clerk Copy**
printed: 06/20/2016 08:04



PCD Storage No.
**14M065034**
Page No 1 of 2

**DEF 125**

 

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No **1000561885**

## DOCUMENTS & STATUS OF CASE/OWNER OF PROPERTY DOCUMENT SCANNED.

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Recept |
|---|---|---|---|---|
| 10/09/2014 | 195.05/OBSTRUCT GOVT ADMIN | MISDEMEANOR | N/A | ACCEPTED |

| Prisoner(s) Name | | D.O.B | Age | Address | | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | Name | Tax No | Address | Phone No |
|---|---|---|---|---|
| Finder(s) | SANCHEZ, RAFAEL | 942503 | 1 POLICE PLAZA NEW YORK, NY 10038. | 212-694-7700 |
| Owner(s) | | | | |
| Complainant(s) | PSNY | | | |

| Complaint No | 2014-028-03121 |
|---|---|
| Related Comp No (s) | N/A |
| Aided/Accident No (s) | N/A |
| Related Invoice(s) | N/A |

| Approvals | Rank | Name | Tax No | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | POM | SANCHEZ, RAFAEL | 942503 | PSA 6 | 10/09/2014 | 19:53 |
| Invoicing Officer | POM | SANCHEZ, RAFAEL | 942503 | PSA 6 | 10/10/2014 | 01:39 |
| Approved By | SGT | URUCI, ARBER | 918803 | PSA 6 | 10/10/2014 | 01:39 |


Invoice No **1000561885**

**Property Clerk Copy**
printed: 08/20/2015 08:04

PCD Storage No.
**14M065034**

Page No 2 of 2

**DEF 126**

 

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No **1000561836**

| Invoicing Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| **HOUSING PSA 6** | | | | | **OPEN** |
| Invoice Date | Property Type | | | | Property Category |
| **10/09/2014** | **GENERAL PROPERTY** | | | | **INVESTIGATORY** |

| Officers | Rank | Name | Tax No | Command | |
|---|---|---|---|---|---|
| Invoicing | POM | SANCHEZ, RAFAEL | 942503 | PSA 6 | OCME EU No |
| Arresting | POM | SANCHEZ, RAFAEL | 942503 | PSA 6 | OCME FB No |
| Investigating | N/A | | | | Police Lab Evid Ctrl No |
| Det Squad Supervisor | N/A | | | | Det Sqd Case No   N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No    N/A |

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | CELL PHONE<br>COLOR: BLACK MAKE: KYOCERA<br>IMEI #: 268435459906991270<br>MISSING BACK COVER | 1201542156 | 1 | |
| 2 | 1 | BATTERY<br>COLOR: ASSORTED COLORS<br>BATTERY FOR ITEM 1 | 1201542156 | 1 | |
| 3 | 1 | CELL PHONE<br>COLOR: BLACK MAKE: KYOCERA MODEL: S2151<br>DEC 268 435 462 500 984 266 | 1201542156 | 1 | |
| 4 | 1 | BATTERY<br>COLOR: ASSORTED COLORS<br>BATTERY FOR ITEM 3 | 1201542156 | 1 | |
| 5 | 1 | OTHER ACCESSORY<br>COLOR: BLACK<br>BACK COVER FOR ITEM 3 | 1201542156 | 1 | |

**REMARKS:**
942503 10/10/2014 01:00 : THE ABOVE LISTED ITEMS ARE VOUCHERED FOR INVESTIGATORY.

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 10/08/2014 | 13510/UNLAWFUL IMPRISON | FELONY | N/A | **ACCEPTED** |

| Prisoner(s) Name | DOB | Age | Address | Arrest No./Summons No | NYSID No |
|---|---|---|---|---|---|
| 1  FAIRFAX, DAVID | 07/20/1983 | 31 | | M14688550 | 09840775N |

| | Name | Tax No | Address | Phone No |
|---|---|---|---|---|
| Finder(s) | SANCHEZ, RAFAEL | 942503 | 1 POLICE PLAZA NEW YORK, NY 10038. | 212-694-7700 |
| Owner(s) | FAIRFAX, DAVID | | NA NA, NA, NY | |


Invoice No **1000561836**

**Property Clerk Copy**
printed: 06/20/2016 09:05

PCD Storage No.
**14M064998**
Page No 1 of 2

**DEF 127**



# NYPD PETS PROPERTY and EVIDENCE TRACKING SYSTEM
## Property Clerk Invoice
PD 521-141(Rev 11/09)



Invoice No **1000561836**

| | Name | | Tax No | Address | | | Phone No |
|---|---|---|---|---|---|---|---|
| Complainant(s) | SIMS, NECOLA | | | | | | |

| | | |
|---|---|---|
| Complaint No | 2014-028-03113 | |
| Related Comp No (s) | N/A | |
| Aided/Accident No (s) | N/A | |
| Related Invoice(s) | N/A | |

| Approvals | Rank | Name | Tax No | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | POM | SANCHEZ, RAFAEL | 942503 | PSA 6 | 10/09/2014 | 18:49 |
| Invoicing Officer | POM | SANCHEZ, RAFAEL | 942503 | PSA 6 | 10/10/2014 | 01:41 |
| Approved By | SGT | URUCI, ARBER | 919803 | PSA 6 | 10/10/2014 | 01:41 |



