# DISTRICT ATTORNEY OF THE COUNTY OF NEW YORK

| IN THE MATTER OF | Charge: | PL 135.05 |
|---|---|---|
| Jasmine Bridgeforth (F 37) | NYSID Number: | 03151988L |
| | Arrest Number: | M14688580  #1367 |
| | Arresting Officer: | Rafael Sanchez |
| | Tax ID: | ▮ |
| | Command: | Housing Bureau PSA 6 |
| | Occurrence Date: | 10/8/2014 |
| | Occurrence Time: | 7:30 P.M. |
| Defendant | Location: | at 1430 Amsterdam Avenue |

### DECLINATION OF PROSECUTION FOR THE REASON(S) SET FORTH BELOW, PROSECUTION OF THIS CASE WAS DECLINED

Further Investigation Needed

Pursuant to an investigation into a young girl imprisoned at 1430 Amsterdam Avenue, Apartment 3C, Police Officers responded to that location. The investigation shows that the apartment is Jasmine Bridgeforth's apartment. After further investigation, the District Attorney's Office determined that it cannot prove the elements of any crime beyond a reasonable doubt at this time. The District Attorney's Office declines to prosecute this case at this time to investigate further.

DATED: Friday, October 10, 2014

BY: _Caitlin No[lan]_ (signature)
Nolan

BY: _____
SUPERVISING ADA (SIGN)

BY: _S. Ilber_
SUPERVISING ADA (PRINT) (temp)



PLAINTIFF'S EXHIBIT 30
4/17/17

DEF 131

# DISTRICT ATTORNEY OF THE COUNTY OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF | |

Delano Broadus (M 33)

Defendant

| | |
|---|---|
| Charge: | PL 135.05 |
| NYSID Number: | 12122197Y |
| Arrest Number: | M14688589  #1366 |
| Arresting Officer: | Rafael Sanchez |
| Tax ID: | ■ |
| Command: | Housing Bureau PSA 6 |
| Occurrence Date: | 10/8/2014 |
| Occurrence Time: | 7:30 P.M. |
| Location: | inside 1430 Amsterdam Avenue, 3C |

## DECLINATION OF PROSECUTION FOR THE REASON(S) SET FORTH BELOW, PROSECUTION OF THIS CASE WAS DECLINED

**Further Investigation Needed**

Pursuant to an investigation into a young girl imprisoned at 1430 Amsterdam Avenue, Apartment 3C, Police Officers responded to that location. The investigation showed that Delano Broadus lived at that location. After further investigation, the District Attorney's Office determined that it cannot prove the elements of any crime beyond a reasonable doubt at this time. The District Attorney's Office declines to prosecute this case at this time to investigate further.

DATED: Friday, October 10, 2014

BY: _Caitlin N____
Nolan

BY: _____
SUPERVISING ADA (SIGN)

BY: _Silby___
SUPERVISING ADA (PRINT)

DEF 132

# DISTRICT ATTORNEY OF THE COUNTY OF NEW YORK

| IN THE MATTER OF | | |
|---|---|---|
| David Fairfax (M 31) | **Charge:** | PL 135.05 |
| | **NYSID Number:** | 09840775N |
| | **Arrest Number:** | M14688550 #1368 |
| | **Arresting Officer:** | Rafael Sanchez |
| | **Tax ID:** | [redacted] |
| | **Command:** | Housing Bureau PSA 6 |
| | **Occurrence Date:** | 10/8/2014 |
| | **Occurrence Time:** | 8:00 P.M. |
| Defendant | **Location:** | at 1430 Amsterdam Avenue |

## DECLINATION OF PROSECUTION FOR THE REASON(S) SET FORTH BELOW, PROSECUTION OF THIS CASE WAS DECLINED

**Further Investigation Needed**

Pursuant to an investigation into a young girl imprisoned at 1430 Amsterdam Avenue, Apartment 3C, Police Officers responded to that location. After further investigation, the District Attorney's Office determined that it cannot prove the elements of any crime beyond a reasonable doubt at this time. The District Attorney's Office declines to prosecute this case at this time to investigate further.

