Footage from exterior
1430 Amsterdam Avenue
Disc delivered to Chambers