(IH)

### CITY OF NEW YORK
## POLICE DEPARTMENT

B    35757

Name _LEE, DEMETRIOS_     Tax Reg. No. _927069_

Date Opened _7/02/14_     Supervisory Officer _____

Date Closed _12/7/14_     Supervisory Officer _____ BA6

PD 112-145 (07-09)





THUR 09/16 0040x0915
dispatch PUB ALL -
0040 PKD & PUB
0250 10.2 1430 Amsterdam
Ave #3C re: possible
abduction

DEF 139



0301 87
w/ Lt. Guenther —
0900 Insp. Do's Chan, Sanchez
Fontaine, Cravel,
Squallace, Thompson,
to location - a/a/n -
front - compl. victim
stated she was locked
in a room with another
female named "Gloria"
Both women were tated
& chained. C/u appeared
to be intoxicated but
clear w/ her story —
0811 92C's by PO Sanchez
0820 Rec ASA Ro
0930 Eot Det — 2057 —

CITY OF NEW YORK
**POLICE DEPARTMENT**     B     35888

Name _PO Rourke_      Tax Reg. No. _11991_

Date Opened _6 24 2014_      Supervisory Officer _____

Date Closed _10-23 14_      Supervisory Officer _____

PD 112-145 (07-09)

DEF 143



r/w/ ... ...
havi blue eyes                      slippers plastic
                                    worn on toes
BK shorts
wh T-shirt

            MR OKON ACS
            492 1st AVE

ACR 81204208
    3C   ACEVEDO #1024
FAITH BROADUS    JONATHAN DOBRINSKY
12/10/18 .           PDS ER

10 9.14 THURS  2315 x 0750  e PSNG
POST 1T OP
NERL                          COL OK
                              P10 12.9
2315 PFD e PIC
0005. 9169 (OPER) W/ LT GUENTHER (REC)
GKS 3/4, MILE 14325, NEC RES CONT
COND 1- SHOOTINGS- ST NICK COND 2-
GANG ACTIVITY. GRANT
0235 P 1430 ARRST #3C  10 34
NOTF 106 W/ COMPL
0517. 98 TO ST WLES W/ F/B/3
FAITH BROADUS. ACS CASE (WELLNESS
CHECK)
0530 8-?
0656 98 TO SH W/ AIDED CHILD
0710 CHILD TO BE REMOVED TO ACS
W/ PO MATEO / BERNARD
0750. 8UT PO Druche



Delano BRADUS
M/B/ 40ish 6'00 230
Blue fleece football
pants bk sneakers
3-4 Jordans
etc. short hair / facial
hair

Nicola Sims
7-11-69                    Gloria
20 W 115 #13J              radiators
212 360 6141              hello Kitty
917-718-3693              scar-naked

5'4" twist braids        M/B/ 5'6" med cmpl
Jazz F/B/93ish           white T /Red /BK
Brookhurst?              hoodie /Bl jeans
gap in teeth             GY Jordans

Sara France              M/B/
F/W/24 Blonde            white T / gy sweats
hair blue eyes           Bk Jordans
BK shorts                pepper & plastic
wh T-shirt               cords on faces

                         MR OKON ACS
                         492 1st AVE
OCR 81204208
          3C ACEVEDO #1024
     FAITH BROADUS        JONATHAN DOBRINSKY
     12/10/10 .           PEOS ER

DEF 146

CITY OF NEW YORK
**POLICE DEPARTMENT**      B      34351

Name _P.O KHAN_                          Tax Reg. No. _927626_

Date Opened _09/08/14_ ___ Supervisory Officer _____ 26 Pct

Date Closed _10/27/14_ ___ Supervisory Officer _____

PD 112-145 (07-09)

DEF 264

Thu 10/09/14 - Wk 29/38

9315   P.F.D

Color: - ORANG R.D 12/01/14

Post: - MANHATTANVILL

Cond #1. ROBBERY

Cond #2. Shooting

Meal: - 600 meal

Driver: - P.O Spencer #2,

9315 relieved by L. Gunther

2340 RMP check N/R

Milage #63870

Gas - Full Tank

condition of RMP Good

PROPP
1614
ESU

DEF 265





0250   10 - 84 @ 1630
AM S.t   ar #3 C
Backing   EA Section 2
Lt. Gunther   10 - 84
0351 all   PSA6 A[c]w
1430 arrest
0820   Transporting 2
perp. (1)
and (1) Broadus, Delano
to PSA 6
0825   10 - 84
0900   E. O. T.
P., O

