confidential materials
****** WARNING ******
CONFIDENTIAL INFORMATION
AUTHORIZED PERSONNEL ONLY

PL391

OFFICE OF CHILDREN AND FAMILY SERVICES
CHILD PROTECTIVE SERVICES
INTAKE REPORT

CASE NAME : Bridgeforth, Jasmine
MERGE TO CASE ID : 25636470
INTAKE CASE ID : 25956385
CALL/INTAKE STAGE ID : 29846154

## SUMMARY

| | | |
|---|---|---|
| DATE REPORTED | : 10/09/2014 | |
| TIME REPORTED | : 04:50 AM | |
| CLASSIFICATION | : CPS - Familial | |
| INTAKE TYPE | : Subsequent | |
| DUP. OF STAGE ID | : | |

| | | |
|---|---|---|
| PRIMARY WORKER | : Daniel, Patrick | (A72) |
| COUNTY/ZONE | : MANHATTAN | |
| SECONDARY WORKER | : Moore, Jeffrey | |
| COUNTY/ZONE | : MANHATTAN | (A72) /3 |
| SECONDARY WORKER | : Myers, Keshia M | |
| COUNTY/ZONE | : MANHATTAN | (A72) /3 |
| SECONDARY WORKER | : Okoo, Emmanuel | |
| COUNTY/ZONE | : MANHATTAN | (A72) |
| SECONDARY WORKER | : Quamina, Dwight R | |
| COUNTY/ZONE | : MANHATTAN | (A72) |
| WORKER TAKING INTAKE | : 24799226 | |
| COUNTY/ZONE | : State Central Register | |

Worker Safety : N       Sensitive Issues : N       Special Handling : N
High Priority Case: Four or More Reports

### LIST OF PRINCIPALS

| Line | ADDR # | NAME | AKA | RELATIONSHIP | CITY | SEX | DOB(AGE) | CD | ADDR TYPE | TYPE | PHONE | EXT | DOD | PERSON ID | REL | LANG | Line |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | P01,02 | Jasmine Bridgeforth | | Mother | | F | /1977 (37) | | RS | A | | | | 22663372 | Y | EN | 01 |
| | | ETHNICITY / RACE: Non-Hispanic or Latino / Bl/Af-Amer | | | | | | | | | | | | | | | |
| 02 | P01,02 | Delano Broadus | | Parent Sub | | M | /1970 (44) | | | A | | | | 36721462 | Y | EN | 02 |
| | | ETHNICITY / RACE: Non-Hispanic or Latino / Bl/Af-Amer | | | | | | | | | | | | | | | |
| 03 | P01,02 | F: B | | Child | | F | /2011 (3) | | | A | | | | 36721470 | Y | EN | 03 |
| | | ETHNICITY / RACE: Non-Hispanic or Latino / Bl/Af-Amer | | | | | | | | | | | | | | | |

### REPORTED ADDRESS INFORMATION

| ADDR # | STREET | | CITY | ST | ZIP | CNTY | PHONE | PHONE TYPE | ADDR # |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 1430 AMSTERDAM AVE | APT 3C | NEW YORK | NY | 10027 | MANH | | | 01 |
| 02 | | | | | | | (718) 963-5228 | BS | 02 |

### ALLEGATION DETAIL

| Line | MALTREATED/ABUSED CHILDREN | ALLEGATIONS | Line | ALLEGED SUBJECT(S) |
|---|---|---|---|---|
| 03 | F: B | Inadequate Guardianship | 01 | Jasmine Bridgeforth |
| 03 | F: B | Inadequate Guardianship | 02 | Delano Broadus |

Date Created: 11/03/2014 at 10:37   Page: 1 OF 3

confidential materials

****** WARNING ******
CONFIDENTIAL INFORMATION
AUTHORIZED PERSONNEL ONLY

OFFICE OF CHILDREN AND FAMILY SERVICES
CHILD PROTECTIVE SERVICES
INTAKE REPORT

CASE NAME : Bridgeforth,Jasmine
MERGE TO CASE ID : 25636470
INTAKE CASE ID : 25956385
CALL/INTAKE STAGE ID : 29846154

## REPORTER INFORMATION

RELATIONSHIP : Law Enforcement     AGENCY : psa 6     SUMMARY OF FINDINGS : Y

NEW YORK                           NY 10039  MANHATTAN    BS

Ext.                               BS

## SAFETY FACTORS

Report Narrative on the Next Page

NAME : Officer Si
ADDR : 2770 8TH AVE
PHONE: (212)694-7703

Other/Criminal Activity (specify):

Date Created: 11/03/2014 at 10:37    Page: 2 OF 3

PL392

PL393

******* WARNING *******
CONFIDENTIAL INFORMATION
AUTHORIZED PERSONNEL ONLY

OFFICE OF CHILDREN AND FAMILY SERVICES
CHILD PROTECTIVE SERVICES
INTAKE REPORT

CASE NAME : Bridgeforth, Jasmine
MERGE TO CASE ID : 25636470
INTAKE CASE ID : 25956385
CALL/INTAKE STAGE ID : 29046154

**Call Narrative**

Narrative: The mother Jasmine and parent sub Delano are running an illegal prostitute ring inside the home, in the presence of the child F‌ ‌(3). The adults had a women handcuffed to a radiator in provocative clothing in the front of the child, and there is sexual content happening in the presence of the child. It is unknown if the child has been directly involved in the sexual content.

Miscellaneous Information: The current location of the parents is unknown. Police are searching for the adults. There were 2 homeless adults that were in the home when police arrived. They are not PLR's. No known safety concerns in the home for LCPS. There is an OPN SVC° case# 25636470, primary Josette Henry-Payan.

Locating Information: The child was transported to Saint Luke's Hospital.

☐

confidential materials

Date Created: 11/03/2014 at 10:37   Page: 3 OF 3