**Investigation Progress Notes**

*****WARNING*****
CONFIDENTIAL INFORMATION
AUTHORIZED PERSONNEL ONLY

CASE NAME: Bridgeforth, Jasmine    CASE ID: 25636470
STAGE NAME: Bridgeforth, Jasmine    STAGE ID: 29846155

CPSS II attempted to contact the source, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ but the line was busy continuously.

····················································End of Note····················································

| | | | | | |
|---|---|---|---|---|---|
| Event Date: | 10/8/2014 | Event Time: | 5:42 AM | Duration: | |
| Entry Date: | 10/8/2014 | Dist.Agy: | A66 | Note Status: | Final |
| Author: | Okon, Emmanuel | | | Entered By: | Okon, Emmanuel |
| Method: | Phone | | | | |
| Location: | | | | | |
| Type(s): | Collateral Contact | | | | |
| Purpose(s): | 24 Hour | | | | |
| Other Participant(s): | Law Enforcement | | | | |
| Family Participant(s): | | | | | |
| Focus: | Bridgeforth, Jasmine; Broadus, Delano; B____ ,F· | | | | |

Progress Notes Narrative:

**COLLATERAL CONTACT:**

At 5:42am, CPSS II spoke with a hospital staff who informed that the police are still at the Ped ER with the subject child and then handed over the telephone to PO Rourke of the PSA # 6.

According to PO Rourke, the police from their PSA responded to a 911 call at about 2:30 am this morning from a female who loose from this family's apartment. When the police got to the apartment, they found a woman handcuffed to a radiator in a provocative cloth in the apartment. The child was also found sleeping in the apartment but the parents run away. According to PO Rourke, the woman does not know the where about of the parent and the parents will be arrested if found.

She informed that the child, F.___ has been medical/physically cleared and they are about to leave the hospital with the child. CPSS II advise PO Rourke to transport the child to the Children's Center since there are no identified resource person for the child. She was reminded to bring in the discharge document for the placement.

····················································End of Note····················································

| | | | | | |
|---|---|---|---|---|---|
| Event Date: | 10/8/2014 | Event Time: | 6:15 AM | Duration: | |
| Entry Date: | 10/8/2014 | Dist.Agy: | A66 | Note Status: | Final |
| Author: | Hull, Renee | | | Entered By: | Hull, Renee |
| Method: | Face To Face | | | | |
| Location: | LDSS Office/Field Office | | | | |
| Type(s): | Collateral Contact | | | | |
| Purpose(s): | Coordinate/Monitor | | | | |

|  | Investigation<br>Progress Notes | *****WARNING*****<br>CONFIDENTIAL INFORMATION<br>AUTHORIZED PERSONNEL ONLY |
|---|---|---|
| **CASE NAME:** Bridgeforth, Jasmine | **CASE ID:** 25636470 | |
| **STAGE NAME:** Bridgeforth, Jasmine | **STAGE ID:** 29846155 | |

This case was handled in house as no visit was made. The police took the child, F . B to the hospital for medical clearance, it was reported that the child have no marks or bruises and child is medically and physically fine. The parent's whereabouts is unknown and the parents will be arrested when found by the police. As at 8:00 am; the police were on their way transporting the child to the children's center for placement.

This case was conference with the CPM, Mr. Quamina and now being forwarded to the Borough Office for follow up investigation.

Emmanuel Okon, CPSS II

****************************************************End of Note****************************************************

| **Event Date:** | 10/9/2014 | **Event Time:** | 8:15 AM | **Duration:** | |
| --- | --- | --- | --- | --- | --- |
| **Entry Date:** | 10/9/2014 | **Dist.Agy:** | A66 | **Note Status:** | Final |
| **Author:** | Lewis, Burton | | | **Entered By:** | Lewis, Burton |
| **Method:** | | | | | |
| **Location:** | | | | | |
| **Type(s):** | Supervisor/Managerial Review | | | | |
| **Purpose(s):** | Assessment | | | | |
| **Other Participant(s):** | | | | | |
| **Family Participant(s):** | | | | | |
| **Focus:** | | | | | |

**Progress Notes Narrative:**

IRTC REVIEW:

Reviewed and ejected for enhancement by IRTC R. Hull at ECS, no injury.

****************************************************End of Note****************************************************

| **Event Date:** | 10/9/2014 | **Event Time:** | 1:00 PM | **Duration:** | |
| --- | --- | --- | --- | --- | --- |
| **Entry Date:** | 10/10/2014 | **Dist.Agy:** | A66 | **Note Status:** | Final |
| **Author:** | Davis, Joshua | | | **Entered By:** | Davis, Joshua |
| **Method:** | Phone | | | | |
| **Location:** | | | | | |
| **Type(s):** | Collateral Contact | | | | |
| **Purpose(s):** | 24 Hour | | | | |
| **Other Participant(s):** | Reporter/Source | | | | |
| **Family Participant(s):** | | | | | |
| **Focus:** | Bridgeforth, Jasmine; Broadus, Delano; B , F | | | | |

**Progress Notes Narrative:**

CPS spoke to the source of the report. The source was able to explain to CPS what the participants stated and the status of the child in question F " . The source said that the child was not seen with any visible marks or bruises but the child was taken to St. Luke's for precaution.

