PageBuilder — Page 1 of 1

## Invoice Summary

**Invoice No.** 1000562022  [Search Invoice]

| Invoice No. | Invoice Status | Invoice Date | Storage No. |
|---|---|---|---|
| 1000562022 | OPEN | 10/09/2014 | |

| Category | Property Type | Forfeiture Reason | Invoicing Command |
|---|---|---|---|
| INVESTIGATORY | GENERAL PROPERTY | | HOUSING PSA 6 |

| Invoicing Officer | Rank | Tax No. | I/O Command |
|---|---|---|---|
| JOHN ZERAFA | DT3 | 919893 | VICE ENF DIV |

| Item No. | QTY | Description | Facility |
|---|---|---|---|
| 1 | 1 | GENERAL PROPERTY |ELECTRONIC |COMPUTER - LAPTOP |Color:BLACK |Make:TOSHIBA |NYSPIN Alarm:NO | recovered from kitchen closet | Dist. Attorney's Office - Manhattan | 1 |
| 2 | 1 | GENERAL PROPERTY |ELECTRONIC |CELL PHONE |Color:BLACK |Make:KYOCERA |NYSPIN Alarm:NO | RECOVERED FROM JASMINE PURSE | Dist. Attorney's Office - Manhattan | 1 |
| 3 | 1 | GENERAL PROPERTY |ELECTRONIC |CELL PHONE - ACCESSORIES |Color:BLUE |Make:PHONE COVER |NYSPIN Alarm:NO | | Dist. Attorney's Office - Manhattan | 1 |
| 4 | 1 | GENERAL PROPERTY |ELECTRONIC |CELL PHONE |Color:BLACK |Make:MOTOROLA |NYSPIN Alarm:NO | BATTERY NOT REMOVEBLE/ RECOVERED | Dist. Attorney's Office - Manhattan | 1 |
| 5 | 1 | GENERAL PROPERTY |ELECTRONIC |CELL PHONE |Color:BLACK |Make:KYOCERA |NYSPIN Alarm:NO | RECOVERED FROM WINDOW' MARKED WINDOW" | Dist. Attorney's Office - Manhattan | 1 |
| 6 | 2 | GENERAL PROPERTY |ELECTRONIC |BATTERY |Color:BLACK |Model:KYOCERA |NYSPIN Alarm:NO | | Dist. Attorney's Office - Manhattan | 2 |

**Hold Status:** No
**Retention Status:** No

**OCA Status**
**Disposition Info Status**
**Disposition Due Date** 10/09/2015

**CEU Release Status:** NA
**Arrest No.**

View Invoice
View Related Documents
Add Remarks/Document
View Change History
View Chain of Custody

**Remarks**
919893 10/09/2014 23:54 ABOVE ITEMS RECOVERED DURING EXECUTION OF SEARCH WARRANT AT 1430 AMSTERDAM APT 3C NYC

341749 11/17/2014 10:22 STATUS OF CASE/OWNER OF PROPERTY FORM FAXED TO 718-353-7763 (DET GERGAR) AND UPLOADED.

903583 11/17/2014 15:29 status of case uploaded.

[Back]

http://webdisp.nypd.org:8149/webdynpro/dispatcher/sap.com/p...   12/15/2014



PLAINTIFF'S EXHIBIT 65  5-10-17

PL00006

 NYPD PETS PROPERTY and EVIDENCE TRACKING SYSTEM

# Property Clerk Invoice

PD 521-141(Rev. 11/09)

Invoice No. 1000562022

Related Comp No.(s) N/A
Aided/Accident No.(s) N/A
Related Invoice(s) N/A

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | DT3 | ZERAFA, JOHN | 919893 | VICE ENF DIV | 10/09/2014 | 23:42 |
| Invoicing Officer | DT3 | ZERAFA, JOHN | 919893 | VICE ENF DIV | 10/09/2014 | 23:58 |
| Approved By | SGT | GRAVES, GREGORY | 930264 | VICE ENF DIV | 10/09/2014 | 23:58 |

