Lt. Gunther
P.O. Sanchez

Att Necola Sims
20 W. 115 St   13J.
/69
Go there to hang out
- E.

- Delano.

"You 2 bitches are gonna be my new bitches"

Knives to my neck.

Sarah from France
Jasmin Bathurst

PLAINTIFF'S EXHIBIT 61 ICS 4/25/17

- Jasmin
- red BL sweater
- David Fairfax

*[top portion of page shows an upside-down notepad page with the following entries:]*

- 5 people
- Gloria
- Sarah
- Jasmin
- red & bk sweater
- David Felthy

---

Susan      24 yr old w/F.
5 months

- Necola (Coco)
- Spaz (Eric)
- Little D (David)
- Big D (Deland) Broadus
- Red (Old man) - Dennis Sims.

- Jazmin - Big D (Baby Mama)
- 2-3 wk apt.
- alot drinking.

Jazmin/Coco (Big D - same boyfriend)
David = my boyfriend

Joy (ence) Philips Moois

Daughter - 3 yrs old.

Sleeping.
"Nanny" - live there
clean, cooks, take care of baby

1430 Amsterdam - 3C
manhattanville
B3/ Amsterdam

Cable - .10/1

- Purple bag there

Outside looking for Coco w/ Jasmin.

Went to store; laptop - Toshiba (Hustler $) — password

stolen cellphone
- (757) 636-3793  (Va) area code

- Met family - street
Facebook - Delano M. Broadus
- Not a pimp -
- collect bottles/cans



(upside-down at top:) Susan 34 yr old w/r 5 months

5 people    Gloria
- Sarah
- Jasmin
red & BK sweater
      David Fairfax

917-577-5883

Jasmine, Bridgeforth
/77

1430 Amsterdam Ave #3C

When get there?
How long?

He's first in
SPAZ, white girl - open door
+ baby.

( - Big O + Jasmine
 - called Spaz.
 - came to Deen.)

P.O.
- Remy - @ location
- 347-962-7854

left + left  1st does on rt. side