2126947706                                02:28:50 p m    05 13 2016    24 /35



**PLAINTIFF'S EXHIBIT 42**
4/17/17  Bn

184 — Thursday October 9th, 2014

| 0515 | Arrest | N0-P Rank: SANCHEZ   Tax # 9/2503   Shield #   CMD f06 |
| | | Defendant: FAIRFAX DAVID   Sex M   Race BLK |
| | | Defendant's Address: Homeless |
| | | Location of Arrest: S/O 1430 Amsterdam Ave |
| | | Charge(s): Unlawful Imprisonment / Crim contempt |
| | | Physical/Mental Condition: App normal |
| | | Deft in Pct for more than 2 hours? ongoing Investigation U/V/CC |

No shot fired   No 85   No 10-13, No MO injured   4 perps (1) missing, 1 pending sign-off. (1) abduction possible Rape. Confines 26 Pct 1430 Amsterdam Ave Apt 3C.

DEF 247



DEF 248

2126947706                                          02:29:23 p m   05-13-2016   25/35

185

**Thursday October 9, 2014**

| Time | Entry | Details |
|---|---|---|
| 0800 | Arrest | A/O Rank PO Sanchez  Tax# 942503  Shield#  CMD 806<br>Defendant's Name: Hau-Sans, Sarita  DOB: ██ Age 24 Sex F Race W<br>Defendant's Address: Honalesa  Apt# 3E City NY State NY Zip<br>Location of Arrest: 1430 Amst  Arrest Time 0800 Deft's Prcds ██ Funds Recvd ██<br>Charges: @ GFA23 Unlawful Imp.  Personal Property Removed (If Yes - Type)<br>Physical/Mental Condition:  Medical Atn. Requested? NO  Any Disabilities? NO<br>Any Dependents / Children Unauthd For?  Other Info?<br>Supervisor Verifying Arrest (Rank, Name):  Tax#  Shield#  CMD<br>Pink copy of PCI given to Deft? Y or N  HAS O.O.P.<br>Deft in Pct for more than 3 hours? (If "yes", reason): Ongoing Investigation w/Vice  VC Fairfax |
| 0800 | PPD | 4. B. PD |
| 0800 | PPD | LT Hernandez PPD BACC |
| 0825 | Arrest | A/O Rank PO Sanchez  Tax# 942503  Shield#  CMD 806<br>Defendant's Name: Kirkland, Eric  DOB: ██ Age 23 Sex M Race B<br>Defendant's Address: ██  Apt# ██ City NY State NY Zip<br>Location of Arrest: do  Arrest Time 0825 Deft's Prcds 2.22 Funds Recvd $2.00<br>Charges: OGA  Personal Property Removed (If Yes - Type)<br>Physical/Mental Condition: A/N  Medical Atn. Requested? N  Any Disabilities?<br>Any Dependents / Children Unauthd For?  Other Info?<br>Supervisor Verifying Arrest (Rank, Name): Lt Greenethe  Shield#  CMD 806<br>Pink copy of PCI given to Deft? Y or N<br>Deft in Pct for more than 3 hours? (If "yes", reason): Ongoing Investigation w/Vice |
| 0825 | Arrest | A/O Rank PO Sanchez  Tax# 942503  Shield#  CMD 806<br>Defendant's Name: Broades, Deland  DOB: ██ Age 31 Sex M Race B<br>Defendant's Address: 1430 Amst  Apt# 3C City NY State NY Zip<br>Location of Arrest: do  Arrest Time 0820 Deft's Prcds 6.15 Funds Recvd 6.15<br>Charges: Reckless End, Assault 3 Unlawful Imp.  Personal Property Removed (If Yes - Type)<br>Physical/Mental Condition: N/N  Medical Atn. Requested?  Any Disabilities?<br>Any Dependents / Children Unauthd For? Y Other Info: F  B.  3 y.o. To ACS<br>Supervisor Verifying Arrest (Rank, Name): Lt Greenethe  Shield#  CMD 806<br>Pink copy of PCI given to Deft? Y or N<br>Deft in Pct for more than 3 hours? (If "yes", reason): Ongoing Investigation w/Vice |
| 0825 | Arrest | A/O Rank PO Sanchez  Tax# 942503  Shield#  CMD 806<br>Defendant's Name: Bridgeforth, Jasmine M  DOB: ██ Age 37 Sex F Race B<br>Defendant's Address: 1430 Amst  Apt# ██ City NY State NY Zip<br>Location of Arrest: do  Arrest Time 0820 Deft's Prcds  Funds Recvd<br>Charges: Reckless End,gr/Assault 3/Unlawful Imp @  Personal Property Removed (If Yes - Type)<br>Physical/Mental Condition: N/N  Medical Atn. Requested? NO  Any Disabilities? Bi Polar<br>Any Dependents / Children Unauthd For? Y F  B.  S  3 y.o. to ACS<br>Supervisor Verifying Arrest (Rank, Name): Lt Greenethe  Shield#  CMD 806<br>Pink copy of PCI given to Deft? Y or N<br>Deft in Pct for more than 3 hours? (If "yes", reason): Ongoing Investigation w/Vice |

CONFIDENTIAL                                                    DEF 365