ARREST Report - M14688580

Page 1 of 3

## New York City Police Department
### Omniform System – Arrests

| RECORD STATUS: NYSID ENTERD | Arrest ID: M14688580 - J |
|---|---|

| Arrest Location: INSIDE OF 1430 AMSTERDAM AVENUE APT: 3C | Pct: 026 |
|---|---|

Arrest Date: 10-09-2014    Processing Type: ON LINE
Time: 08:10:00    DCJS Fax Number: M0055364
Sector: E    Special Event Code: NO -
Stop Search Conducted: NO    DAT Number: 0
Viper Initiated Arrest: NO
Stop And Frisk: NO    Return Date: 0000-00-00
Serial #: 0000-000-00000

Arrest #: M14688580

**COMPLAINTS:**

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2014-026-09122 | 2014-10-09 | Valid, Initial Arrests made | 2014-10-09 | 19:30 |

Arrest #: M14688580

**CHARGES:**

| CHARGE | ATTEMPT | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 260.10 01 M | A | | 1 | ACT IN MANNER INJUR CHILD < 17 |

| # Arrest from: 00 | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C.: | Reason Not Forfeit: |
|---|---|---|---|---|---|

Arrest #: M14688580

**DETAILS:**
AT UP/O CV STATES SUSP WAS PRESENT AS WELL AS HER DAUGHTER WHEN SHE WAS HELD AT KNIFEPOINT, HANDCUFFED AND MADE TO WEAR PROVOCATIVE CLOTHING TO BECOME A PROSTITUTE. CV STATES SUSP STRUCK HER WITH A CLOSED FIST CAUSING PHYSICAL INJURY TO HER LEFT UPPER LIP AND EYE.

| DEFENDANT: BRIDGEFORTH, JASMINE | NYSID #: 03151988L | Arrest #: M14688580 |
|---|---|---|

| | | Order Of Protection: NO |
| Nick/AKA/Maiden: JAS / JAZZ | Height: 5FT 6IN | |
| Sex: FEMALE | Weight: 120 | Issuing Court: |
| Race: BLACK | Eye Color: BROWN | Docket #: |
| Age: 37 | Hair Color: BLACK | Expiration Date: |
| Date Of Birth: 08/20/1977 | Hair Length: LONG | Relation to Victim: FRIEND/ACQUAINTANCE |
| U.S. Citizen: YES | Hair Style: BRAIDS | Living together: NO |
| Place Of Birth: | Skin Tone: DARK | Can be identified: YES |
| Is this person not Proficient in English?: NO | Complexion: CLEAR | |
| If Yes, indicate Language: | | |
| Accent: NO | Soc.Security #: | Gang/Crew Affiliation: NO |
| | Occupation: NONE | Name: |
| Identification ID: | | Identifiers: |
| Identification #: | Lic/Permit Type: | |
| Physical Condition: APPARENTLY NORMAL | Lic/Permit No: | |
| Drug Used: NONE | | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 1430 AMSTERDAM AVENUE | MANHATTAN | NEW YORK | 10026 | 3C | 026 |

Phone # and E-Mail Address: CELL: 347-424-0743

http://omniform.nypd.org/omniform/globalreports/webFocusReport.do?IBIF_ex=VIEWA...   10/10/2014

PLAINTIFF'S EXHIBIT

| INVOICE# COMMAND PROPERTY TYPE VALUE | |
|---|---|

| ARRESTING OFFICER: POM RAFAEL SANCHEZ | Arrest #: M14688580 |
|---|---|

| Tax Number: | On Duty: YES | Force Used: NO |
| Other ID (non-NYPD): | In Uniform: YES | Type: |
| Shield: 12227 | Squad: A1 | Reason: |
| Department: NYPD | Chart: 02 | Officer Injured: NO |
| Command: 805   Primary Assignment | | |

| Arresting Officer Name: POM SANCHEZ, RAFAEL | Tax #: | Command: 805 | Agency: NYPD |
|---|---|---|---|
| Supervisor Approving: | Tax #: | Command: | Agency: |

http://omniform.nypd.org/omniform/globalreports/webFocusReport.do?IBIF_ex=VIEWA...   10/10/2014

ARREST Report - M14688580

| SGT HARRIS JULIAN | | | 806 | NYCHA |
| Report Entered by:<br>POM SANCHEZ, RAFAEL | Fax #: | | Command:<br>806 | Agency:<br>NYPD |

