1

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------------------------------------X
   JASMINE BRIDGEFORTH, DELANO BROADUS,
3  and DAVID FAIRFAX,

4                                         PLAINTIFFS,

5
                    -against-              Case No.:
6                                          16-CV-273(WHP)

7
   CITY OF NEW YORK, NYPD OFFICER JOHN ZERAFA, Tax No. 919893,
8  individually, NYPD Officer RAFAEL SANCHEZ, Shield No.
   12327, individually, NYPD Officer MOHAMMED KHANG, Shield
9  No. 18729, individually, NYPD Sergeant DEMETRIOUS LEE,
   Shield No. 3087, individually, NYPD Deputy Inspector LUIS
10 DESPAIGNE, Individually, and JOHN/JANE DOE POLICE OFFICERS,
   1 - 5, individually,

11
                                        DEFENDANTS.
12 ------------------------------------------------------------X

13

14                    DATE: June 22, 2017

15                    TIME: 2:47 P.M.

16

17           EVIDENCE INSPECTION in the above-entitled

18 matter, held at the offices of the New York City Law

19 Department, 100 Church Street, New York, New York 10007,

20 before Karen R. Aniboli, a Notary Public of the State of

21 New York.

22

23

24

25

2

1    A P P E A R A N C E S:

2

3

4    LAW OFFICE OF RYAN LOZAR
            Attorneys for the Plaintiffs
5            JASMINE BRIDGEFORTH, DELANO BROADUS,
            and DAVID FAIRFAX
6            305 Broadway, 10th Floor
            New York, New York 10007
7            BY: RYAN LOZAR, ESQ.

8

9    ZACHARY W. CARTER, ESQ.
            CORPORATION COUNSEL
10    NEW YORK CITY LAW DEPARTMENT
            Attorneys for the Defendants
11            CITY OF NEW YORK, NYPD OFFICER JOHN ZERAFA, Tax No.
            919893, individually, NYPD Officer RAFAEL SANCHEZ,
12            Shield No. 12327, individually, NYPD Officer
            MOHAMMED KHANG, Shield No. 18729, individually, NYPD
13            Sergeant DEMETRIOUS LEE, Shield No. 3087,
            individually, NYPD Deputy Inspector LUIS DESPAIGNE,
14            individually, and JOHN/JANE DOE POLICE OFFICERS,
            1 - 5, individually
15            100 Church Street
            New York, New York 10007
16            BY: ELIZABETH BARDAUSKIS, ESQ.
            Law Manager #: 2016-002378
17            Control #: 166253

18

19                    *            *            *

20

21

22

23

24

25

SANCHEZ

1   POLICE  OFFICER  RAFAEL  SANCHEZ,

2   called as a witness, having been first duly sworn by a

3   Notary Public of the State of New York, was examined and

4   testified as follows:

5              MS. BARDAUSKIS:  We'll state at the very

6         beginning that we're all present today for the

7         inspection of the handwritten pieces of paper and

8         postcard-type fliers, which were vouchered

9         October 10, 2014, in relation to the underlying

10        incident.  And so we'll start with Officer

11        Sanchez opening the envelope.

12             MR. LOZAR:  Do you mind if I ask, so, we

13        talked about that this is not a deposition.

14        Basically, if you could explain to us, I don't

15        know where you picked it up and the kind of like

16        the numerical identifiers on the envelope so we

17        understand what they mean to the extent you do

18        know.  Sort of the explain the custody and stuff.

19             MS. BARDAUSKIS:  In addition, I will ask him

20        basic foundation questions just to establish that

21        it is what we're purporting it is.

22             Let the record reflect, Officer Sanchez is

23        opening the envelope related to the NYPD PETS

24        property clerk, Invoice Voucher Number

25        1000562052.

4

SANCHEZ

1          Then, Officer Sanchez, for Mr. Lozar's sake

2     and the sake of the record, if you could briefly

3     explain what is on the outside, exterior of the

4     envelope.

