









2 train to 135st get out the train station go on the uptown side (Harlem Hospital) take the 3 train to the last stop. Get out of the train station. Cross the street. I'm goin to see buildings and Project. Walk past the projects ~~then walk to 158 Get off train walk to 148 stree towards Macombs Place~~

Get off train station I'm going to be one Adam Clinto Powel. Make a right on 148 And Macombs walk to 153 & Macombs Place.

75 Macombs Place          Harlem Vista Hotel
917 507 4140              153rd Macomb

take train to the last stop

Extra hour is $20. Dollars

135  Get take A cab
         to 153 And Macombs
                      place

Magnum Condens

3hur 47$
 one  77$ Remote $10 extra dyeost



3 going to harlem
last stop

148

148 Street last stop on the 3 train, Look for the projects across the street from the train, walk past the projects

75 Macombs Place

HArlem Vista Hotel
(917) 507-4140

153rd Macombs Place