

THIS FORM MUST BE TYPED

UNUSUAL OCCURRENCE REPORT

October 9, 2014
SUOR 1183/6



PLAINTIFF'S EXHIBIT 43

FROM: Platoon Commander, PSA 6

TO: Chief of Housing

SUBJECT: POSSIBLE ABDUCTION WITHIN THE CONFINES OF THE 26 PCT (MANHATTANVILLE HOUSES)

DETAILS: (WHEN, WHERE, WHO, WHAT, HOW, WHY)

1. On Thursday, October 9, 2014, at approximately 0233 hours, Necola Sims, F/B ▮ '69, of 20 W. 115 St. Apt.13J NY, NY reported that she was assaulted and held against her will at 1430 Amsterdam Avenue Apt. 3 C. Necola Sims also stated, as she was being held against her will, another female black named Gloria, who was approximately 20 years old 5'5" about 150 lbs. and wearing a blond hair weave, was naked, and chained to the radiator inside the apartment. Upon review of the CCTV Cameras, and an investigation conducted by Night Watch, it was determined that Necola Sims's account of what transpired was embellished by adding a fictitious female named Gloria to her encounter.
Details are as follows:

2. At the aforementioned time and place, P.O. Kramel, Tax # 949183 and P.O. Fontaine, Tax # 950428 assigned to Sector "EF" responded to the above location and was met by Necola Sims who stated she was in 1430 Amsterdam apartment 3C smoking weed and drinking with people from the neighborhood who she only knew in passing. Necola began to leave when a male named Delano Broadus ▮ ▮ 1980 told her that she wasn't going anywhere. Another male in the apartment named David Fairfax DOB ▮ 1983 put a knife to Miss Simms neck and told her to get naked. Miss Simms complied and she was told to get dressed in more provocative clothes that were supplied in the apartment. Upon dressing in these clothes, pictures were taken of Miss Simms and she believes the pictures were uploaded onto the internet to a prostitution web site. Delano Broadus told Miss Simms that she was going to work for him. In-between being photographed Miss Simms was chained to the radiator next to a girl named Gloria. Miss Simms continually rejected the idea and was punched in the face several times for non-compliance. After several hours Miss Simms asked to use the bathroom and was granted permission, this is when she ran out of the apartment to a payphone on Amsterdam Avenue and called 911. Several officers from the Police Service Area 6 and the 26 Pct. attempted to gain entry to the apartment. After several attempts to gain entry the occupants inside the apartment would not open the door. ESU responded and was able to gain entry. Inside the apartment was a M/B named ▮▮▮▮▮, W/F named ▮▮▮▮▮ and a young child of 3 years old. No one inside the apartment fit the description of the naked black female named Gloria. The three year old named F▮ B▮ '2010 was the daughter of the tenant of record Jasmine Bridgeforth ▮ /1977 who was not on the scene. The 3 year old was taken to St. Luke's Hospital for an evaluation and then removed to ACS. A level one mobilization was activated in response to the possible missing/ abduction. Night Watch responded, interviewed the adult occupants in the apartment and concluded that a girl named Gloria did not exist. It is believed that Necola Sims embellished her account of the details that occurred inside of the apartment. The tenant of record Jasmine Bridgeforth and Delano Broadus returned to the apartment approximately 0700 hours and were placed under arrest for unlawful imprisonment and reckless endangerment of a child. ▮▮▮▮▮ was placed under arrest for OGA. ▮▮▮▮▮ was placed under arrest for unlawful imprisonment and David Fairfax was arrested for Criminal Contempt.

3. Delano Broadus is known to the department under NYSID # 12122197Y, Jasmine Bridgeforth is known to the department under NYSID # 03151988L, David Fairfax is known under NYSID # 09840775N, ▮▮▮▮▮, and ▮▮▮▮▮

4. For Your Information.

| PRESENT AT SCENE | | NOTIFICATIONS | | FORMS PREP | DISTRIB | |
|---|---|---|---|---|---|---|
| RANK NAME | CMD ASSIGN | RANK NAME | CMD ASSIGN | SERIAL NO | | |
| Capt. Roumeliotis | Duty Capt. | D I Despaigne | PSA 6 C O | COMP NO | COP | X |
| Lt Guenther | PSA 6 1st Plt Com | P O Skuza | Operations | MPS Case # | COD | X |
| | | P O Maragne | HB Wheel | | | |
| Sgt Zucker | MN Task Force | PO Alicea | PBMN | AIDED NO | DCPI | |
| Sgt Lee | PSA 6 ICO | | | | | |
| Det Dean | Night Watch | Det Rubinich | Vice | | BORO | X |
| Det Guzman | Night Watch | | | | | |
| P O Tropp | ESU | Det Zerafa | Human Trafficking Team (Vice) | ACC NO | DIV | |
| P O Sanchez | M V Post 133 | | | | | |
| P O Kahn | M V Post 133 | | | | | |

ATTACH COPY OF SPRINT PRINTOUT (IF APPROPRIATE) USE REVERSE FOR ADDITIONAL INFORMATION
PREPARED BY: RANK   NAME                                    COMMAND
(TYPED)        Lt Michael Guenther                          PSA 6

DEF 268