UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------
JASMINE BRIDGEFORTH, *et al.*,

                Plaintiffs,

-against-

JOHN ZERAFA, *et al.*,

                Defendants.
-------------------------------------------------

16cv273

<u>SCHEDULING ORDER</u>

WILLIAM H. PAULEY III, Senior United States District Judge:

        The parties having appeared for a status conference on July 19, 2018, the Court adopts the following schedule:

1. The parties shall file a joint pre-trial order by September 7, 2018.

2. The parties shall appear for a final pre-trial conference on September 13, 2018 at 10:00 a.m.

Dated: July 19, 2018
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.