UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | : | |
|---|---|---|
| JASMINE BRIDGEFORTH, *et al.*, | : | |
| | : | 16cv273 |
| Plaintiffs, | : | |
| | : | SCHEDULING ORDER |
| -against- | : | |
| | : | |
| JOHN ZERAFA, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM H. PAULEY III, Senior United States District Judge:

The parties having appeared for a final pre-trial conference on September 13, 2018, the Court adopts the following schedule:

1. The parties shall file any motions in limine by October 17, 2018, any opposition papers by October 31, 2018, and any reply by November 6, 2018.

2. The parties shall submit a joint request to charge and any proposed voir dire unique to this case by November 19, 2018.

3. The parties shall appear for jury selection and trial on November 26, 2018 at 9:30 a.m.


Dated: September 13, 2018
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.