UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JASMINE BRIDGEFORTH, DELANO BROADUS, and
DAVID FAIRFAX,

                Plaintiffs,

-against-

CITY OF NEW YORK, NYPD Officer JOHN ZERAFA, Tax No. 919893, individually, NYPD Officer RAFAEL SANCHEZ, Shield No. 12327, individually, NYPD Officer MOHAMMED KHANG, Shield No. 18729, individually, NYPD Sergeant DEMETRIOUS LEE, Shield No. 3087, individually, NYPD Deputy Inspector LUIS DESPAIGNE, individually, and JOHN/JANE DOE POLICE OFFICERS 1-5, individually,

                Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

16 Civ. 273 (WHP)(SDA)

PLEASE TAKE NOTICE that Hannah V. Faddis, Senior Counsel with the office of Zachary W. Carter, Corporation Counsel of the City of New York, hereby appears as counsel for defendants ZERAFA, SANCHEZ, KHAN, LEE, and DESPAIGNE.  I am admitted to practice in this District.

DATED:    New York, New York
               November 18, 2018

                                  Respectfully submitted,

                                  ZACHARY W. CARTER
                                  Corporation Counsel of the City of New York
                                  *Attorney for Defendants Zerafa, Sanchez, Khan,*
                                       *Lee, and Despaigne*
                                  100 Church Street
                                  New York, New York 10007
                                  (212) 356-2486
                                  (212) 356-3509 (fax)
                                  hfaddis@law.nyc.gov
                                  /s/
                                  By: Hannah V. Faddis

CC:    **BY ECF ONLY**
          Ryan Lozar, Esq.
          *Attorney for Plaintiff*