The Law Office of Ryan Lozar, P.C.
305 Broadway, 14th Floor, New York, NY 10007
Tel: (310) 867-1562; Alternate Tel: (646) 666-8262; Fax 1-877-666-4456
ryanlozar@gmail.com
www.ryanlozar.com



November 27, 2018

Re:     <u>Bridgeforth, et al., v. City of N.Y., et al.</u>, No. 16 Civ. 273 (WHP)

Dear Judge Pauley:

 I represent Plaintiffs in the above-captioned litigation bringing Section 1983 and 1988 claims.

 As discussed in conference with the Court earlier today, Plaintiffs write to narrow their claims for jury submission.  In light of trial evidence taken, Plaintiffs intend to proceed with only the following three claims:

 (1) unlawful search against Defendant Rafael Sanchez;
 (2) failure to intervene to prevent unlawful search against Defendant Demetrious Lee; and
 (3) fabrication of evidence against Defendant John Zerafa.

 Accordingly, Plaintiffs' claims are withdrawn in their entirety against Defendants Mohammed Kahn and Luis Despaigne, and they proceed as to Defendants Sanchez, Lee and Zerafa only as listed above.

        Thank you,

        *Ryan Lozar*

        Ryan Lozar