UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- :
DELANO BROADUS, *et al.*,        :
                                 :   16cv273
              Plaintiffs,        :
                                 :   VERDICT SHEET
       -against-                 :
                                 :
JOHN ZERAFA, *et al.*,           :
                                 :
              Defendants.        :
------------------------------- :

WILLIAM H. PAULEY III, Senior United States District Judge:

According to the principles of law as charged by this Court and the facts as you find them, please answer the following questions:

## I. LIABILITY

### A. Unlawful Search

1. Has Delano Broadus proven by a preponderance of the evidence that his apartment was unlawfully searched by Rafael Sanchez?

    YES _____    NO ___✓___

2. Has David Fairfax proven by a preponderance of the evidence that his apartment was unlawfully searched by Rafael Sanchez?

    YES _____    NO ___✓___

### B. Failure to Intervene: Unlawful Search

*If your answer to any one of Questions 1 or 2 was "YES," please proceed to Questions 3 and 4. If you answered "NO" to both Questions 1 and 2, please proceed to Question 6.*

3. Has Delano Broadus proven by a preponderance of evidence that Demetrious Lee failed to intervene in the unlawful search of the apartment?

    YES _____    NO _____

4. Has David Fairfax proven by a preponderance of evidence that Demetrious Lee failed to intervene in the unlawful search of the apartment?

    YES _____    NO _____

*If you answered "YES" to any one of Questions 1 or 2, or Questions 3 or 4, please answer Question 5. If you answered "NO" to all of Questions 1 and 2, and Questions 3 and 4, please skip Question 5 and proceed to Question 6.*

   5. Has Rafael Sanchez proven by a preponderance of the evidence that a representative of the New York Administration for Children's Services (ACS) asked him whether there was sufficient food in the Plaintiffs' apartment for the minor child?

       YES _____      NO _____

*Please proceed to Question 6.*

### C. Fabrication of Evidence

   6. Has Delano Broadus proven by a preponderance of the evidence that John Zerafa forwarded fabricated evidence against him to prosecutors?

       YES _____      NO ✓_____

   7. Has David Fairfax proven by a preponderance of the evidence that John Zerafa forwarded fabricated evidence against him to prosecutors?

       YES _____      NO ✓_____

*If your answer to any one of Questions 1 through 4, and Questions 6 or 7, was "YES," please proceed to Question 8.*

*If your answers to all of Questions 1 through 4, and Questions 6 and 7, were "NO," please skip Questions 8 through 13, have the foreperson sign and date the last page of the verdict sheet, and inform the Court by note that you have reached a verdict.*

## II.   DAMAGES

   8. Has Delano Broadus proven by a preponderance of the evidence that he is entitled to compensatory damages against any of the Defendants?

       (a) Rafael Sanchez        YES _____      NO _____
       (b) Demetrious Lee        YES _____      NO _____
       (c) John Zerafa           YES _____      NO _____

9. Has David Fairfax proven by a preponderance of the evidence that he is entitled to compensatory damages against any of the Defendants?

    (d) Rafael Sanchez    YES _____    NO _____
    (e) Demetrious Lee    YES _____    NO _____
    (f) John Zerafa    YES _____    NO _____

*If you answered "YES" to any part of Questions 8 and 9, proceed to Questions 10 and 11. If you answered "NO" to all parts of Questions 8 and 9, please proceed to Question 12.*

10. What total amount of compensatory damages do you award Delano Broadus?

    Compensatory Damages:    $ _____

11. What total amount of compensatory damages do you award David Fairfax?

    Compensatory Damages:    $ _____

*Please proceed to Question 12.*

12. If you found Delano Broadus proved any of his claims, but did not award compensatory damages, you must award nominal damages. What amount of nominal damages (not to exceed $1) do you award?

    Nominal Damages:    $ _____

13. If you found that David Fairfax proved any of his claims, but did not award compensatory damages, you must award nominal damages. What amount of nominal damages (not to exceed $1) do you award?

    Nominal Damages:    $ _____

*Please have the foreperson sign and date the verdict sheet, and advise the Court by note that you have reached a verdict.*

Dated: November 28, 2018
New York, New York            SIGNED:

                                                        _Therea Plaskett_
                                                        FOREPERSON

3