**Property Clerk Copy**
printed 06/20/2016 08:05

PCD Storage No.
**14M064998**

Page No 2 of 2

**DEF 128**

 

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev 11/09)

Invoice No **1000562052**

| Invoicing Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| **HOUSING PSA 6** | | | | | **OPEN-HOLD** |
| Invoice Date | Property Type | | | | Property Category |
| **10/10/2014** | **GENERAL PROPERTY** | | | | **INVESTIGATORY** |

| Officers | Rank | Name | Tax No. | Command | |
|---|---|---|---|---|---|
| Invoicing | POM | SANCHEZ, RAFAEL | 942503 | PSA 6 | OCME EU No. |
| Arresting | POM | SANCHEZ, RAFAEL | 942503 | PSA 6 | OCME FB No |
| Investigating | N/A | | | | Police Lab Evid Ctrl No. |
| Det Squad Supervisor | N/A | | | | Det Sqd Case No.  N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No  N/A |

| Item | Total QTY | Article(s) | PETS No. | Pkg QTY | Description |
|---|---|---|---|---|---|
| 1 | 2 | OTHER<br>COLOR: ASSORTED COLORS<br>HANDWRITTEN PIECES OF PAPER | 1202189412<br>-1201542154 | 2 | |
| 2 | 2 | OTHER<br>COLOR: ASSORTED COLORS<br>POSTCARD TYPE FLYER | 1202189412<br>-1201542154 | 2 | |

**REMARKS:**
942503 10/10/2014 01:36 : THE ABOVE LISTED ITEMS ARE VOUCHERED FOR INVESTIGATORY. THE HANDWRITTEN PIECES OF PAPER CONTAIN DIRECTIONS TO THE HARLEM VISTA HOTEL AND HOURLY RATES. POSTCARD FLYERS HAVE WEEKLY RENTAL PRICES.

335220 03/04/2015 13:57 : PROPERTY TAKEN OUT TO COURT BY THE A/O SANCHEZ

362298 03/04/2015 14:54 : PETS NO. 1201542154 CONTAINING ITEM# 1 WITH QUANTITY 2 AND ITEM# 2 WITH QUANTITY 2 IS PACKED INTO PETS NO. 1202189412

923838 06/10/2016 20:28 : ANY QUESTIONS ARE REFERRED TO CITY OF NEW YORK LAW DEPARTMENT SENIOR COUNCIL RHIANA SWARTZ # 212-356-2382.

923838 06/10/2016 20:29 : PLACED ON HOLD REASON: HOLD - CIVIL ACTION DURATION: INDEFINITE HOLDREMARKS: PCD# 2016-15-261

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 10/08/2014 | /UNLAWFUL IMPRISONMEN | | N/A | **REFUSED** |

| Prisoner(s) Name | DOB | Age | Address | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|
| 1  BROADUS, DELANO | /1980 | 33 | 1430 AMSTERDAM AVENUE, 3C, MANHATTAN, M14688589 NY- 10026, 757-639-3793 | | 12122197Y |

| | Name | Tax No | Address | Phone No |
|---|---|---|---|---|
| Finder(s) | SANCHEZ, RAFAEL | 942503 | 1 POLICE PLAZA NEW YORK, NY 10038. | 212-694-7700 |
| Owner(s) | UNKNOWN | | | |
| Complainant(s) | SIMS, NECOLA | | | |

Complaint No.  2014-026-03123



Invoice No **1000562052**

**Property Clerk Copy**
printed 06/20/2016 06:06

PCD Storage No.
**14M065628**
Page No  1 of 2

**DEF 129**


**NYPDPETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev 11/09)


Invoice No **1000562052**

| | | | | | | |
|---|---|---|---|---|---|---|
| Related Comp No (s) | N/A | | | | | |
| Aided/Accident No (s) | N/A | | | | | |
| Related Invoice(s) | N/A | | | | | |

| Approvals | Rank | Name | Tax No | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | POM | SANCHEZ, RAFAEL | 942503 | PSA 6 | 10/10/2014 | 01:22 |
| Invoicing Officer | POM | SANCHEZ, RAFAEL | 942503 | PSA 6 | 10/10/2014 | 01:38 |
| Approved By | SGT | URUCI, ARBER | 919803 | PSA 6 | 10/10/2014 | 01:38 |


Invoice No **1000562052**

**Property Clerk Copy**
printed 06/20/2016 08:06

PCD Storage No. **14M065628**
Page No 2 of 2

**DEF 130**