DATED: Friday, October 10, 2014

BY: *Caitlin M* 
Nolan

BY: _____
SUPERVISING ADA (SIGN)

BY: _____
SUPERVISING ADA (PRINT)

DEF 141

# DISTRICT ATTORNEY OF THE COUNTY OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF | Charge: PL 215.50(3) |
| David Fairfax (M 31) | NYSID Number: 09840775N |
| | Arrest Number: M14688561  #1369 |
| | Arresting Officer: Rafael Sanchez |
| | Tax ID: |
| | Command: Housing Bureau PSA 6 |
| | Occurrence Date: 10/8/2014 |
| | Occurrence Time: 7:30 P.M. |
| Defendant | Location: inside 1430 Amsterdam Avenue, 3C |

## DECLINATION OF PROSECUTION FOR THE REASON(S) SET FORTH BELOW, PROSECUTION OF THIS CASE WAS DECLINED

Unable to Establish Necessary Element of the Crime

Pursuant to an investigation Police Officers responded to 1430 Amsterdam Avenue, Apartment 3C. Police Officers observed David Fairfax in the stairwell by the third floor. Mr. Fairfax has an Order of Protection against him, in favor of Sarah Hau-Sans, who was in an apartment on the third floor of that building. Because the Officers did not see Mr. Fairfax at the apartment where Ms. Hau-Sans was and because Mr. Fairfax did not interact with Ms. Hau-Sans, the District Attorney's Office declines to prosecute this case at this time.

DATED: Friday, October 10, 2014

BY: Caitlin M
Nolan

BY: _____
SUPERVISING ADA (SIGN)

BY: S. Ito
SUPERVISING ADA (PRINT)

DEF 142

# DISTRICT ATTORNEY OF THE COUNTY OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF | Charge: PL 195.05 |
| Eric Kirkland (M 23) | NYSID Number: ▇▇▇▇ |
| | Arrest Number: M14688578  #1365 |
| | Arresting Officer: Rafael Sanchez |
| | Tax ID: 942503 |
| | Command: Housing Bureau PSA 6 |
| | Occurrence Date: 10/9/2014 |
| | Occurrence Time: 2:33 A.M. |
| | Location: inside 1430 Amsterdam Avenue, Apartment 3C |
| Defendant | |

## DECLINATION OF PROSECUTION FOR THE REASON(S) SET FORTH BELOW, PROSECUTION OF THIS CASE WAS DECLINED

**Further Investigation Needed**

Pursuant to an investigation into a young girl imprisoned at 1430 Amsterdam Avenue, Apartment 3C, Police Officers responded to that location. Upon arrival, the Police Officers knocked on the door to that apartment and identified themselves as Police Officers. Eric Kirkland was inside the apartment and failed to open the door for more than an hour. After further investigation, the District Attorney's Office determined that it cannot prove the elements of any crime beyond a reasonable doubt at this time. The District Attorney's Office declines to prosecute this case at this time to investigate further.

DATED: Friday, October 10, 2014

BY: _Caitlin N._
Nolan

BY: _[signature]_
SUPERVISING ADA (SIGN)

BY: _S. Ilby_
SUPERVISING ADA (PRINT)

CONFIDENTIAL

DEF 366

# DISTRICT ATTORNEY OF THE COUNTY OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF | Charge: PL 135.05 |
| | NYSID Number: ▇▇▇▇ |
| Sarah Hau-Sans (F 24) | Arrest Number: M14688566  #1364 |
| | Arresting Officer: Rafael Sanchez |
| | Tax ID: 942503 |
| | Command: Housing Bureau PSA 6 |
| | Occurrence Date: 10/8/2014 |
| | Occurrence Time: 7:30 P.M. |
| | Location: inside 1430 Amsterdam Avenue, Apt. 3C |
| Defendant | |

## DECLINATION OF PROSECUTION FOR THE REASON(S) SET FORTH BELOW, PROSECUTION OF THIS CASE WAS DECLINED

**Further Investigation Needed**

Pursuant to an investigation into a young girl imprisoned at 1430 Amsterdam Avenue, Apartment 3C, Police Officers responded to that location. Upon arrival, the Police Officers knocked on the door to that apartment and identified themselves as Police Officers. Sarah Hu-Sans was inside the apartment and failed to open the door for more than an hour. After further investigation, the District Attorney's Office determined that it cannot prove the elements of any crime beyond a reasonable doubt at this time. The District Attorney's Office declines to prosecute this case at this time to investigate further.

DATED: Friday, October 10, 2014

BY: _Caitlin N_____
Nolan

BY: _____
SUPERVISING ADA (SIGN)

BY: _Silber_____
SUPERVISING ADA (PRINT)

CONFIDENTIAL

DEF 367