CITY OF NEW YORK
**POLICE DEPARTMENT**       B       152048

Name _P.O. Kramel_                           Tax Reg. No. _979193_

Date Opened _9/6/14_        Supervisory Officer _____

Date Closed _12/15/14_      Supervisory Officer _____

PD 112-145 (07-09)

DEF 308

Thursday   10/9/14  for 281.8X 0750
Assignment  PSAE

DEF 309

0315: Present as J. by
0335: Roll call by Ch Ceather
COD, Orange PD 12/9/14. Post
E/F, Perlmr PO. Fontaine 0028S
meet @ 0405.
2340: Amo 9163 Check, Greated
EZ pass, 2,5002 miles, AM gas, oil
good. pw and tire, right mirror cracked.
crew: East Patrol
0500: St cardio 95 old breakdown
upt 5< during post-133
0430: SS 5th by 133 / 75 I
95 old breakdown with towing 153
0145: 91/90
0130: End Patrol
0200: N. v. 0
0215: 75 D   1315 Amsterdam
A 0221  7/0/08/14   ⚠   11305 Am 67
0344 : 34 @ 131 Amsterdam
0348 : 8/1
0402   1430 AMD
0500   Txp  are mhe to psa 6
0515: 74
0590: End 1430 Amsterdam on
crew: 84 / waiting for mesuwtez to
debrief suspects
0830: Txp 2 moves to PSA6 with PO. Kahn
845: 94 @ PSA 6   with



61277

~~~~~ at ~~ ~~~~~~ ~~
~~~~~ ~~ ~~~~~ of ~~~ ~~~~~~~
of. ~~~~ ~~~~~~~~~ ~~~~
~~~~~~~ ~~~~ 7/26/83 ~~~ ~~~~
~~~~~ ~~~~, 5'10" 165 ~~~ C/C
for P.O. ~~~~~~ arrest picked
out belt ~~~~~ down ~~~~~ I/I%
1430 amsterdam as ~~~ of the
— Suspects.
0940 REOT in per ~~
P.O. Kramer 8873

Nov 16 2016 11:59am P002/002



10/9/14   THU/ TOUR: 2300 X 0800
ASSIGNMENT: DBM/NW
2230   PFD @ DBM/NW
0520   responded to 1430 Apet w/
       Det Deon (missing)
1031   RTC —
1100   EOT 1R 4 /4M —

**DEF 312**



111-222-3333



CITY OF NEW YORK
POLICE DEPARTMENT                              B   22315

Name POL FONTAINE                    Tax Reg. No. 950428

Date Opened 9/25/14        Supervisory Officer

Date Closed 12/16/14       Supervisory Officer

PD 112-145

DEF 401

111-222-3333



Thursday 10/9/14 Tour 2315x0750
Assignment PSA-6
2315 present for duty
2320 Roll Call, Lt Guenther
COD orange       FD 12/9/14
Ast E/F       Meal 0400
Partner PO Kramel
Condition
2340  RMP 9153 mil 2500 2

**DEF 402**

111-222-3333



0244  10-34 @1430 Amsterdam Apt 3C
0248  84
04 00

1430

0550 A 3JR      Security dur
2 1430 Amsterdam Apt 31
0830  10-2
08.50  EOT shield # 2L285
Friday 10/10/14 Tour 2315 to 0750
Assignment PSA-6
2315 present for duty
2320 roll-call, SGT Gurniak
COD white    RD 12/9/14
Past e/F      meal 0400
Partner PO Kramel
Condition
2345  RMP 9140, mil 3984
1/2 gas, E) Contraband/weapon
lights & sirens operational
0000  e2/ platrol
0/00  N/U/0
0711 - Lt Bm 1 PSA 3 min
95 UD Bway  NVD -9 NO
0125 FSE 1430 Amsterdam
0200  9/98 set 0/239

DEF 403

111-222-3333

08:10:57 a.m.   07-03-2017   3/5



07-SD   SOT   shield # 70285
Saturday 10/11/14 Tour 2315 x 0750
Assignment PSA-b
2315 present for duty
2370 roll-call, Sgt Cirici
(OD Orange   RD 12/10/14
Post A/B   meal 0400
Partner PO Kramel
Condition
∂380 Narco
OID RMP 9059 mil 40542,
Full tank, ∅ contraband/fluids/gas,
lights & sirens operational

**DEF 404**