The source explained that he responded to a 911 call to the case address and found a woman Necola Simms in front of the building. The source said the women flagged him down and explained to him that she had called 911 because she had been held against her will, including being striped of all her clothing and chained to the radiator. The source said that victim also reported that Mr. Delano Broadus and Mr. Erik Kirkland had taken naked pictures of her and posted them on the internet with the intent to sell her to persons on the internet. The source also stated that the victim said that Ms. Bridgeforth, Mr. Broadus and other household members were running a sex trafficking ring out of the case address.

| | Investigation Progress Notes | ****WARNING**** CONFIDENTIAL INFORMATION AUTHORIZED PERSONNEL ONLY |
|---|---|---|
| **CASE NAME:** Bridgeforth,Jasmine | **CASE ID:** 25636470 | |
| **STAGE NAME:** Bridgeforth,Jasmine | **STAGE ID:** 29846155 | |

The source said that the 911 call came in around 1:30 am and the source said that he gained access to the building around 3:30 am with the assistance of the NYPD SWAT team due to the persons inside being unresponsive. The source reported that once inside he found unknown/ unrelated persons Erik Kirkland and Sarah Hau Sans with child F____ B____. The source said that after interviewing the participants of the home the child was left with homeless strangers who have only known the mother Ms. Jasmine Bridgeforth and father Mr. Delano Broadus for time of less than two months. The source said that while interviewing the participants the father Mr. Broadus called Mr. Kirkland at which time the source told Mr. Broadus to come home with Ms. Bridgeforth so they can be interviewed. The source said that once all participants were interviewed the victim Necola positively identified Ms. Bridgeforth and Mr. Broadus, along with various others to have participated in assaulting and chaining her to the radiator. The source said that the apartment has locks and chains on all of the windows and doors and gates throughout the apartment. The source explained that the victim stated the child was present in the same room as the victim while she was being assaulted. The source reported that the victim disclosed the persons in the home including Delano and Jasmine engaged in drinking alcohol and smoking marijuana in the home earlier in the night. The source added the victim reported she was trying to leave the apartment when she was held at knife point and was chained to the radiator and striped of her cloths. The source said the victim disclosed that Mr. Delano took pictures of her and that Mr. Delano said he would kill her if she did not get a high number of views on the internet. The source also stated that the victim reported that Delano and Jasmine physically assaulted her causing visible bruising to her face. The source explained that Ms. Bridgeforth and Mr. Broadus will be charged with assault 3 and reckless endangerment of a child. The source said it was not reported that any sexual actions were committed to anyone in the home. The source disclosed that the Human Trafficking department is searching the Internet for more information to address the presenting concerns.

The source reported that there was no immediate noticeable trauma to child F____, but that F____ was taken to St. Lukes for an evaluation. The source said that child faith was sleeping when the source entered the apartment. The source said that once Delano and Jasmine came back to the apartment together neither of them asked for or acknowledged that they had a child. The source after interviewing everyone asked if anyone is related to the child who was found in the apartment at which time Jasmine and Delano said yes that is my child. The source stated that Jasmine and Delano did not ask any more questions regarding their child.

**************************************End of Note**************************************

| | | | | | |
|---|---|---|---|---|---|
| **Event Date:** | 10/8/2014 | **Event Time:** | 3:10 PM | **Duration:** | |
| **Entry Date:** | 10/8/2014 | **Dist.Agy:** | A66 | **Note Status:** | Final |
| **Author:** | Washington, Kimberly | | | **Entered By:** | Washington,Kimberly |
| **Method:** | Phone | | | | |
| **Location:** | | | | | |
| **Type(s):** | Collateral Contact | | | | |
| **Purpose(s):** | 24 Hour | | | | |
| **Other Participant(s):** | Case Planner, Supervisor | | | | |
| **Family Participant(s):** | | | | | |
| **Focus:** | Bridgeforth,Jasmine; Broadus,Delano; Broadus,Faith K | | | | |

**Progress Notes Narrative:**

*Telephone contact with PPRS agency SCAN*

CPS contacted SCAN at 718-293-2230 to speak with the PPRS worker Ms. Clara Baker and her supervisor Mr. Emmanuel Oronsaye regarding this case. CPS was transferred to the Program Director Ms. Donna Pearce. She stated to CPS that she was on the phone with the Commissioner and she will call CPS back. CPS provided Ms. Pearce with CPS contact information.

**************************************End of Note**************************************

| | | | | | |
|---|---|---|---|---|---|
| **Event Date:** | 10/8/2014 | **Event Time:** | 3:17 PM | **Duration:** | |
| **Entry Date:** | 10/8/2014 | **Dist.Agy:** | A66 | **Note Status:** | Final |
| **Author:** | Washington, Kimberly | | | **Entered By:** | Washington,Kimberly |
| **Method:** | Phone | | | | |
| **Location:** | | | | | |
| **Type(s):** | Collateral Contact | | | | |
| **Purpose(s):** | 24 Hour | | | | |
| **Other Participant(s):** | Case Planner | | | | |
| **Family Participant(s):** | | | | | |