Invoice No. 1000562022

Prisoner / Finder / Owner Copy
printed: 10/23/2014 17:59

PCD Storage No. --

PL00008

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)



Invoice No. **1000562022**

|  | Name | Tax No | Address | Phone. No |
|---|---|---|---|---|
| Finder(s) |  |  |  |  |
| Owner(s) | BRIDGEFORTH, JASMINE |  | 1430 AMSTERDAM AVE, 3C, NY, NY |  |
| Complainant(s) | PSNY |  |  |  |

| Complaint No | N/A |
| Related Comp No (s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | DT3 | ZERAFA, JOHN | 919893 | VICE ENF DIV | 10/09/2014 | 23:42 |
| Invoicing Officer | DT3 | ZERAFA, JOHN *[signature: Det Zerafa]* | 919893 | VICE ENF DIV | 10/09/2014 | 23:58 |
| Approved By | SGT | GRAVES, GREGORY *[signature]* | 930264 | VICE ENF DIV | 10/09/2014 | 23:58 |

Invoice No **1000562022**

**Property Clerk Copy**
printed: 10/23/2014 18:06

PCD Storage No. --

Page No 2 of 2

PL000010


**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No. **1000562022**

| | | | | | |
|---|---|---|---|---|---|
| Invoicing Command | | | | | Invoice Status |
| **HOUSING PSA 6** | | | | | **OPEN** |
| Invoice Date | Property Type | | | | Property Category |
| 10/09/2014 | **GENERAL PROPERTY** | | | | **INVESTIGATORY** |

| Officers | Rank | Name | Tax No | Command | |
|---|---|---|---|---|---|
| Invoicing | DT3 | ZERAFA, JOHN | 919893 | VICE ENF DIV | OCME. EU No. |
| Arresting | N/A | | | | OCME. FB No. |
| Investigating | DT3 | ZERAFA, JOHN | 919893 | VICE ENF DIV | Police Lab Evid. Ctrl. No. |
| Det Squad Supervisor | N/A | | | | Det Sqd. Case No   N/A |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No   N/A |

| Item | Total QTY | Article(s) | PETS No | Pkg QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | COMPUTER - LAPTOP<br>COLOR: BLACK  MAKE: TOSHIBA<br>RECOVERED FROM KITCHEN CLOSET | 1300164369 | 1 | |
| 2 | 1 | CELL PHONE<br>COLOR: BLACK  MAKE: KYOCERA<br>RECOVERED FROM JASMINE PURSE | 1300164369 | 1 | |
| 3 | 1 | CELL PHONE - ACCESSORIES<br>COLOR: BLUE  MAKE: PHONE COVER | 1300164369 | 1 | |
| 4 | 1 | CELL PHONE<br>COLOR: BLACK  MAKE: MOTOROLA<br>BATTERY NOT REMOVEBLE/ RECOVERED | 1300164369 | 1 | |
| 5 | 1 | CELL PHONE<br>COLOR: BLACK  MAKE: KYOCERA<br>RECOVERED FROM WINDOW MARKED "WINDOW" | 1300164369 | 1 | |
| 6 | 2 | BATTERY<br>COLOR: BLACK  MODEL: KYOCERA | 1300164369 | 2 | |

**REMARKS:**
919893 10/09/2014 23:54 : ABOVE ITEMS RECOVERED DURING EXECUTION OF SEARCH WARRANT AT 1430 AMSTERDAM APT 3C NYC

| Date Of Incident | Penal Code/Description | Crime Classification | Retpid To | Receipt |
|---|---|---|---|---|
| 10/09/2014 | 230.34/SEX TRAFFICKING | FELONY | N/A | REFUSED |

| Prisoner(s) Name | D.O.B | Age | Address | Arrest No /Summons No.   NYSID No |
|---|---|---|---|---|

| Name | Tax No | Address | Phone. No |
|---|---|---|---|


Invoice No 1000562022

Property Clerk Copy
printed 10/2/2014 18:03

PCD Storage No. --

Page No. 1 of 2

PL000012