END OF ARREST REPORT
M14688580

ARREST Report - M14688589                                          Page 1 of 3

# New York City Police Department
## Omniform System – Arrests

| RECORD STATUS: NYSID ENTERD | Arrest ID: M14688589 – N |
|---|---|

| Arrest Location: INSIDE OF 1430 AMSTERDAM AVENUE APT: 3C | Pct: 026 |
|---|---|

**Arrest Date:** 10-09-2014    Processing Type: ON LINE
**Time:** 08:10:00    DCJS Fax Number: MO056369
Sector: E    Special Event Code: NO -
Strip Search Conducted: NO    DAT Number: 0
Viper Initiated Arrest: NO
Stop And Frisk: NO    Return Date: 0000-00-00
Serial #: 0000-000-00000

| COMPLAINTS: | Arrest #: M14688589 |
|---|---|

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2014-026-03123 | 2014-10-09 | Valid, Initial Arrests made 2014-10-08 | 19:30 | |

| CHARGES: | Arrest #: M14688589 |
|---|---|

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 135.10 | F | E | 1 | UNLAWFUL IMPRISONMENT 1ST |
| #02 | No | PL 260.10 01 | M | A | 1 | ACT IN MANNER INJUR CHILD < 17 |
| #03 | No | PL 120.00 01 | M | A | 1 | ASLT W/INT CAUSES PHYS INJURY |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit |
|---|---|---|---|---|---|

| DETAILS: | Arrest #: M14688589 |
|---|---|

AT T/P/O C/V STATES SHE WAS HELD AT KNIFEPOINT AND CUFFED TO RADIATOR PIPE AGAINST HER WILL BY SUSP AND ANOTHER MALE, SO THAT SUSPECTS CAN MAKE HER INTO A PROSTITUTE. C/V STATES SUSP AND A FEMALE PUNCHED HER REPEATEDLY WITH CLOSED FIST CAUSING SWELLING TO LIP (LEFT SIDE) AND LACERATION AND INJURY TO LEFT EYE. NO WEAPONS, NO GUNS, ONE CHILD LESS THAN 4 Y/O. SUSP STATES HE RECYCLES CANS AND BOTTLES, NO CAR NOR DRIVES, HANGS OUT AT 31ST AND 3RD, FACEBOOK:DELANOILBROADUS, HAS EX WIFE LISA BROADUS AND 2 KIDS 11 Y/O AND 10 Y/O IN FAR ROCKAWAY. SUS CAN BE FOUND AT PSA 6/MCB.

| DEFENDANT: BROADUS, DELANO | NYSID #: 12122197Y | Arrest #: M14688589 |
|---|---|---|

Nick/AKA/Maiden:
Sex: MALE
Race: BLACK
Age: 33
Date Of Birth: ⁻ ⁻ 1980
U.S. Citizen: YES
Place Of Birth:
If this person not Proficient in English?: NO
If Yes, Indicate Language:
Accent: NO

Identification ID:
Identification #:
Physical Condition: APPARENTLY NORMAL
Drug Used: NONE

Height: 6FT 4IN
Weight: 240
Eye Color: BROWN
Hair Color: BLACK
Hair Length: SHORT
Hair Style: CLOSE CUT
Skin Tone: MEDIUM
Complexion: CLEAR

Soc.Security #:
Occupation: NONE

Lic/Permit Type:
Lic/Permit No:

Order Of Protection: NO
Issuing Coun:
Docket #:
Expiration Date:
Relation to Victim: FRIEND/ACQUAINTANCE
Living together: NO
Can be identified: YES

Gang/Crew Affiliation: NO
Name:
Identifiers:

ARREST Report - M14688589

| LOCATION | ADDRESS | CITY | STATE/CNTRY ZIP | APT/ROOM PCT |
|---|---|---|---|---|
| HOME-PERMANENT | 1430 AMSTERDAM AVENUE | MANHATTAN | NEW YORK | 10026 | 3C | 026 |

Phone # and E-Mail Address: HOME: 757-836-3793

N.Y.C.H.A. Resident: YES     N.Y.C. Housing Employer: NO   On Duty: NO
Development: MANHATTANVILLE   N.Y.C. Transit Employer: NO

Physical Force: NONE

| | |
|---|---|
| Gun: | |
| Weapon Used/Possessed: USED/DISPLAYED | Make: | Recovered: NO |
| Non-Firearm Weapon: | Color: | Serial Number Defaced: |
| Other Weapon Description: | Caliber: | Serial Number: |
| | Type: | |
| | Discharged: NO | |

| | |
|---|---|
| Used Transit System: NO | |
| Station Entered: | |
| Time Entered: | |
| Metro Card Type: | |
| Metro Card Used/Poses: | |
| Card #: | |