5          MR. LOZAR:  We started with one envelope,

6     we'll start with that one, what is on the

7     exterior of that and go to the second envelope

8     inside.

9          THE WITNESS:  This plastic security envelope

10    numbered 1202189412, is the repackaged envelope

11    that occurred on March 4, 2015, for Invoice

12    Number 1000562052.  The second envelope numbered

13    1201542154 is the original plastic security

14    envelope vouchered on October 10, 2014, for

15    Invoice Number 100562052.

16          MR. LOZAR:  Can I ask, the repackaged

17    envelope on the March 4, 2015, date, was

18    something that was, that you repackaged?

19          THE WITNESS:  Yes.  It was repackaged to

20    maintain the integrity of the --

21          MR. LOZAR:  Original envelope?

22          THE WITNESS:  The contents of the envelope

23    and the original envelope, because it was opened

24    previously.

25          MR. LOZAR:  It was opened on the March 4,

SANCHEZ

1    2015, date?

2         THE WITNESS:  Correct.  And in regards to an

3    ACS court case with an Elizabeth Barillo

4    (phonetic).

5         MS. BARDAUSKIS:  Officer Sanchez, not to

6    delay the suspense, I realize you cannot

7    necessarily authenticate the contents inside of

8    the envelope, but with respect to the voucher

9    itself, I would like, for the record, to have

10   Officer Sanchez authenticate that it is, in fact,

11   a record that's made in the ordinary course of

12   business.  I am speaking specifically about

13   Voucher Number 1000562052; is that correct,

14   Officer Sanchez?

15        THE WITNESS:  Yes.

16        MS. BARDAUSKIS:  Was this voucher prepared

17   by you specifically?

18        THE WITNESS:  Yes.

19        MS. BARDAUSKIS:  And was the voucher

20   prepared at or around the time of the event that

21   it records?

22        THE WITNESS:  Yes.

23        MS. BARDAUSKIS:  And with respect to the

24   date and location of the contents inside, can you

25   state when and where you first found these

6

SANCHEZ

1    documents or the contents I should say?

2         THE WITNESS:  Let me borrow the -- the Item

3    Number 1, which is the handwritten pieces of

4    paper that was located in the bedroom of the

5    apartment.  And Item Number 2, the postcard type

6    fliers, those were found in the window sill of

7    the living room.

8         MS. BARDAUSKIS:  And my last question,

9    Officer Sanchez, do you have personal knowledge

10   as to the contents listed on the voucher itself?

11        THE WITNESS:  Yes.

12        MS. BARDAUSKIS:  Thank you.

13        MR. LOZAR:  Can I ask, sorry, one thing I'm

14   curious about, if you don't know tell me, there

15   is an invoice number on the voucher and there is

16   also the PETS numbers, and how do the PETS

17   numbers work in terms of chain of custody issues,

18   if they do?

19        THE WITNESS:  The invoice number is the

20   invoice which dictates what property or items

21   were vouchered.  The PETS numbers are these

22   plastic security envelopes, and it records what

23   it was packed into.  And the narrative on the

24   bottom dictates if an item was unpacked or

25   repacked.

SANCHEZ

1    MR. LOZAR:  I see.  And so in terms of the

2    PETS numbers, we have two plastic bags with us

3    today, does one of them correspond to the PETS

4    Number 1202189412, and the second one corresponds

5    to the other number, which is 1201542154?

6    THE WITNESS:  The bottom number with the

7    dash, which is the Security Envelope 1201542154,

8    due to the dash indicates that it is packed in to

9    the top number, which is Security Envelope

10    1202189412.

11    MR. LOZAR:  I understand.  One other

12    question.  In the marked section where you've

13    described there is notes about, you know, when

14    something is, I don't know, moved or opened, the

15    numbers in the left, what are those numbers, what

16    do they mean, if you know?