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | UNK |
| METHOD OF FLIGHT | FOOT |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | HELD C/V AT KNIFEPOINT |
| CLOTHING | OUTERWEAR - WAIST LENGTH JACKET - BLACK |
| CLOTHING | FOOTWEAR - SNEAKERS - BLACK |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CLOTHING | ACCESSORIES - PAJAMAS - BLUE |
| CHARACTERISTICS | LIPS |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**JUVENILE DATA:**                                                Arrest #: M14688589

| | | |
|---|---|---|
| Juvenile Offender: | Relative Notified: | Person'l Recog: |
| Number Of Priors: 0 | Name: | |
| School Attending: | Phone Called: | |
| Mother's Maiden Name: | Time Notified: | |

**ASSOCIATED ARRESTS:**                                          Arrest #: M14688589

ARREST ID COMPLAINT #

**DEFENDANTS CALLS:**                                            Arrest #: M14688589

| CALL # NUMBER DIALED | NAME CALLED |
|---|---|
| 1 | REFUSED,REFUSED |

**INVOICES:**                                                    Arrest #: M14688589

INVOICE# COMMAND PROPERTY TYPE VALUE

**ARRESTING OFFICER: POM RAFAEL SANCHEZ**              Arrest #: M14688589

| Tax Number: | On Duty: YES | | Force Used: NO |
|---|---|---|---|
| Other ID (non-NYPD): | In Uniform: YES | | Type: |
| Shield: 12327 | Squad: A1 | | Reason: |
| Department: NYPD | Chart: 02 | | Officer Injured: NO |
| Command: 806 | Primary Assignment: | | |

ARREST Report – M14688589

| Assigned Officer: | Department: NYPD | Command: | Tax Number: | Other ID (non-NYPD): 0 |
|---|---|---|---|---|
| Arresting Officer Name:<br>POM SANCHEZ, RAFAEL | | Command:<br>806 | | Agency:<br>NYPD |
| Supervisor Approving:<br>SGT HARRIS JULIAN | | Command:<br>806 | | Agency:<br>NYCHA |
| Report Entered by:<br>POM SANCHEZ, RAFAEL | Tax #: | Command:<br>806 | | Agency:<br>NYPD |

END OF ARREST REPORT
M14688589

**DEF 317**

ARREST Report - M14688561

## New York City Police Department
## OmniForm System – Arrests

| **RECORD STATUS: NYSID ENTERD** | **Arrest ID: M14688561 - P** |
|---|---|

| **Arrest Location: OPPOSITE OF 1430 AMSTERDAM AVENUE** | **Pct: 026** |
|---|---|

**Arrest Date: 10-09-2014**
**Time: 05:00:00**

Processing Type: ON LINE
DCJS Fax Number: M0065362

Sector: E
Strip Search Conducted: NO
Viper Initiated Arrest: NO
Stop And Frisk: NO
Serial #: 0000-000-00000

Special Event Code: NO
DAT Number: 0

Return Date: 0000-00-00

### COMPLAINTS:                                                                 Arrest #: M14688561

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2014-026-03115 | 2014-10-09 | Valid, Initial Arrests made | 2014-10-03 | 19:30 |

### CHARGES:                                                                     Arrest #: M14688561

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 215.50 06 M | A | | 1 | CRIM CONTEMPT-2ND:DISOBEY CRT |

| IWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Ted Given: | B.A.C: | Reason Not Forfeit: |
|---|---|---|---|---|---|

### DETAILS:                                                                     Arrest #: M14688561

AT T/P/O A/O WAS INFORMED THAT SUSP WAS PRESENT AT 1430 AMSTERDAM AVE APT 5C WHILE CV WAS THERE AS STATED BY SMS, NECOLA. THERE IS AN ACTIVE C/O/P DOCKET 2014NY4074846 EXP 03/29/16. NO WEAPONS NO INJURIES NO GUNS ONE CHILD LESS THAN 4. SUSP SAYS HE DOES NOT WORK, NO SOCIAL MEDIA. HANGS OUT AT 26TH ST BET. MADISON AND PARK, NO CAR/DRIVES, NO FAMILY/FRIENDS, CAN BE FOUND AT PSA 6/4CE.