17    THE WITNESS:  Under the remarks section to

18    the left, the first set of numbers is a tax

19    identification number, followed by the date,

20    followed by the time.

21    MR. LOZAR:  I see.  Understood.  Okay.  Very

22    good.  That's all of the questions I have.

23    Do you want to narrate this?  I'm fine

24    observing, for the record, that there is four

25    items in the envelope, two of which are postcard

SANCHEZ

1   sized pieces of paper, and then and a third item

2   is a sheet of regular sized loose leaf paper,

3   it's kind of torn out of a notebook, you can see

4   the spiral edges.  The fourth item is another

5   lined sheet of paper, but it's half size, I don't

6   know, three inches by five inches.  I don't know

7   if that's right, but it's actually the same size

8   of the postcard items, and the four loose leaf

9   sheets of paper thing.

10       MS. BARDAUSKIS:  I don't intend on narrating

11  of what each document says.  I'll let you in

12  inspect them.

13       MR. LOZAR:  Do you have a copy machine that

14  we can use?  I don't think I need to take photos

15  of these things.

16       MS. BARDAUSKIS:  I'm happy to make copies

17  for you.

18       MR. LOZAR:  Let's make copies.

19       MSS. BARDAUSKIS:  And I can go some way of

20  affixing a Bates number, however you would like

21  to do it.  We're not marking these things as

22  exhibits but I will do that.  Shall I go and mark

23  them as certain Bates numbers first?

24       MR. LOZAR:  Actually, I'm totally

25  comfortable if you run and get some tape, if you

SANCHEZ

1    want.  You could make copies of these things and

2    when you come back I'll decide if I want to take

3    any photos of them, but copies will probably be

4    fine.

5          MS. BARDAUSKIS:  I'll mark them with tape

6    and Bates numbers and I will make copies at the

7    same time or do you want me to just make copies?

8          MR. LOZAR:  Just make copies because if

9    we'll seal the envelope just sign on top of it.

10         Off the record.

11         (Whereupon, an off-the-record discussion was

12   held.)

13         MR. LOZAR:  So now we've had a chance to

14   take a look at the four documents inside of these

15   bags that Officer Sanchez was good enough to

16   bring.  Turns out we don't have a piece of tape

17   to reseal the bags, but from Plaintiff's

18   perspective, it's fine, Officer Sanchez has

19   represented that he will do that for us.

20         Is that okay with you, Miss Bardauskis?

21         MS. BARDAUSKIS:  That's perfectly fine.

22   Thank you.

23         In closing, I don't know if we already

24   stated for the record that Plaintiff has since

25   obtained copies of the original contents of the

10

SANCHEZ

1      envelope.

2              MR. LOZAR:  Agreed.  Thank you.

3              (Whereupon, at 3:22 P.M., the Evidence

4      Inspection was concluded.)

5

6                    °          °          °          °

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

11

SANCHEZ

# D E C L A R A T I O N

1

2

3      I hereby certify that having been first duly

4  sworn to testify to the truth, I gave the above testimony.

5

6      I FURTHER CERTIFY that the foregoing transcript

7  is a true and correct transcript of the testimony given by

8  me at the time and place specified hereinbefore.

9

10

11

12                    _____
                            RAFAEL SANCHEZ

13

14

15  Subscribed and sworn to before me

16  this _____ day of _____ 20___.

17

18

19      _____
            NOTARY PUBLIC

20

21

22

23

24

25

12

SANCHEZ

1           C E R T I F I C A T E

2

3    STATE OF NEW YORK        )
                                    :  SS.:
4    COUNTY OF KINGS          )

5

6

7           I, KAREN R. ANIBOLI-KOPANYI, a Notary Public

8    for and within the State of New York, do hereby certify:

9           That the witness whose examination is

10   hereinbefore set forth was duly sworn and that such

11   examination is a true record of the testimony given by that

12   witness.