### DEFENDANT: FAIRFAX, DAVID                    NYSID #: 09840775N    Arrest #: M14688561

Nick/AKA/Maiden: LIL D/LITTLE D
Sex: MALE
Race: BLACK
Age: 31
Date Of Birth:   \/1983
U.S. Citizen: YES
Place Of Birth:
Is this person not Proficient in English?: NO
If Yes, Indicate Language:
Accent: NO

Identification ID:
Identification #:
Physical Condition: APPARENTLY NORMAL
Drug Used: NONE

Height: 6FT 6IN
Weight: 130
Eye Color: BROWN
Hair Color: BLACK
Hair Length: SHORT
Hair Style: CLOSE CUT
Skin Tone: MEDIUM
Complexion: CLEAR

Soc.Security #:
Occupation: NONE

Lic/Permit Type:
Lic/Permit No:

Order Of Protection: YES
Issuing Court: CRIMINAL
Docket #: 2014NY4074846
Expiration Date: 03/29/2015
Relation to Victim: BOYFRIEND
Living together: NO
Can be identified: YES

Gang/Crew Affiliation: NO
Name:
Identifiers:

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOMELESS | | | | | | 000 |

Phone # and E-Mail Address: CELL: 646-713-3033

N.Y.C.H.A. Resident: NO   N.Y.C. Housing Employee: NO   On Duty:
Development:        N.Y.C. Transit Employee: NO

DEF 318

ARREST Report ~ M14688561

Physical Force: NONE

Gun:
Weapon Used/Possessed: NONE    Make:    Recovered:
Non-Firearm Weapon:    Color:    Serial Number Defaced:
Other Weapon Description:    Caliber:    Serial Number:
Type:
Discharged: NO

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | UNK |
| METHOD OF FLIGHT | FOOT |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES - JEANS - BLUE |
| CLOTHING | FOOTWEAR - SNEAKERS - MULTI COLORED OR STR |
| CLOTHING | OUTERWEAR - T-SHIRT OR TANK TOP - DARK GREEN |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | TORSO -TATOO (CAN'T DESCRIBE) |
| BODY MARKS | TORSO -TATOO (CAN'T DESCRIBE) |
| IMPERSONATION | UNKNOWN |

**JUVENILE DATA:**    Arrest #: M14688561

Juvenile Offender:    Relative Notified:    Personal Recog:
Number Of Priors: 0    Name:
School Attending:    Phone Called:
Mother's Maiden Name:    Time Notified:

**ASSOCIATED ARRESTS:**    Arrest #: M14688561

ARREST ID  COMPLAINT #

**DEFENDANTS CALLS:**    Arrest #: M14688561

CALL # NUMBER DIALED  NAME CALLED
--    REFUSED, REFUSED

**INVOICES:**    Arrest #: M14688561

INVOICE# COMMAND PROPERTY TYPE VALUE

**ARRESTING OFFICER: POM RAFAEL SANCHEZ**    Arrest #: M14688561

Tax Number:    On Duty: YES    Force Used: NO
Other ID (non-NYPD):    In Uniform: YES    Type:
Shield: 12327    Squad: A1    Reason:
Department: NYPD    Chart: 02    Officer Injured: NO
Command: 806    Primary Assignment:

| Assigned Officer: , | Department: NYPD | Command: | Tax Number: | Other ID (non-NYPD): 0 |
|---|---|---|---|---|
| Arresting Officer Name: POM SANCHEZ, RAFAEL | | Tax #: | Command: 806 | Agency: NYPD |
| Supervisor Approving: SGT HARRIS JULIAN | | Tax #: | Command: 806 | Agency: NYCHA |

Report Entered by:                                    Unit:          Command:        Agency:
P.O. SANCHEZ, RAFAEL                                                 006             NYPD

END OF ARREST REPORT
M14688561

End of this Report

DEF 320

ARREST Report - M14688550

## New York City Police Department
### Omniform System - Arrests

| **RECORD STATUS:** NYSID ENTERD | **Arrest ID:** M14688550 - K |
|---|---|

| **Arrest Location:** OPPOSITE OF 1430 AMSTERDAM AVENUE | **Pct:** 026 |
|---|---|

**Arrest Date:** 10-09-2014   Processing Type: ON LINE
**Time:** 05:00:00   DCJS Fax Number: M0055345

Sector: E   Special Event Code: NO -
Stop Search Conducted: NO.   DAT Number: 0
Viper Initiated Arrest: NO
Stop And Frisk: NO   Return Date: 0000-00-00
Serial #: 0000-000-00000

**COMPLAINTS:** **Arrest #:** M14688550

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2014-026-03113 | 2014-10-09 | Valid, No Arrests | 2014-10-08 | 20:00 |

**CHARGES:** **Arrest #:** M14688550

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 135.10 | F | E | 1 | UNLAWFUL IMPRISONMENT 1ST |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C.: | Reason Not Forfeit: |
|---|---|---|---|---|---|

**DETAILS:** **Arrest #:** M14688550

ATUP/O CV STATES SUSP AND ONE OTHER MALE HELD HER AT KNIFE POINT REFUSING TO ALLOW HER TO LEAVE AND HANDCUFFED HER TO A PIPE ON A RADIATOR.