13           I further certify that I am not related to any

14   of the parties to this action by blood or by marriage and

15   that I am in no way interested in the outcome of this

16   matter.

17           IN WITNESS WHEREOF, I have hereunto set my hand

18   this 26th day of June 2017.

19           *Karen R. Aniboli-Kop*

20           _____
             KAREN R. ANIBOLI-KOPANYI

21

22

23

24

25

SANCHEZ

## 1

1 [3] - 1:10, 2:14, 6:3
10 [2] - 3:9, 4:14
100 [2] - 1:19, 2:15
1000562052 [3] - 3:25, 4:12, 5:13
10007 [3] - 1:19, 2:6, 2:15
100562052 [1] - 4:15
10th [1] - 2:6
1201542154 [3] - 4:13, 7:5, 7:7
1202189412 [3] - 4:10, 7:4, 7:10
12327 [2] - 1:8, 2:12
16-CV-273(WHP [1] - 1:6
166253 [1] - 2:17
18729 [2] - 1:9, 2:12

## 2

2 [1] - 6:5
2014 [2] - 3:9, 4:14
2015 [3] - 4:11, 4:17, 5:1
2016-002378 [1] - 2:16
2017 [2] - 1:14, 12:18
20___ [1] - 11:16
22 [1] - 1:14
26th [1] - 12:18
2:47 [1] - 1:15

## 3

305 [1] - 2:6
3087 [2] - 1:9, 2:13
3:22 [1] - 10:3

## 4

4 [3] - 4:11, 4:17, 4:25

## 5

5 [2] - 1:10, 2:14

## 9

919893 [2] - 1:7, 2:11

## A

above [2] - 1:17, 11:4
above-entitled [1] - 1:17
ACS [1] - 5:3
action [1] - 12:14
addition [1] - 3:19
affixing [1] - 8:20
against [1] - 1:5
agreed [1] - 10:2
Aniboli [1] - 1:20
ANIBOLI [2] - 12:7, 12:20

ANIBOLI-KOPANYI [2] - 12:7, 12:20
another [1] - 8:4
apartment [1] - 6:5
around [1] - 5:20
ask [4] - 3:12, 3:19, 4:16, 6:13
Attorneys [2] - 2:4, 2:10
authenticate [2] - 5:7, 5:10

## B

back [1] - 9:2
bags [3] - 7:2, 9:15, 9:17
BARDAUSKIS [14] - 2:16, 3:5, 3:19, 5:5, 5:16, 5:19, 5:23, 6:8, 6:12, 8:10, 8:16, 8:19, 9:5, 9:21
Bardauskis [1] - 9:20
Barillo [1] - 5:3
basic [1] - 3:20
basically [1] - 3:14
Bates [3] - 8:20, 8:23, 9:6
bedroom [1] - 6:4
before [2] - 1:20, 11:15
beginning [1] - 3:6
blood [1] - 12:14
borrow [1] - 6:2
bottom [2] - 6:24, 7:8
BRIDGEFORTH [2] - 1:2, 2:5
briefly [1] - 4:2
bring [1] - 9:16
BROADUS [2] - 1:2, 2:5
Broadway [1] - 2:6
business [1] - 5:12
BY [2] - 2:7, 2:16

## C

called [1] - 3:2
can you [1] - 5:24
cannot [1] - 5:8
CARTER [1] - 2:9
Case [1] - 1:5
case [1] - 5:3
certain [1] - 8:23
certify [3] - 11:3, 12:8, 12:13
CERTIFY [1] - 11:6
chain [1] - 6:17
chance [1] - 9:13
Church [2] - 1:19, 2:15
CITY [3] - 1:7, 2:10, 2:11
City [1] - 1:18
clerk [1] - 3:24
closing [1] - 9:23
comfortable [1] - 8:25

concluded [1] - 10:4
contents [6] - 4:22, 5:7, 5:24, 6:1, 6:10, 9:25
Control [1] - 2:17
copies [8] - 8:16, 8:18, 9:1, 9:3, 9:6, 9:7, 9:8, 9:25
copy [1] - 8:13
CORPORATION [1] - 2:9
correct [3] - 5:2, 5:13, 11:7
correspond [1] - 7:3
corresponds [1] - 7:4
COUNSEL [1] - 2:9
COUNTY [1] - 12:4
course [1] - 5:11
COURT [1] - 1:1
court [1] - 5:3
curious [1] - 6:14
custody [2] - 3:18, 6:17