IMEI: 00000000000000000

| **DEFENDANT:** FAIRFAX, DAVID | **NYSID #:** 09840775N | **Arrest #:** M14688550 |
|---|---|---|

Nick/AKA/Maiden:
Sex: MALE
Race: BLACK
Age: 31
Date Of Birth: 1/1983
U.S. Citizen: YES
Place Of Birth:
Is this person not Proficient in English?: NO
If Yes, Indicate Language:
Accent: NO

Height: 5FT 8IN
Weight: 130
Eye Color: BROWN
Hair Color: BLACK
Hair Length: SHORT
Hair Style: CLOSE CUT
Skin Tone: MEDIUM
Complexion: CLEAR

Soc.Security #:
Occupation: UNKNOWN

Order Of Protection: NO
Issuing Court:
Docket #:
Expiration Date:
Relation to Victim: FRIEND/ACQUAINTANCE
Living together: NO
Can be Identified: YES

Gang/Crew Affiliation: NO
Name:
Identifiers:

Identification ID:
Identification #:
Physical Condition: APPARENTLY NORMAL
Drug Used: NONE
Lic/Permit Type:
Lic/Permit No:

| **LOCATION:** ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|
| HOMELESS | | | | | 000 |

| Phone # and E-Mail | Cell Phone # | Carrier | Other | Make | Model | Insured | Cell | Carrier | Other | Make |
|---|---|---|---|---|---|---|---|---|---|---|

ARREST Report - M14688550                                                      Page 2 of 3

| Address: CELL: 646-713-3033. IMEI - 0000000000000000 | 6457133033 | | KYOCERA | | | Phone # | | | |

N.Y.C.H.A. Resident: NO  N.Y.C. Housing Employee: NO  On Duty:
   Development:      N.Y.C. Transit Employee: NO

**Physical Force: NONE**

Gun:
Weapon Used/Possessed: USED/DISPLAYED       Make:           Recovered: NO
Non-Firearm Weapon:                         Color:      Serial Number Defaced:
Other Weapon Description:                    Caliber:        Serial Number:
                                             Type:
                                         Discharged: NO

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poxes:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | UNK |
| METHOD OF FLIGHT | FOOT |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | HELD C/V AT KNIFE POINT |
| CLOTHING | ACCESSORIES - JEANS - BLUE |
| CLOTHING | FOOTWEAR - SNEAKERS - MULTI COLORED OR STR |
| CLOTHING | OUTERWEAR - T-SHIRT OR TANK TOP - DARK GREEN |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | TORSO -TATOO (CAN'T DESCRIBE) |
| BODY MARKS | TORSO -TATOO (CAN'T DESCRIBE) |
| IMPERSONATION | UNKNOWN |

**JUVENILE DATA:**                                            Arrest #: M14688550

Juvenile Offender:   Relative Notified:  Personal Recog:
Number Of Priors: 0          Name:
School Attending:     Phone Called:
Mother's Maiden Name:    Time Notified:

**ASSOCIATED ARRESTS:**                                       Arrest #: M14688550

ARREST ID COMPLAINT #

**DEFENDANTS CALLS:**                                         Arrest #: M14688550

CALL # NUMBER DIALED NAME CALLED
1        --        REFUSED,REFUSED

**INVOICES:**                                                 Arrest #: M14688550

INVOICE#   COMMAND  PROPERTY TYPE  VALUE
1000561836       ALL OTHER    UNKNOWN

**ARRESTING OFFICER: POM RAFAEL SANCHEZ**                    Arrest #: M14688550

| Tax Number: | On Duty: YES | |
| Other ID (non-NYPD) | In Uniform: YES | **Force Used: NO** |
| Shield: 12327 | Squad: A1 | Type: |
| Department: NYPD | Chart: 02 | Reason: |
| Command: 806   Primary Assignment: | | Officer Injured: NO |

ARREST Report - M14688550

| Arresting Officer Name:<br>P/O SANCHEZ, RAFAEL | Tax #: | Command:<br>806 | Agency:<br>NYPD |
| Supervisor Approving:<br>SGT HARRIS JULIAN | Tax #: | Command:<br>806 | Agency:<br>NYCHA |
| Report Entered by:<br>P/O SANCHEZ, RAFAEL | Tax #: | Command:<br>806 | Agency:<br>NYPD |