## D

dash [2] - 7:7, 7:8
DATE [1] - 1:14
date [4] - 4:17, 5:1, 5:24, 7:19
DAVID [2] - 1:3, 2:5
day [2] - 11:16, 12:18
decide [1] - 9:2
Defendants [1] - 2:10
DEFENDANTS [1] - 1:11
DELANO [2] - 1:2, 2:5
delay [1] - 5:6
DEMETRIOUS [2] - 1:9, 2:13
Department [1] - 1:19
DEPARTMENT [1] - 1:19
deposition [1] - 3:13
Deputy [2] - 1:9, 2:13
described [1] - 7:13
DESPAIGNE [2] - 1:10, 2:13
dictates [2] - 6:20, 6:24
discussion [1] - 9:11
DISTRICT [2] - 1:1, 1:1
do they [1] - 7:16
do you [6] - 3:12, 6:9, 7:23, 8:13, 9:7
document [1] - 8:11
documents [2] - 6:1, 9:14
DOE [2] - 1:10, 2:14
due [1] - 7:8
duly [3] - 3:2, 11:3, 12:10

## E

edges [1] - 8:4
Elizabeth [1] - 5:3
ELIZABETH [1] - 2:16

enough [1] - 9:15
entitled [1] - 1:17
envelope [16] - 3:11, 3:16, 3:23, 4:4, 4:5, 4:7, 4:9, 4:10, 4:12, 4:14, 4:17, 4:21, 4:22, 4:23, 5:8, 7:25, 9:9, 10:1
Envelope [2] - 7:7, 7:9
envelopes [1] - 6:22
ESQ [3] - 2:7, 2:9, 2:16
establish [1] - 3:20
event [1] - 5:20
EVIDENCE [1] - 1:17
Evidence [1] - 10:3
examination [2] - 12:9, 12:11
examined [1] - 3:3
exhibits [1] - 8:22
explain [3] - 3:14, 3:18, 4:3
extent [1] - 3:17
exterior [2] - 4:3, 4:7

## F

fact [1] - 5:10
FAIRFAX [2] - 1:3, 2:5
fine [4] - 7:23, 9:4, 9:18, 9:21
first [5] - 3:2, 5:25, 7:18, 8:23, 11:3
five [1] - 8:6
filers [2] - 3:8, 6:6
Floor [1] - 2:6
followed [2] - 7:19, 7:20
follows [1] - 3:4
foregoing [1] - 11:6
forth [1] - 12:10
found [2] - 5:25, 6:6
foundation [1] - 3:20
four [3] - 7:24, 8:8, 9:14
fourth [1] - 8:4
FURTHER [1] - 11:6
further [1] - 12:13

## G

gave [1] - 11:4
given [2] - 11:7, 12:11
good [2] - 7:22, 9:15

## H

half [1] - 8:5
hand [1] - 12:17
handwritten [2] - 3:7, 6:3
happy [1] - 8:16
held [2] - 1:18, 9:12
hereby [2] - 11:3, 12:8