**END OF ARREST REPORT**
M14688550

CW - ▓▓▓▓▓

10/9/14

AP: Caitlin Nolan
     Melissa Martinez
     John Teeple

starting
drinking    - move party upstairs
on 10/8     - ~70 mins in apt everything fine
into
10/9        - Knife to neck; bitch take your
                                 clothes off

            - mw

            - smacked + dragged into room

            - girl / naked

            - 2 twin beds (1 blow up + 1
              twin)

            - closet full of stripper clothes

            - bed had velvet blanket

            - "you 2 bitches going to make
               me some $"

            - punched in eye/lip / kicked

            - going to post w/ wigs

            - pros on Hunts pt if no

DEF 324

- took Cw's ID's
- girl crying too
- Jasmine in room smoking cigarette
- ~~told~~
- urinated in a bucket (provided by Δ)
- told Δ had to defecate
- was allowed to go to bathroom (window too small)
- made a run for it
- down stairs
- called 911 from payphone
- back to apt w/ police
- refused to open door
- ESU took door
- Sara (french) ; GF of Little D Spazz
- 3 yr-old
- Saw D chasing down stairs

DEF 325

- All homeless together in "Main Chance"

- Jasmine is Delano's baby mom (3-yr-old in apt)

- Jasmine got DV apt ~ 1 month ago

- Been to apt frequently; spent night there before

- "Jasmine wanted $200/month for CW to stay there

- 1 bedroom

- They ent frequently

- Ob Delano beat Jasmine before

- female was chained to radiator

- Spoke to her - name was "Gloria"
   • told her to pray b/c she was crying

   • Gloria
      - Black/blonde weave/purple nail polish
      - apprx 17-18 yrs
      - fake eyelashes

DEF 326

- left hand w/ one hand-cuff

- Jasmine in room when CW
  & Gloria ~~~ chained up

- D told CW previously that he
  was a pimp

- "Going to put you online"

- "Make me some guap"

- "Know where your bitches live"

- CW pointed-out Little D

- i/56 PD - Little D s/s Tell them
  Coco I didn't touch them.
  I was minding my business
  & I wasn't going to get cut up."

- Officers took pictures of apt

- Gloria had ~~~ redness under right
  eye; no tats

-

<u>PO Sanchez</u>

· CW calls 911
· was hanging out w/ guys stepartes w/
  they decided to go to one of their friends apt _
        Jasmine's apt - 1430 Ams. 3C ~T930
  ████/CW decides she wants to leave ~2000
  Broadus + Fairfax get Knivis + ss youv'e
  not going anywhere + cuffed her to radiator
  put her lingerie/provocative cloths +
  took pics +ss they will post pic
  pics online to get "hits"/johns.
  If she didnt get enough hits will send
  her to hunts point.
  Knows these ppl from homeless shelter.
  ██████████ was there - was there
  watching a 4yo. · was supposed to
  make sure CW doesn't leave.

- 4yo in woom on bed w/ CW
        ↳ daughter of Broadus + Bridgforth.
- CW told someone she needed to go to bathroom
  + then bolted out of apt +called ?y
        there for afew hrs.

**DEF 328**

- CW ss she saw Gloria - naked
  chained in room ~16-20y/o
- PO did wellness check.
  ESU came + ~~opened~~ banged door.

~~████~~ opens door

No other female in apt other than



~~████~~ + ~~██~~ 4 (33)yo kid

---

Brodas + Bridgefith

---

~~████~~ Det Dean inter. ~~████~~

Delano or Jasmine call ~~████~~
~~att~~ Det take phone + tell them
to come to pct

---

Delano + Jasmine go to precinct.

Cuffs on windows.

Li'l D
French — ▓▓▓▓
Big D
Jarmine
Spaz ▓▓▓▓▓▓▓

Conso

had apt for
2 wks

911
↳ neighbor ?
↳ video

1430 Amsterdam — Manhattanville
↳ neighbors — canvass

machete to neck

F2014-107188

AGS
baby 3-4

DEF 330

goes w/
Lil D

▪▪▪▪▪ – stays in house
↳ from France, fam in France, ▪▪▪▪▪
child in daycare in Bx b/c used to live in
Bx
ACS
CW – ▪▪▪▪▪
knew ▪▪▪▪▪ – 3-4 mos
knew jasmine – 4-5 mos
no relation btwn Lil D & Big D – ~6 mos
formed grp - doing everything together.
every day
mashed potatoes - 2 day ago
noise everytime open door
↳ cable under name
help more some of things
room w/ Gloria for ~2½-3 hrs, seem like
eternity
↳ taller than CW, heavier than CW, little
darker complexion than CW, fresh wear,
groomed person
screaming in bedroom, trying to not get handcuffed
kick in stomach 2x