SANCHEZ

hereinbefore [2] - 11:8, 12:10
hereunto [1] - 12:17
how do [1] - 6:16

**I**

identification [1] - 7:19
identifiers [1] - 3:16
IN [1] - 12:17
inches [2] - 8:6
incident [1] - 3:10
indicates [1] - 7:8
individually [11] - 1:8, 1:8, 1:9, 1:9, 1:10, 2:11, 2:12, 2:12, 2:13, 2:14, 2:14
individually [1] - 1:10
inside [4] - 4:8, 5:7, 5:24, 9:14
inspect [1] - 8:12
INSPECTION [1] - 1:17
inspection [1] - 10:4
inspection [1] - 3:7
Inspector [2] - 1:9, 2:13
integrity [1] - 4:20
intend [1] - 8:10
interested [1] - 12:15
invoice [3] - 6:15, 6:19, 6:20
invoice [3] - 3:24, 4:11, 4:15
is that [2] - 5:13, 9:20
issues [1] - 6:17
Item [2] - 6:2, 6:5
item [3] - 6:24, 8:1, 8:4
items [3] - 8:20, 7:25, 8:8

**J**

JASMINE [2] - 1:2, 2:5
JOHN [2] - 1:7, 2:11
JOHN/JANE [2] - 1:10, 2:14
June [2] - 1:14, 12:18

**K**

Karen [1] - 1:20
KAREN [2] - 12:7, 12:20
KHANG [2] - 1:8, 2:12
KINGS [1] - 12:4
know [9] - 3:15, 3:18, 6:14, 7:13, 7:14, 7:16, 8:6, 9:23
knowledge [1] - 6:9
KOPANYI [2] - 12:7, 12:20

**L**

last [1] - 6:8
Law [2] - 1:18, 2:16
LAW [2] - 2:4, 2:10
leaf [2] - 8:2, 8:8
LEE [2] - 1:9, 2:13
left [2] - 7:15, 7:18
let's [1] - 8:18
lined [1] - 8:5
listed [1] - 6:10
living [1] - 6:7
located [1] - 6:4
location [1] - 5:24
look [1] - 9:14
loose [2] - 8:2, 8:8
LOZAR [17] - 2:4, 2:7, 3:12, 4:5, 4:16, 4:21, 4:25, 6:13, 7:1, 7:11, 7:21, 8:13, 8:18, 8:24, 9:8, 9:13, 10:2
Lozar's [1] - 4:1
LUIS [2] - 1:9, 2:13

**M**

machine [1] - 8:13
maintain [1] - 4:20
Manager [1] - 2:16
March [3] - 4:11, 4:17, 4:25
mark [2] - 8:22, 9:5
marked [1] - 7:12
marking [1] - 8:21
marriage [1] - 12:14
matter [2] - 1:18, 12:16
mean [2] - 3:17, 7:16
mind [1] - 3:12
Miss [1] - 9:20
MOHAMMED [2] - 1:8, 2:12
moved [1] - 7:14
MR [15] - 3:12, 4:5, 4:16, 4:21, 4:25, 6:13, 7:1, 7:11, 7:21, 8:13, 8:18, 8:24, 9:8, 9:13, 10:2
Mr [1] - 4:1
MS [12] - 3:5, 3:19, 5:5, 5:16, 5:19, 5:23, 6:8, 6:12, 8:10, 8:16, 9:5, 9:21
MSS [1] - 8:19

**N**

narrate [1] - 7:23
narrating [1] - 8:10
narrative [1] - 6:23
necessarily [1] - 5:7
need [1] - 8:14

NEW [5] - 1:1, 1:7, 2:10, 2:11, 12:3
NOTARY [1] - 11:19
Notary [3] - 1:20, 3:3, 12:7
notebook [1] - 8:3
notes [1] - 7:13
Number [7] - 3:24, 4:12, 4:15, 5:13, 6:3, 6:5, 7:4
number [7] - 6:15, 6:19, 7:5, 7:6, 7:9, 7:19, 8:20
numbered [2] - 4:10, 4:12
numbers [9] - 6:16, 6:17, 6:21, 7:2, 7:15, 7:18, 8:23, 9:6
numerical [1] - 3:16
NYPD [1] - 1:7, 1:8, 1:8, 1:9, 1:9, 2:11, 2:11, 2:12, 2:12, 2:13, 3:23