DEF 331

- blue bucket
- blood - ect
- clothing
- blanket

DEF 332

COMPUTER FORENSICS UNIT
NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE
## PROPERTY RECEIPT / CHAIN OF CUSTODY FORM

| | |
|---|---|
| Target Name | 1430 Amsterdam, 3C |
| Case Number | F2015-107751 |
| ADA | Nolan, Caitlin |
| Bureau | Trial Bureau 30 |
| Building | 80 Center Street |
| Room Number | 433 |
| CFU Staff | Richard Rojas |
| Signature of Staff | *[signature]*     Date:   3/10/2015 |
| Comments | |

| CFU Id | QTY | TYPE | MAKE | MODEL | VOUCHER # | SERIAL NUMBER |
|---|---|---|---|---|---|---|
| CP1 | 1 | Cell Phone | Kyocera | 10-R730A-01 | 1000562022 | K3120000964695 |
| CP2 | 1 | Cell Phone | Kyocera | S1360 | 1000562022 | FCC ID: V65S1360 |
| CP3 | 1 | Cell Phone | Motorola | XT1031 | 1000562022 | FCC ID: IHDT56PF3 |
| PC1 | 1 | Laptop | Toshiba | PA5109U-1BRS | 1000562022 | ZD089884Q |
| OD1 | 1 | Optical Disk | TBD | TBD | 1000562022 | TBD |

CHECK ONE BOX
- ☑ I gave this property **TO** the Computer Forensics Unit
- ☐ I received this property **FROM** the Computer Forensics Unit

| | | | |
|---|---|---|---|
| Signature | *[signature]* | Print Name | Katherine Adams |
| Company, Agency Or Unit | DANY | | |
| Date | 3/10/2015 | Time | 10:42 |

Tuesday, March 10, 2015

Page 1 of 1

**DEF 333**

COMPUTER FORENSICS UNIT
NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE
## PROPERTY RECEIPT / CHAIN OF CUSTODY FORM

| Target Name | 1430 Amsterdam, 3C | | |
|---|---|---|---|
| Case Number | F2015-107751 | | |
| ADA | Nolan, Caitlin | | |
| Bureau | Trial Bureau 30 | | |
| Building | 80 Center Street | | |
| Room Number | 433 | | |
| CFU Staff | Richard Rojas | | |
| Signature of Staff | *[signature]* | Date: | 6/22/2015 |
| Comments | | | |

| CFU Id | QTY | TYPE | MAKE | MODEL | VOUCHER # | SERIAL NUMBER |
|---|---|---|---|---|---|---|
| CP1 | 1 | Cell Phone | Kyocera | 10-R730A-01 | 1000562022 | K3120000964695 |
| CP2 | 1 | Cell Phone | Kyocera | S1360 | 1000562022 | FCC ID: V65S1360 |
| CP3 | 1 | Cell Phone | Motorola | XT1031 | 1000562022 | FCC ID: IHDT56PF3 |
| PC1 | 1 | Laptop | Toshiba | PA5109U-1BRS | 1000562022 | ZD089884Q |
| OD1 | 1 | Optical Disk | TBD | TBD | 1000562022 | TBD |
| HD1 | 1 | Hard Drive | Toshiba | MQ01ABD075 | | Z31NC72RT |

CHECK ONE BOX

☐ I gave this property **TO** the Computer Forensics Unit

☑ I received this property **FROM** the Computer Forensics Unit

| Signature | *[signature]* | Print Name | Katherine Adams |
|---|---|---|---|
| Company, Agency Or Unit | DANY | | |
| Date | 6/22/2015 | Time | 15:38 |

DEF 334

 

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No.: **1000562022**

## INVESTIGATORY EVIDENCE/DNA INVESTIGATORY EVIDENCE

All Investigatory/DNA Investigatory Evidence (except in homicide cases, sex offenses, IAB cases, MOS involved cases and Arson/Explosion) in the custody of this department in excess of ONE YEAR from the date PROPERTY CLERK INVOICE was prepared will be DISPOSED OF. The Property Clerk Division MUST be notified in the following instances:

**Case Closed - ARREST**
The category of invoiced property MUST be changed from Investigatory/DNA Investigatory to Arrest Evidence in order for the Property Clerk Division to retain the evidence. Investigating officer shall create a Change of Category request in PETS.