**O**

observing [1] - 7:24
obtained [1] - 9:25
occurred [1] - 4:11
October [2] - 3:9, 4:14
OF [6] - 1:1, 1:7, 2:4, 2:11, 12:3, 12:4
off-the-record [1] - 9:11
OFFICE [1] - 2:4
OFFICER [2] - 1:7, 2:11
officer [1] - 5:5
Officer [12] - 1:8, 1:8, 2:11, 2:12, 3:10, 3:22, 4:1, 6:10, 5:14, 6:9, 9:15, 9:18
OFFICERS [2] - 1:10, 2:14
offices [1] - 1:18
okay [2] - 7:21, 9:20
opened [3] - 4:23, 4:25, 7:14
opening [2] - 3:11, 3:23
ordinary [1] - 5:11
original [4] - 4:13, 4:21, 4:23, 9:25
outcome [1] - 12:15
outside [1] - 4:3

**P**

P.M [2] - 1:15, 10:3
packed [2] - 6:23, 7:8
paper [8] - 3:7, 6:4, 8:1, 8:2, 8:5, 8:9
parties [1] - 12:14
perfectly [1] - 9:21
personal [1] - 6:9
perspective [1] - 9:18
PETS [8] - 3:23, 6:16,

6:21, 7:2, 7:3
phonetic [1] - 5:4
photos [2] - 8:14, 9:3
picked [1] - 3:15
piece [1] - 9:16
pieces [3] - 3:7, 6:3, 8:1
place [1] - 11:8
Plaintiff [1] - 9:24
Plaintiff's [1] - 9:17
Plaintiffs [1] - 2:4
PLAINTIFFS [1] - 1:4
plastic [4] - 4:9, 4:13, 6:22, 7:2
POLICE [2] - 1:10, 2:14
postcard [4] - 3:8, 6:5, 7:25, 8:8
postcard-type [1] - 3:8
prepared [2] - 5:16, 5:20
present [1] - 3:6
previously [1] - 4:24
probably [1] - 9:3
property [2] - 3:24, 6:20
Public [3] - 1:20, 3:3, 12:7
PUBLIC [1] - 11:19
purporting [1] - 3:21

**Q**

question [2] - 6:8, 7:12
questions [2] - 3:20, 7:22

**R**

RAFAEL [3] - 1:8, 2:11, 11:12
realize [1] - 5:6
record [9] - 3:22, 4:2, 5:9, 5:11, 7:24, 9:10, 9:11, 9:24, 12:11
records [2] - 5:21, 6:22
reflect [1] - 3:22
regards [1] - 5:2
regular [1] - 8:2
related [2] - 3:23, 12:13
relation [1] - 3:9
remarks [1] - 7:17
repackaged [4] - 4:10, 4:16, 4:18, 4:19
repacked [1] - 6:25
represented [1] - 9:19
reseal [1] - 9:17
respect [2] - 5:8, 5:23
right [1] - 8:7
room [1] - 6:7
run [1] - 8:25
RYAN [2] - 2:4, 2:7

SANCHEZ

**S**

sake [2] - 4:1, 4:2
same [2] - 8:7, 9:7
SANCHEZ [3] - 1:8, 2:11, 11:12
Sanchez [9] - 3:11, 3:22, 4:1, 5:5, 5:10, 5:14, 6:9, 9:15, 9:18
seal [1] - 9:9
second [3] - 4:7, 4:12, 7:4
section [2] - 7:12, 7:17
security [3] - 4:9, 4:13, 6:22
Security [2] - 7:7, 7:9
Sergeant [2] - 1:9, 2:13
sheet [2] - 8:2, 8:5
sheets [1] - 8:9
Shield [6] - 1:8, 1:8, 1:9, 2:12, 2:12, 2:13
sign [1] - 9:9
sill [1] - 6:6
size [2] - 8:5, 8:7
sized [2] - 8:1, 8:2
something [2] - 4:18, 7:14
sorry [1] - 6:13
sort [1] - 3:18
SOUTHERN [1] - 1:1
speaking [1] - 5:12
specifically [2] - 5:12, 6:17
specified [1] - 11:8
spiral [1] - 8:4
SS [1] - 12:3
start [2] - 3:10, 4:6
started [1] - 4:5
State [3] - 1:20, 3:3, 12:8
STATE [1] - 12:3
state [2] - 3:5, 5:25
stated [1] - 9:24
STATES [1] - 1:1
Street [2] - 1:19, 2:15
stuff [1] - 3:18
Subscribed [1] - 11:15
suspense [1] - 5:6
sworn [4] - 3:2, 11:4, 11:15, 12:10