**Case Closed - NO ARREST**
The category of invoiced property MUST be changed from Investigatory/DNA Investigatory to Safekeeping. Investigating officer shall create a Change of Category request in PETS.

**Case Open -INVESTIGATION**
Investigating officer shall create A Request for Retention in PETS if investigatory evidence is required to be held more than one (1) year from the date the Property Clerk Invoice was created. Acceptance of a Request for Retention will only retain the property for one year. If additional retention of the property is necessary, a new Request for Retention must be created for each one year period. A Request for Retention must be completed for each invoice requested to be retained.

## ARREST EVIDENCE

**Arresting Officer:**
Attach invoice to Desk Appearance Ticket papers or bring this copy to court and present it to the Assistant District Attorney at the complaint room. It will be attached to the D.A. papers pending release of the evidence. WHEN THE EVIDENCE IS NO LONGER NEEDED, THE A.D.A. WILL COMPLETE THE CAPTIONS BELOW AND RETURN IT TO THE PROPERTY CLERK BOROUGH OFFICE.

NOTE: In Family Court, this copy shall be presented to the Probation Officer or Corporation Counsel.

## EVIDENCE RELEASE

**Property No Longer Required as Evidence**

Docket No.: _____

Date: _____

☐ All Property Released

Complaint No.: _____ Pct.: _____

☐ Partial Release

Item No.: _____

Disposition: _____

Remarks: _____
(Indicate special requirement prior to disposal)

_____

☐ A.D.A.
☐ CORP. COUNSEL
☐ PROBATION                    _____
☐ OTHER                                Signature

_____
Country

Invoice No. **1000562022**

PCD Storage No. —

**ADA Copy**
printed 10/09/2014 23:59

Page No. **3 of 3**

**DEF 335**

2014-009877

CRI No:
Order No:
NYSID No:
CJTN No:

PRESENT Hon. R. MANDELBAUM

At a term of the Criminal Court, County of New York,
at the Courthouse at 100 Centre Street, State of New York.

ORDER OF PROTECTION
Family Offenses - C.P.L. §530.12

2014N4074846

THE PEOPLE OF THE STATE OF NEW YORK

David Peisico,
Date of Birth: 7-20-83                              Defendant.

[Check Box]: ☒ In pers. ☒ Defendant Present in Court

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.

THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS OR CONSENTS TO HAVE CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED. THIS ORDER OF PROTECTION CAN ONLY BE AMENDED OR TERMINATED BY THE COURT. THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER.

☐ TEMPORARY ORDER OF PROTECTION
☒ ORDER OF PROTECTION

IT IS HEREBY ORDERED that the above-named defendant observe the following conditions of behavior:

☒ [1a] ☒ Stay away from
   ☒ ☒ (1) person(s) of person(s) protected(s): Sarah Hirowas                               and/or from the
   ☒ ☒ home of Sarah Hirowas
   ☒ ☒ school of Sarah Hirowas
   ☒ ☒ business of Sarah Hirowas
   ☒ ☒ place of employment of Sarah Hirowas
   ☒ ☒ other
   ☒ except for contact, communication or access permitted by a subsequent order issued by a family or supreme court in a custody, visitation or child abuse or neglect proceeding

☒ [1b] ☒ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with specify person(s): Sarah Hirowas

☒ [2] ☒ Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, disorderly conduct, intimidation, threats or any criminal offense against specify person(s): Sarah Hirowas

☐ [3] ☐ Refrain from intentionally injuring or killing without justification the following companion animal(s) (pet(s)) specify pet(s) and, if available, owner(s)):

☐ [4] ☐ Permit specify individual(s):
☐ [5] ☐ Refrain from specify acts:

☐ [6] ☐ Permit specify individual(s):
☐ [7] ☐ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned

☐ [8] ☐ Promptly return any specific identification documents

☐ [9] ☒ Specify other conditions defendant must observe for the purpose of protection
   No third party contact

IT IS FURTHER ORDERED that the Aforenamed Defendant: Return to them, pause, sight, effect of in/or dispose of a firearm or firearms

NYS FURTHER ORDERED that this order of protection shall remain in force until and including

DATED: 9-30-2014                    HON. ROBERT M. MANDELBAUM
                                    JUDGE/JUSTICE

                                    Daniel Conrox
                                    (Defendant's Signature)

☒ Order to be served by other means (specify):
☒ Warrant issued for Defendant
☒ ADDITIONAL SERVICE INFORMATION (specify):

See Reverse Side for Additional Information

**DEF 336**