**T**

take [3] - 8:14, 9:2, 9:14
talked [1] - 3:13
tape [3] - 8:25, 9:5, 9:16
Tax [2] - 1:7, 2:11
tax [1] - 7:18
tell [1] - 6:14
terms [2] - 6:17, 7:1
testified [1] - 3:4

testify [1] - 11:4
testimony [3] - 11:4, 11:7, 12:11
thank [3] - 6:12, 9:22, 10:2
THE [12] - 4:9, 4:19, 4:22, 5:2, 5:15, 5:18, 5:22, 6:2, 6:11, 6:19, 7:6, 7:17
thing [2] - 6:13, 8:9
things [3] - 8:15, 8:21, 9:1
think [1] - 8:14
third [1] - 8:1
three [1] - 8:6
TIME [1] - 1:15
time [4] - 5:20, 7:20, 9:7, 11:8
today [2] - 3:6, 7:3
torn [1] - 8:3
totally [1] - 8:24
transcript [2] - 11:6, 11:7
true [2] - 11:7, 12:11
truth [1] - 11:4
turns [1] - 9:16
type [2] - 3:8, 6:5

**U**

under [1] - 7:17
underlying [1] - 3:9
understand [2] - 3:17, 7:11
understood [1] - 7:21
UNITED [1] - 1:1
unpacked [1] - 6:24

**V**

voucher [5] - 5:8, 5:16, 5:19, 6:10, 6:15
Voucher [2] - 3:24, 5:13
vouchered [3] - 3:8, 4:14, 6:21

**W**

want [4] - 7:23, 9:1, 9:2, 9:7
was that [1] - 4:18
we'll [4] - 3:5, 3:10, 4:6, 9:9
we're [3] - 3:6, 3:21, 8:21
we've [1] - 9:13
what are [1] - 7:15
what is [2] - 4:3, 4:6
when you [1] - 9:2
WHEREOF [1] - 12:17
Whereupon [2] - 9:11, 10:3

window [1] - 6:6
within [1] - 12:8
witness [3] - 3:2, 12:9, 12:12
WITNESS [13] - 4:9, 4:19, 4:22, 5:2, 6:15, 5:18, 5:22, 8:2, 6:11, 6:19, 7:6, 7:17, 12:17
work [1] - 6:17

**Y**

yes [5] - 4:19, 5:15, 5:18, 5:22, 6:11
YORK [5] - 1:1, 1:7, 2:10, 2:11, 12:3
York [10] - 1:18, 1:19, 1:21, 2:6, 2:15, 3:3, 12:8
you've [1] - 7:12

**Z**

ZACHARY [1] - 2:9
ZERAFA [2] - 1:7, 2:11

**°**

° [4] - 10:6

**Diamond Errata Sheet**

**Plaintiff(s):** _____

_____

_____

**Defendant(s):**_____

_____

_____

| Page | Line | Correction | Reason for Correction |
|------|------|------------|------------------------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Date: _____ | Subscribed and sworn to before me |
|---|---|
| **Name of Witness:** _____ | This _____ of _____ 20____. |
| **Signature:** _____ | _____ |
| | Notary Public |